UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
:
CITY OF PROVIDENCE, RHODE ISLAND,
Individually and on Behalf of All Others
Similarly Situated,                                       :     Civ. Action No. 14-cv-2811 (KMW)
:
              Plaintiff,
:
         v.                                               :     **NOTICE OF APPEARANCE**

BATS GLOBAL MARKETS, INC. et al.,                         :

              Defendants.                                 :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this

action for Bank of America Corporation.  I certify that I am admitted to practice in this court.


Dated: New York, New York
       May 13, 2014

                                        Respectfully submitted,


                                        /s/David S. Lesser_____
                                        David S. Lesser
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        Tel: (212) 230-8800
                                        Fax: (212) 230-8888

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2014, a true and correct copy of the foregoing document was served upon all the parties via the Court's CM/ECF system and/or electronic mail.

Executed on May 13, 2014         /s/David S. Lesser_____
                                                    David S. Lesser
                                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                                    7 World Trade Center
                                                    250 Greenwich Street
                                                    New York, NY 10007
                                                    Tel: (212) 230-8800
                                                    Fax: (212) 230-8888