UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :
CITY OF PROVIDENCE, RHODE ISLAND,                              :
Individually and on Behalf of All Others
Similarly Situated,                                            :
                                                               :
                       Plaintiff,                              :   Civ. Action No. 14-cv-2811 (KMW)
              v.                                               :
 BATS GLOBAL MARKETS, INC. et al.,                             :
                       Defendants.                             :
                                                               :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DEFENDANT BANK OF AMERICA CORPORATION'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bank of America Corporation states that Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange. It has no parent corporation and no publicly-held corporation owns more than 10% of Bank of America Corporation's shares.

Dated: May 13, 2014                     Respectfully submitted,


                                        /s/David S. Lesser
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        Tel: (212) 230-8800
                                        Fax: (212) 230-8888

                                        *Counsel for Defendant Bank of America
                                        Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014, a true and correct copy of the foregoing document was served upon all the parties via the Court's CM/ECF system and/or electronic mail.

Executed on May 13, 2014

                                              /s/David S. Lesser
                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                              7 World Trade Center
                                              250 Greenwich Street
                                              New York, NY 10007
                                              Tel: (212) 230-8800
                                              Fax: (212) 230-8888