UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :

CITY OF PROVIDENCE, RHODE ISLAND,
Individually and on Behalf of All Others
Similarly Situated,                      :      Civ. Action No. 14-cv-2811 (KMW)

              Plaintiff,

            v.                       :      **NOTICE OF APPEARANCE**

BATS GLOBAL MARKETS, INC. et al.,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Bank of America Corporation.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       May 13, 2014

                                                  Respectfully submitted,

                                                  /s/Fraser L. Hunter_____
                                                  Fraser L. Hunter
                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                  7 World Trade Center
                                                  250 Greenwich Street
                                                  New York, NY 10007
                                                  Tel: (212) 230-8800
                                                  Fax: (212) 230-8888

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2014, a true and correct copy of the foregoing document was served upon all the parties via the Court's CM/ECF system and/or electronic mail.

Executed on May 13, 2014          /s/Fraser L. Hunter_____
                                                 Fraser L. Hunter
                                                 Wilmer Cutler Pickering Hale and Dorr LLP
                                                 7 World Trade Center
                                                 250 Greenwich Street
                                                 New York, NY 10007
                                                 Tel: (212) 230-8800
                                                 Fax: (212) 230-8888