UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
:
CITY OF PROVIDENCE, RHODE ISLAND,
Individually and on Behalf of All Others
Similarly Situated,              :       Civ. Action No. 14-cv-2811 (KMW)
:
Plaintiff,                       :
:       **NOTICE OF APPEARANCE**
v.                               :
:
BATS GLOBAL MARKETS, INC. et al.,       :
:
Defendants.                      :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Bank of America Corporation.  I certify that I am admitted to practice in this court.

Dated: New York, New York
        May 13, 2014

                                        Respectfully submitted,


                                        /s/Jamie Dycus_____
                                        Jamie Dycus
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        Tel: (212) 230-8800
                                        Fax: (212) 230-8888

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2014, a true and correct copy of the foregoing document was served upon all the parties via the Court's CM/ECF system and/or electronic mail.

Executed on May 13, 2014

                                              /s/Jamie Dycus
                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                              7 World Trade Center
                                              250 Greenwich Street
                                              New York, NY 10007
                                              Tel: (212) 230-8800
                                              Fax: (212) 230-8888