UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CITY OF PROVIDENCE, RHODE ISLAND, :
Individually and on Behalf of All Others :
Similarly Situated, :
: 14 CV 02811 (KMW)
Plaintiff, :
:
- against - :
:
BATS GLOBAL MARKETS, INC., et al., :
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jay B. Kasner, a Member of Skadden, Arps, Slate, Meagher & Flom LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants FMR LLC and Fidelity Brokerage Services, LLC in this action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated: New York, New York
       May 13, 2014

                                        Respectfully submitted,

                                        /s/   Jay B. Kasner
                                        Jay B. Kasner

                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036-6522
                                        Telephone: (212) 735-2628
                                        Fax: (917) 777-2628
                                        jay.kasner@skadden.com