UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CITY OF PROVIDENCE, RHODE ISLAND, :
Individually and on Behalf of All Others :
Similarly Situated, :
                                                                     :   14 CV 02811 (KMW)
                Plaintiff, :
:
   - against - :
:
BATS GLOBAL MARKETS, INC., et al., :
:
                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott D. Musoff, a Member of Skadden, Arps, Slate, Meagher & Flom LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants FMR LLC and Fidelity Brokerage Services, LLC in this action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated: New York, New York
        May 13, 2014

                                          Respectfully submitted,

                                          /s/   Scott D. Musoff_____
                                          Scott D. Musoff

                                          SKADDEN, ARPS, SLATE,
                                           MEAGHER & FLOM LLP
                                          Four Times Square
                                          New York, New York 10036-6522
                                          Telephone: (212) 735-7852
                                          Fax: (917) 777-7852
                                          scott.musoff@skadden.com