UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
CITY OF PROVIDENCE, RHODE ISLAND, :
Individually and on Behalf of All Others :
Similarly Situated, :
: 14 CV 02811 (KMW)
Plaintiff, :
:
- against - :
:
BATS GLOBAL MARKETS, INC., et al., :
:
Defendants. :
---------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeremy A. Berman, a Special Counsel at Skadden, Arps, Slate, Meagher & Flom LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants FMR LLC and Fidelity Brokerage Services, LLC in this action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated: New York, New York
       May 13, 2014

                                    Respectfully submitted,

                                    /s/    Jeremy A. Berman_____
                                    Jeremy A. Berman

                                    SKADDEN, ARPS, SLATE,
                                     MEAGHER & FLOM LLP
                                    Four Times Square
                                    New York, New York 10036-6522
                                    Telephone: (212) 735-2032
                                    Fax: (917) 777-2032
                                    jeremy.berman@skadden.com