UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated, | : : : : : | |
| Plaintiff, | : : | 14 CV 02811 (KMW) |
| - against - | : : | |
| BATS GLOBAL MARKETS, INC., et al., | : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

      Pursuant to Fed. R. Civ. P. 7.1, defendants FMR LLC and Fidelity Brokerage Services, LLC hereby submit the following corporate disclosure statement:

      FMR LLC is the parent corporation of Fidelity Brokerage Services, LLC.  FMR LLC does not have a parent corporation.  No publicly held corporation owns 10% or more of the stock in FMR LLC or Fidelity Brokerage Services, LLC.

Dated: New York, New York
       May 13, 2014

                                                        Respectfully submitted,

                                                      /s/  Jay B. Kasner
                                                    Jay B. Kasner
                                                    Scott D. Musoff
                                                    Jeremy A. Berman
                                                    SKADDEN, ARPS, SLATE,
                                                      MEAGHER & FLOM LLP
                                                    Four Times Square
                                                    New York, New York 10036
                                                    Tel:  (212) 735-3000
                                                    Fax: (212) 735-2000
                                                    jay.kasner@skadden.com
                                                    scott.musoff@skadden.com
                                                    jeremy.berman@skadden.com
                                                    Attorneys for Defendants FMR LLC
                                                    and Fidelity Brokerage Services, LLC