UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

City of Providence, Rhode Island, individually and on behalf of all    Plaintiff,

Case No. 14-cv-2811

-against-

BATS GLOBAL MARKETS, INC., et al.    Defendant.

--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Angus W. Dwyer**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AD0325     My State Bar Number is 4495081

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Boies, Schiller & Flexner LLP
            FIRM ADDRESS: 30 South Pearl Street
            FIRM TELEPHONE NUMBER: 518-434-0600
            FIRM FAX NUMBER: 518-434-0665

NEW FIRM:   FIRM NAME: Spencer Fane Britt & Browne LLP
            FIRM ADDRESS: 1000 Walnut St., Suite 1400, Kansas City, MO 64106
            FIRM TELEPHONE NUMBER: 816-474-8100
            FIRM FAX NUMBER: 816-474-3216

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 05/21/14

*[signature]*
ATTORNEY'S SIGNATURE