UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
CITY OF PROVIDENCE, RHODE ISLAND, : Civ. Action No. 14-cv-2811 (JMF)
Individually and on Behalf of All Others Similarly :
Situated, :
: **NOTICE OF APPEARANCE**
Plaintiff, :
:
v. :
:
BATS GLOBAL MARKETS, INC., et al., :
:
Defendants. :
------------------------------------------------------------------------ X

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants GTS Securities, L.L.C., Hudson River Trading, L.L.C., and Tower Research Capital L.L.C. in the above-captioned action.  Please adjust your records accordingly and serve copies of all future pleadings, court papers and correspondence to the address listed below:

      Mark S. Mandel
      FOLEY & LARDNER LLP
      90 Park Avenue
      New York, New York  10016
      Tel: (212) 682-7474
      Fax: (212) 687-2329
      Mmandel@foley.com

Dated: May 21, 2014　　　　　　　　　FOLEY & LARDNER LLP
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　By: /s/ Mark S. Mandel
　　　　　　　　　　　　　　　　　　　　　Mark S. Mandel
　　　　　　　　　　　　　　　　　　　　　90 Park Avenue
　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　Tel: (212) 682-7474
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 687-2329
　　　　　　　　　　　　　　　　　　　　　Mmandel@foley.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants GTS Securities, L.L.C., Hudson River Trading, L.L.C., and Tower Research Capital L.L.C.*