UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

City of Providence, Rhode Island    Plaintiff,

Case No.  14-cv-2811

-against-

Bats Global Markets, Inc., et al.    Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending                    [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Seth L. Levine
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SL8685          My State Bar Number is  2628048

I am,

[✓]  An attorney

[ ]  A Government Agency attorney

[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:      FIRM NAME:  Levine Lee LLP
               FIRM ADDRESS:  570 Lexington Avenue, New York, NY 10022
               FIRM TELEPHONE NUMBER: 212-223-4400
               FIRM FAX NUMBER:  212-223-4425

NEW FIRM:      FIRM NAME:  Levine Lee LLP
               FIRM ADDRESS:  666 Fifth Avenue, 35th Floor, New York, NY 10103
               FIRM TELEPHONE NUMBER:  212-223-4400
               FIRM FAX NUMBER: 212-223-4425

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
     was entered on _____ by Judge_____.

Dated: 5/21/2014                          /s/ Seth L. Levine
                                          ATTORNEY'S SIGNATURE