UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
:
CITY OF PROVIDENCE, RHODE ISLAND, :
Individually and on Behalf of All Others Similarly :
Situated, :
:
:
Plaintiffs, :
                                                         No. 14 Civ. 02811 (JMF)
       v. :
:
BATS GLOBAL MARKETS, INC., et al., :
:
Defendants. :
:
------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Allison M. Wuertz, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of UBS AG in this action, and respectfully request that all pleadings, notices, orders, correspondence, and other papers filed in connection with the action be served on the undersigned.

Dated:  New York, New York
        May 22, 2014

**KATTEN MUCHIN ROSENMAN LLP**

By:  /s/ Allison M. Wuertz
Allison M. Wuertz
allison.wuertz@kattenlaw.com

575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800 (phone)
(212) 940-8776 (fax)

*Counsel for Defendant UBS AG*