UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BATS GLOBAL MARKETS, INC., et al., <br><br> Defendants. | Civil Action No. 14-cv-2811 (JMF) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, attorney at the law firm of Shearman & Sterling LLP, is hereby entering an appearance as counsel of record for defendant Citigroup, Inc.

Dated: New York, New York
May 22, 2014

Respectfully submitted,

By:  /s/ Adam S. Hakki
Adam S. Hakki
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  212-848-4000
Facsimile:   212-848-7179

*Attorney for Defendant Citigroup, Inc.*