UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
CITY OF PROVIDENCE, RHODE ISLAND, : Civil Action No. 14-cv-2811 (JMF)
Individually and on Behalf of All Others :
Similarly Situated, :
 :
                                   Plaintiff, :
 :
     vs. :
 :
BATS GLOBAL MARKETS, INC., et al., :
 :
                                Defendants. :
———————————————————— x

## NOTICE OF APPEARANCE

Please take notice that the undersigned, attorney at the law firm of Shearman & Sterling LLP, is hereby entering an appearance as counsel of record for defendant Citigroup, Inc.

Dated: New York, New York          Respectfully submitted,
May 22, 2014

                                   By:    /s/ Agnès Dunogué
                                          Agnès Dunogué
                                          SHEARMAN & STERLING LLP
                                          599 Lexington Avenue
                                          New York, New York  10022
                                          Telephone:  212-848-4000
                                          Facsimile:   212-848-7179

                                          *Attorney for Defendant Citigroup, Inc.*