UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BATS GLOBAL MARKETS, INC., et al.,<br><br>Defendants. | Civil Action No. 14-cv-2811 (JFM)<br><br>**RULE 7.1 DISCLOSURE STATEMENT FOR CITIGROUP, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Citigroup Inc., by its undersigned attorneys, hereby states that it has no parent company and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
May 22, 2014

Respectfully submitted,

By:   /s/ Adam S. Hakki
      Adam S. Hakki
      Agnès Dunogué
      Mark D. Lanpher
      SHEARMAN & STERLING LLP
      599 Lexington Avenue
      New York, New York  10022
      Telephone:  212-848-4000
      Facsimile:  212-848-7179

      *Attorneys for Defendant*
      *Citigroup, Inc.*