```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                      :

CITY OF PROVIDENCE, RHODE ISLAND,    :    14 Civ. 2811 (JMF)
*individually and on behalf of all others similarly situated*, :

                                                    :    ORDER VACATING
                          Plaintiff,                  :    DESIGNATION OF CASE
                                                    :    FOR INCLUSION IN PILOT
           -v-                                   :    PROJECT REGARDING
                                                    :    CASE MANAGEMENT
BATS GLOBAL MARKETS, INC. et al.,        :    TECHNIQUES FOR
                                                    :    <u>COMPLEX CIVIL CASES</u>
                       Defendants.             :
                                                      :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       This case was previously designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the "Pilot Project").

       IT IS HEREBY ORDERED that such designation is vacated.

       SO ORDERED.

Dated: May 22, 2014
       New York, New York

                                                            _____
                                                            JESSE M. FURMAN
                                                            United States District Judge