UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

City of Providence, Rhode Island    Plaintiff,      Case No: 14-cv-2811 (JMF)

-against-

Bats Global Markets, Inc. et. al.    Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jackie A. Lu**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is 4493672

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Kennedy Berg LLP
            FIRM ADDRESS: 401 Broadway, Suite 1900, NY, NY 10013
            FIRM TELEPHONE NUMBER: 212- 899-3421
            FIRM FAX NUMBER: 212- 899-3401

NEW FIRM:   FIRM NAME: Sidley Austin LLP
            FIRM ADDRESS: 787 Seventh Avenue
            FIRM TELEPHONE NUMBER: 212-839-5515
            FIRM FAX NUMBER: 212-839-5599

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 16, 2014        /s/ Jackie A. Lu
                           ATTORNEY'S SIGNATURE