UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

v.

BATS GLOBAL MARKETS, INC., et al.,

                Defendants.

No. 14-cv-2811 (JMF) (AJP)

[rel. No. 14-cv-3133 (JMF) (AJP)]

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander V. Maugeri, with the law firm of Cravath, Swaine & Moore LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Defendant Quantlab Financial, LLC.

Dated:  May 22, 2014

                CRAVATH, SWAINE & MOORE LLP,

                by

                    /s/ Alexander V. Maugeri
                    Alexander V. Maugeri

                Worldwide Plaza
                825 Eighth Avenue
                New York, NY 10019
                (212) 474-1000
                amaugeri@cravath.com

                *Attorney for Defendant Quantlab Financial, LLC*