UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>BATS GLOBAL MARKETS, INC., BOX OPTIONS EXCHANGE LLC, CHICAGO BOARD OPTIONS EXCHANGE, INC., CHICAGO STOCK EXCHANGE, INC., C2 OPTIONS EXCHANGE, INC., DIRECT EDGE ECN, LLC, INTERNATIONAL SECURITIES EXCHANGE HOLDINGS, INC., THE NASDAQ STOCK MARKET LLC, NASDAQ OMX BX, INC., NASDAQ OMX PHLX, LLC, NATIONAL STOCK EXCHANGE, INC., NEW YORK STOCK EXCHANGE, LLC, NYSE ARCA, INC., ONECHICAGO, LLC, BANK OF AMERICA CORPORATION, BARCLAYS PLC, CITIGROUP INC., CREDIT SUISSE GROUP AG, DEUTSCHE BANK AG, THE GOLDMAN SACHS GROUP, INC., JPMORGAN CHASE & CO., MORGAN STANLEY & CO. LLC, UBS AG, THE CHARLES SCHWAB CORPORATION, E*TRADE FINANCIAL CORPORATION, FMR, LLC, FIDELITY BROKERAGE SERVICES, LLC, SCOTTRADE FINANCIAL SERVICES, INC., TD AMERITRADE HOLDING CORPORATION, CITADEL LLC, DRW HOLDINGS, LLC, GTS SECURITIES, LLC, HUDSON RIVER TRADING LLC, JUMP TRADING, LLC, KCG HOLDINGS, INC., QUANTLAB FINANCIAL LLC, TOWER RESEARCH CAPITAL LLC, TRADEBOT SYSTEMS, INC., TRADEWORX INC., VIRTU FINANCIAL INC. and CHOPPER TRADING, LLC,<br><br>        Defendants. | Case No. 1:14-cv-02811 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for defendant E*TRADE Financial Corporation in the above-captioned action. I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings, and other documents served or filed in this case be served upon the address set forth below.

Dated: May 27, 2014
New York, NY

By: _____
Marc Greenwald
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Fl.
New York, New York 10010
marcgreenwald@quinnemanuel.com
Tel.: 212-849-7000
Fax: 212-849-7100