UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

City of Providence, Rhode Island  Plaintiff,

Case No. 1:14-cv-02811-JMF

-against-

BATS Global Markets, Inc. et al.  Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Julia Marie Beskin**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JG0879      My State Bar Number is 4400719

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sullivan & Cromwell, LLP
            FIRM ADDRESS: 125 Broad Street, New York, NY 10004
            FIRM TELEPHONE NUMBER: (212) 558-3255
            FIRM FAX NUMBER: (212) 558-3588

NEW FIRM:   FIRM NAME: Quinn Emanuel Urquhart & Sullivan LLP
            FIRM ADDRESS: 51 Madison Ave., 22nd Floor, New York, NY 10010
            FIRM TELEPHONE NUMBER: (212) 849-7000
            FIRM FAX NUMBER: (212) 849-7100

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 28, 2014

*(signature)*
ATTORNEY'S SIGNATURE