UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>BATS GLOBAL MARKETS, INC., et al.,<br><br>　　　　　　Defendants. | 14 CV 2811 (JMF)<br><br><br>**NOTICE OF APPEARANCE (SARA B. BRODY)** |

　　　　PLEASE TAKE NOTICE that Sara B. Brody, of the law firm Sidley Austin LLP, hereby enters her appearance as counsel of record in the above-captioned matter for and on behalf of The Charles Schwab Corporation.  The undersigned counsel certifies that she is admitted *pro hac vice* to practice in this matter before this Court, and requests that the Clerk of this Court note this appearance on the Court's docket and forward copies of all entries, orders, notices and other court documents in this proceeding to her.

Dated:  May 30, 2014

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Sara B. Brody
　　　　　　　　　　　　　　　　　　　　Sara B. Brody
　　　　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　　　　555 California Street, Suite 2000
　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94104
　　　　　　　　　　　　　　　　　　　　Phone: 415.772.1200
　　　　　　　　　　　　　　　　　　　　Fax:     415.772.7400
　　　　　　　　　　　　　　　　　　　　Email: sbrody@sidley.com