UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CITY OF PROVIDENCE, RHODE ISLAND,
Individually and on Behalf of All Others Similarly
Situated,

                            Plaintiff,

                            Case No. 14-CV-2811 (JMF)

   vs.

BATS GLOBAL MARKETS, INC., et al.,        **NOTICE OF APPEARANCE**

                         Defendants.

-----------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Jonathan N. Eisenberg, of K&L Gates LLP, hereby enters his appearance in this action as counsel for Defendant Jump Trading, LLC and requests that all pleadings and papers in this action be served upon the undersigned. I certify that I am admitted *pro hac vice* to practice before this Court.

Dated:    New York, New York
             June 3, 2014

                                      Respectfully submitted,

                                      /s/ Jonathan N. Eisenberg
                                      Jonathan N. Eisenberg
                                      K&L GATES LLP
                                      599 Lexington Avenue
                                      New York, New York 10022
                                      (202) 778-9348
                                      (202) 778-9100 (fax)
                                      Email: jon.eisenberg@klgates.com

                                      *Attorneys for Defendant Jump Trading, LLC*

NY-1051539 v1