UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
CITY OF PROVIDENCE, RHODE ISLAND,   :   Civil Action No. 14-cv-02811-JMF
Individually and on Behalf of All Others   :
Similarly Situated,   :   CLASS ACTION
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,   :   NOTICE OF DISMISSAL OF BOX
　　　　　　　　　　　　　　　　　　　:   OPTIONS EXCHANGE LLC WITHOUT
　　vs.   :   PREJUDICE
　　　　　　　　　　　　　　　　　　　:
BATS GLOBAL MARKETS, INC., et al.,   :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.   :
　　　　　　　　　　　　　　　　　　　:
———————————————————————— x

946323_1

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff City of Providence, Rhode Island hereby dismisses this action solely as to defendant BOX Options Exchange LLC.  This Notice of Dismissal shall have no effect on plaintiff's claims against any of the remaining defendants.  This Notice of Dismissal is being filed before service by BOX Options Exchange LLC of any answer or motion for summary judgment and is without prejudice.

DATED:  June 3, 2014　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　  & DOWD LLP
　　　　　　　　　　　　　　　　　　　　PATRICK J. COUGHLIN
　　　　　　　　　　　　　　　　　　　　RANDI BANDMAN


　　　　　　　　　　　　　　　　　　　　　　　s/ PATRICK J. COUGHLIN
　　　　　　　　　　　　　　　　　　　　　　　PATRICK J. COUGHLIN

　　　　　　　　　　　　　　　　　　　　30 Vesey Street, Suite 200
　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　Telephone:  212/693-1058
　　　　　　　　　　　　　　　　　　　　patc@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　randib@rgrdlaw.com

　　　　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　  & DOWD LLP
　　　　　　　　　　　　　　　　　　　　SAMUEL H. RUDMAN
　　　　　　　　　　　　　　　　　　　　MARY K. BLASY
　　　　　　　　　　　　　　　　　　　　VINCENT M. SERRA
　　　　　　　　　　　　　　　　　　　　58 South Service Road, Suite 200
　　　　　　　　　　　　　　　　　　　　Melville, NY  11747
　　　　　　　　　　　　　　　　　　　　Telephone:  631/367-7100
　　　　　　　　　　　　　　　　　　　　631/367-1173 (fax)
　　　　　　　　　　　　　　　　　　　　srudman@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　mblasy@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　vserra@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ANDREW J. BROWN
DAVID W. MITCHELL
BRIAN O. O'MARA
600 West Broadway
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
andrewb@rgrdlaw.com
davidm@rgrdalw.com
bomara@rgrdlaw.com

Attorneys for Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 3, 2014.

s/ PATRICK J. COUGHLIN
PATRICK J. COUGHLIN

ROBBINS GELLER RUDMAN
    & DOWD LLP
30 Vesey Street, Suite 200
New York, NY 10007
Telephone: 212/693-1058

E-mail: patc@rgrdlaw.com

- 3 -

946323_1

# Mailing Information for a Case 1:14-cv-02811-JMF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randi Dawn Bandman**
  randib@rgrdlaw.com

- **Stephen P Bedell**
  sbedell@foley.com

- **Jeremy A. Berman**
  jberman@skadden.com

- **Julia Marie Beskin**
  juliabeskin@quinnemanuel.com

- **David Charles Bohan**
  david.bohan@kattenlaw.com,ecfdocket@kattenlaw.com,bridget.diedrich@kattenlaw.com

- **Sara B. Brody**
  sbrody@sidley.com,rfant@sidley.com,dspenner@sidley.com,tnewman@sidley.com,rbmartin@sidley.com

- **Andrew J. Brown**
  andrewb@rgrdlaw.com,nhorstman@rgrdlaw.com,kirstenb@rgrdlaw.com,ldeem@rgrdlaw.com

- **Thomas Bundy**
  thomas.bundy@sutherland.com

- **Richard W Clary**
  rclary@cravath.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com

- **Douglas Randall Cox**
  dcox@gibsondunn.com,aarias@gibsondunn.com,smartin@gibsondunn.com

- **Agnes Dunogue**
  Agnes.Dunogue@Shearman.com

- **Angus White Dwyer**
  adwyer@spencerfane.com,pozias@spencerfane.com,lvile@spencerfane.com

- **Jamie Stephen Dycus**
  jamie.dycus@wilmerhale.com

- **Joe Wesley Earnhardt**
  wearnhardt@cravath.com

- **Scott Alexander Edelman**
  sedelman@milbank.com

- **Jonathan Neil Eisenberg**
  jon.eisenberg@klgates.com

- **Peter Nicholas Flocos**
  peter.flocos@klgates.com

- **Brian Lawrence Friedman**
  blfriedman@proskauer.com,LSOSDNY@proskauer.com

- **Harry Frischer**
  hfrischer@proskauer.com,LSOSDNY@proskauer.com

- **James Loyd Gattis**
  lgattis@spencerfane.com,kholm@spencerfane.com

- **Faith E. Gay**
  faithgay@quinnemanuel.com

- **Charles Alan Gilman**
  cgilman@cahill.com,mmcloughlin@cahill.com,nmarcantonio@cahill.com

- **Andrew Garry Gordon**
  agordon@paulweiss.com

- **Marc Laurence Greenwald**
  marcgreenwald@quinnemanuel.com

- **Adam Selim Hakki**
  ahakki@shearman.com

- **Stacie Rachel Hartman**
  shartman@schiffhardin.com,edocket@schiffhardin.com

- **Fraser Lee Hunter , Jr**
  fraser.hunter@wilmerhale.com,whmao@wilmerhale.com

- **David George Januszewski**
  djanuszewski@cahill.com

- **Alex Jason Kaplan**
  ajkaplan@sidley.com,nyefiling@sidley.com

- **Arnold Richard Kaplan**
  akaplan@spencerfane.com

- **Jay B. Kasner**
  jkasner@skadden.com

- **Ankush Khardori**
  akhardori@paulweiss.com

- **Daniel Jonathan Kramer**
  dkramer@paulweiss.com

- **Thomas Paul Krebs**

- tkrebs@foley.com

- **Mark D. Lanpher**
  mark.lanpher@shearman.com

- **Matthew Joseph Laroche**
  mlaroche@milbank.com

- **David Sapir Lesser**
  david.lesser@wilmer.com,whmao@wilmerhale.com,lesserda@yahoo.com

- **Seth L. Levine**
  slevine@levinelee.com

- **Lewis J. Liman**
  lliman@cgsh.com,maofiling@cgsh.com

- **Joseph C. Lombard**
  jlombard@mmlawus.com

- **Mitchell A. Lowenthal**
  maofiling@cgsh.com,mlowenthal@cgsh.com

- **Jackie Adeline Lu**
  jlu@sidley.com,nyefiling@sidley.com

- **Mark S. Mandel**
  mmandel@foley.com,tkrebs@foley.com,sbedell@foley.com

- **Alexander Virgil Maugeri**
  amaugeri@cravath.com

- **David W. Mitchell**
  davidm@csgrr.com,slandry@rgrdlaw.com

- **James Alwin Murphy**
  jmurphy@mmlawus.com

- **Scott D. Musoff**
  smusoff@skadden.com,david.carney@skadden.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stuart Harris Pack**
  spack@spencerfane.com,lgarofalo@spencerfane.com

- **Dean N. Panos**
  dpanos@jenner.com

- **Christos Papapetrou**
  cpapapetrou@levinelee.com

- **Alfred Robert Pietrzak**
  rpietrzak@sidley.com,nyefiling@sidley.com

- **Stephen Leonard Ratner**
  sratner@proskauer.com,LSOSDNY@proskauer.com

- **Daniel Alexander Richards**
  drichards@cravath.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Holly H. Smith**
  holly.smith@sutherland.com,april.pearce@sutherland.com

- **Theodore R. Snyder**
  Theodore.Snyder@mmlawus.com

- **Dorothy Jane Spenner**
  dspenner@sidley.com,nyefiling@sidley.com

- **Howard Steven Suskin**
  hsuskin@jenner.com

- **John Andrew Valentine**
  john.valentine@wilmerhale.com

- **Richard Corey Worcester**
  coreyworcester@quinnemanuel.com

- **Allison Michele Wuertz**
  allison.wuertz@kattenlaw.com

- **Boris Zeldin**
  bzeldin@proskauer.com,LSOSDNY@proskauer.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)