**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CITY OF PROVIDENCE, RHODE ISLAND,
Individually and on Behalf of All Others Similarly
Situated,

                     Plaintiff,

          -v-

BATS GLOBAL MARKETS, INC., et al.

                 Defendants.

:
:
:
:
:
:   Civil Action No. 14-cv-2811 (JMF)
:
:
:
:
:
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel for Defendant The Goldman Sachs Group,

Inc. in this case.  I certify that I am admitted to practice in this court.

Dated:  June 5, 2014                  Respectfully submitted,
       New York, New York

                               By:    /s/ Robert J. Giuffra, Jr. _____
                                   Robert J. Giuffra, Jr.
                                   SULLIVAN & CROMWELL LLP
                                   125 Broad Street
                                   New York, NY 10004-2468
                                   Telephone: (212) 558-4000
                                   Fax: (212) 558-3588
                                   giuffrar@sullcrom.com

                                 *Attorney for Defendant The Goldman*
                                   *Sachs Group, Inc.*