UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated, | : : : : |
| Plaintiff, | : Civil Action No. 14-cv-2811 (JMF) : |
| -v- | : : |
| BATS GLOBAL MARKETS, INC., et al. | : : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT THE GOLDMAN SACHS GROUP, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Goldman Sachs Group, Inc. hereby certifies that as of June 5, 2014, it has no parent corporations, and to the best of its knowledge no publicly-held companies own 10% or more of its common stock.

Dated: New York, New York
June 5, 2014

Respectfully submitted,

By:   /s/ Robert J. Giuffra, Jr.  _____
Robert J. Giuffra, Jr.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2468
Telephone: (212) 558-4000
Fax: (212) 558-3588

*Attorney for Defendant The Goldman Sachs Group, Inc.*