UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

    -v-

BATS GLOBAL MARKETS, INC., et al.

          Defendants.
------------------------------------- x

Civil Action No. 14-cv-2811 (JMF)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel for Defendant The Goldman Sachs Group, Inc. in this case. I certify that I am admitted to practice in this court


Dated: June 5, 2014
       New York, New York

Respectfully submitted,

By: /s/ Stephen Ehrenberg
Stephen Ehrenberg
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2468
Telephone: (212) 558-4000
Fax: (212) 558-3588
ehrenbergs@sullcrom.com

*Attorney for Defendant The Goldman Sachs Group, Inc.*