UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated, | : : : : |
| Plaintiff, | : Civil Action No. 14-cv-2811 (JMF) |
| -v- | : : |
| BATS GLOBAL MARKETS, INC., et al. | : : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Defendant The Goldman Sachs Group, Inc. in this case.  I certify that I am admitted to practice in this court.


Dated:  June 5, 2014                                  Respectfully submitted,
        New York, New York


                                                      By:     /s/ Thomas C. White_____
                                                              Thomas C. White
                                                              SULLIVAN & CROMWELL LLP
                                                              125 Broad Street
                                                              New York, NY 10004-2468
                                                              Telephone: (212) 558-4000
                                                              Fax: (212) 558-3588
                                                              whitet@sullcrom.com

                                                              *Attorney for Defendant The Goldman Sachs Group, Inc.*