UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒   x
                                                     :
CITY OF PROVIDENCE, RHODE ISLAND,                    :
Individually and on Behalf of All Others Similarly   :
Situated,                                            :
                                                     :
                                                     :
                          Plaintiffs,                :
                                                     :   No. 14 Civ. 02811 (JMF)
                                                     :
            v.                                       :
                                                     :
BATS GLOBAL MARKETS, INC., et al.,                   :
                                                     :
                          Defendants.                :
                                                     :
                                                     :
‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒   x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William M. Regan, an attorney admitted to practice in this

Court, hereby appears as counsel on behalf of UBS AG in this action, and respectfully requests

that all pleadings, notices, orders, correspondence, and other papers filed in connection with the

action be served on the undersigned.

 Dated:  New York, New York
         June 10, 2014

                          KATTEN MUCHIN ROSENMAN LLP


                          By:    /s/ William M. Regan

                          William M. Regan
                          william.regan@kattenlaw.com

                          575 Madison Avenue
                          New York, New York 10022-2585
                          (212) 940-8800 (phone)
                          (212) 940-8776 (fax)

                          *Counsel for Defendant UBS AG*