USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2014

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
CITY OF PROVIDENCE, RHODE ISLAND,                                       :
individually and on behalf of all others similarly situated,            :
                                      Plaintiff,                        :
                                                                        :   14 Civ. 2811 (JMF)
                -v-                                                     :
                                                                        :
BATS GLOBAL MARKETS, INC. et al.,                                       :
                                      Defendants.                       :
                                                                        :
------------------------------------------------------------------------X
                                                                        :
AMERICAN EUROPEAN INSURANCE COMPANY,                                    :
individually and on behalf of all others similarly situated,            :
                                      Plaintiff,                        :
                                                                        :   14 Civ. 3133 (JMF)
                -v-                                                     :
                                                                        :
BATS GLOBAL MARKETS, INC. et al.,                                       :
                                      Defendants.                       :
                                                                        :
------------------------------------------------------------------------X
                                                                        :
HAREL INSURANCE CO, LTD., individually and on                           :
behalf of all others similarly situated,                                :
                                      Plaintiff,                        :
                                                                        :   14 Civ. 3608 (JMF)
                                                                        :
                -v-                                                     :       ORDER
                                                                        :
BATS GLOBAL MARKETS, INC. et al.,                                       :
                                      Defendants.                       :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On April 18, 2014, Plaintiff City of Providence filed a putative class action lawsuit on behalf of public investors who bought or sold shares of stock on a registered public stock exchange or alternative trading venue in the United States between April 18, 2009 and April 18, 2014. The complaint alleges violations of Sections 6(b) and 10(b) of the Securities Exchange

Act of 1934 and Rule 10b-5, promulgated thereunder, as well as Section 20(a) of the Act. On May 2, 2014, Plaintiff European American Insurance Company filed a suit alleging similar claims, which this Court accepted as related to 14 Civ. 2811 on May 15, 2014. Finally, on May 20, 2014, Plaintiff Harel Insurance Co, Ltd. filed a suit alleging similar claims, which this Court also accepted as related to 14 Civ. 2811 on May 29, 2014.

As explained in the Court's May 15, 2014 Order (Docket No. 40), Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that within twenty days of the filing of the complaint, Plaintiff shall "cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i). The PSLRA also provides that "not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class." *Id.* In addition, the Act requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members. *See id.* § 78u-4(a)(3)(B)(i). In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered. *See id.* § 78u-4(a)(3)(B)(ii).

Plaintiff's counsel has notified the Court that the required notice was published on **April 18, 2014**. (Docket No. 154). Members of the purported class therefore have until **June 17, 2014**, to move the Court to serve as lead plaintiffs. Accordingly, it is hereby ORDERED that a

conference shall be held on **July 9, 2014**, at **3:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

    It is further ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by **July 1, 2014**.

    It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on any and all defendants who have not yet entered a notice of appearance in these actions.

    SO ORDERED.

Dated: June 10, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge