UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x
: 
CITY OF PROVIDENCE, RHODE ISLAND, : Civ. Action No. 14-cv-2811 (JMF)
Individually and on Behalf of All Others Similarly :
Situated, :
:
Plaintiff, : **RULE 7.1 STATEMENT**
:
v. :
:
BATS GLOBAL MARKETS, INC., et al., :
:
Defendants. :
------------------------------------------------------------------------- x

## DEFENDANT GTS SECURITIES, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant GTS Securities, LLC, by and through counsel, hereby submits the following corporate disclosure statement:

GTS Securities, LLC, has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Dated:  June 11, 2014          FOLEY & LARDNER LLP
        New York, New York

                               By: /s/ Mark S. Mandel
                                   Mark S. Mandel
                                   90 Park Avenue
                                   New York, New York 10016
                                   Tel:  (212) 682-7474
                                   Fax:  (212) 687-2329
                                   Mmandel@foley.com

                               *Attorneys for Defendant GTS Securities, LLC*