UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
: 
CITY OF PROVIDENCE, RHODE ISLAND, : Civ. Action No. 14-cv-2811 (JMF)
Individually and on Behalf of All Others Similarly :
Situated, :
:
Plaintiff, : **RULE 7.1 STATEMENT**
:
v. :
:
BATS GLOBAL MARKETS, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------------------ x

**DEFENDANT HUDSON RIVER TRADING LLC'S RULE 7.1 CORPORATE**

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hudson River Trading LLC, by and through counsel, hereby submits the following corporate disclosure statement:

Hudson River Trading LLC, has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Dated:  June 11, 2014            FOLEY & LARDNER LLP
        New York, New York

                                 By: /s/ Mark S. Mandel
                                     Mark S. Mandel
                                     90 Park Avenue
                                     New York, New York 10016
                                     Tel:  (212) 682-7474
                                     Fax:  (212) 687-2329
                                     Mmandel@foley.com

                                 *Attorneys for Defendant Hudson River Trading LLC*