UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

                v.

BATS GLOBAL MARKETS, INC., et al.,

                Defendants.

------------------------------------------------------------------------ x

Civ. Action No. 14-cv-2811 (JMF)

**RULE 7.1 STATEMENT**

**DEFENDANT TOWER RESEARCH CAPITAL LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Tower Research Capital LLC, by and through counsel, hereby submits the following corporate disclosure statement:

Tower Research Capital LLC, has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Dated:  June 11, 2014
          New York, New York

FOLEY & LARDNER LLP

By: /s/ Mark S. Mandel
     Mark S. Mandel
     90 Park Avenue
     New York, New York 10016
     Tel: (212) 682-7474
     Fax: (212) 687-2329
     Mmandel@foley.com

*Attorneys for Defendant Tower Research Capital LLC*