UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BATS GLOBAL MARKETS, INC., et al., <br><br> Defendants. | Civil Action No. 1:14-cv-02811-JMF <br><br> <u>CLASS ACTION</u> |
| AMERICAN EUROPEAN INSURANCE COMPANY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BATS GLOBAL MARKETS, INC., et al., <br><br> Defendants. | Civil Action No. 1:14-cv-03133-JMF <br><br> <u>CLASS ACTION</u> |

[Caption continued on following page.]

DECLARATION OF PATRICK J. COUGHLIN IN SUPPORT OF THE INSTITUTIONAL
INVESTORS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL

950244_1

|  |  |
|---|---|
| HAREL INSURANCE CO, LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>BATS GLOBAL MARKETS, INC., et al.,<br><br>                  Defendants. | Civil Action No. 1:14-cv-03608-JMF<br><br><u>CLASS ACTION</u> |
| JAMES J. FLYNN and DOMINIC A. MORELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>                  Defendants. | Civil Action No. 1:14-cv-04321-UA<br><br><u>CLASS ACTION</u> |

I, PATRICK J. COUGHLIN declare, as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of New York and this Court. I am of counsel to the law firm of Robbins Geller Rudman & Dowd LLP, counsel for proposed lead plaintiffs City of Providence, Rhode Island, Plumbers and Pipefitters National Pension Fund, Employees' Retirement System of the Government of the Virgin Islands, State-Boston Retirement System, and Första AP-fonden (collectively, the "Institutional Investors") and proposed lead counsel for the class in the above-captioned actions. I make this declaration in support of the Institutional Investors' Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:  Notice of pendency of first-filed class action published on *Business Wire* on April 14, 2014;

Exhibit B:  The Institutional Investors' Sworn Certifications;

Exhibit C:  Joint Declaration in Support of the Institutional Investors' Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel;

Exhibit D:  Robbins Geller Rudman & Dowd LLP firm resume;

Exhibit E:  Motley Rice LLC firm resume; and

Exhibit F:  Labaton Sucharow LLP firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of June, 2014 at New York, New York.

                                              s/ Patrick J. Coughlin
                                              PATRICK J. COUGHLIN

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17, 2014.

s/ Patrick J. Coughlin
PATRICK J. COUGHLIN

ROBBINS GELLER RUDMAN
    & DOWD LLP
30 Vesey Street, Suite 200
New York, NY  10007
Telephone:  212/693-1058

E-mail:patc@rgrdlaw.com

950244_1

# Mailing Information for a Case 1:14-cv-02811-JMF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randi Dawn Bandman**
  randib@rgrdlaw.com

- **Stephen P Bedell**
  sbedell@foley.com

- **Jeremy A. Berman**
  jberman@skadden.com

- **Julia Marie Beskin**
  juliabeskin@quinnemanuel.com

- **David Charles Bohan**
  david.bohan@kattenlaw.com,ecfdocket@kattenlaw.com,bridget.diedrich@kattenlaw.com

- **Sara B. Brody**
  sbrody@sidley.com,rfant@sidley.com,dspenner@sidley.com,tnewman@sidley.com,rbmartin@sidley.com

- **Andrew J. Brown**
  andrewb@rgrdlaw.com,nhorstman@rgrdlaw.com,kirstenb@rgrdlaw.com,ldeem@rgrdlaw.com

- **Thomas Bundy**
  thomas.bundy@sutherland.com

- **Richard W Clary**
  rclary@cravath.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com

- **Douglas Randall Cox**
  dcox@gibsondunn.com,aarias@gibsondunn.com,smartin@gibsondunn.com

- **Agnes Dunogue**
  Agnes.Dunogue@Shearman.com

- **Angus White Dwyer**
  adwyer@spencerfane.com,pozias@spencerfane.com,lvile@spencerfane.com

- **Jamie Stephen Dycus**
  jamie.dycus@wilmerhale.com

- **Joe Wesley Earnhardt**
  wearnhardt@cravath.com

- **Scott Alexander Edelman**
  sedelman@milbank.com

- **Stephen Ehrenberg**

- **Jonathan Neil Eisenberg**
  jon.eisenberg@klgates.com

- **Peter Nicholas Flocos**
  peter.flocos@klgates.com

- **Brian Lawrence Friedman**
  blfriedman@proskauer.com,LSOSDNY@proskauer.com

- **Harry Frischer**
  hfrischer@proskauer.com,LSOSDNY@proskauer.com

- **James Loyd Gattis**
  lgattis@spencerfane.com,kholm@spencerfane.com

- **Faith E. Gay**
  faithgay@quinnemanuel.com

- **Charles Alan Gilman**
  cgilman@cahill.com,mmcloughlin@cahill.com,nmarcantonio@cahill.com

- **Robert Joseph Giuffra , Jr**
  giuffrar@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Andrew Garry Gordon**
  agordon@paulweiss.com

- **Marc Laurence Greenwald**
  marcgreenwald@quinnemanuel.com

- **Adam Selim Hakki**
  ahakki@shearman.com

- **Stacie Rachel Hartman**
  shartman@schiffhardin.com,edocket@schiffhardin.com

- **Fraser Lee Hunter , Jr**
  fraser.hunter@wilmerhale.com,whmao@wilmerhale.com

- **David George Januszewski**
  djanuszewski@cahill.com

- **Alex Jason Kaplan**
  ajkaplan@sidley.com,nyefiling@sidley.com

- **Arnold Richard Kaplan**
  akaplan@spencerfane.com

- **Jay B. Kasner**
  jkasner@skadden.com

- **Ankush Khardori**
  akhardori@paulweiss.com

- **Daniel Jonathan Kramer**
  dkramer@paulweiss.com

- **Thomas Paul Krebs**
  tkrebs@foley.com

- **Mark D. Lanpher**
  mark.lanpher@shearman.com

- **Matthew Joseph Laroche**
  mlaroche@milbank.com

- **David Sapir Lesser**
  david.lesser@wilmer.com,whmao@wilmerhale.com,lesserda@yahoo.com

- **Seth L. Levine**
  slevine@levinelee.com

- **Lewis J. Liman**
  lliman@cgsh.com,maofiling@cgsh.com

- **Joseph C. Lombard**
  jlombard@mmlawus.com

- **Mitchell A. Lowenthal**
  maofiling@cgsh.com,mlowenthal@cgsh.com

- **Jackie Adeline Lu**
  jlu@sidley.com,nyefiling@sidley.com

- **Mark S. Mandel**
  mmandel@foley.com,tkrebs@foley.com,sbedell@foley.com

- **Alexander Virgil Maugeri**
  amaugeri@cravath.com

- **David W. Mitchell**
  davidm@csgrr.com,slandry@rgrdlaw.com

- **James Alwin Murphy**
  jmurphy@mmlawus.com

- **Scott D. Musoff**
  smusoff@skadden.com,david.carney@skadden.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stuart Harris Pack**
  spack@spencerfane.com,lgarofalo@spencerfane.com

- **Dean N. Panos**
  dpanos@jenner.com

- **Christos Papapetrou**
  cpapapetrou@levinelee.com

- **Alfred Robert Pietrzak**
  rpietrzak@sidley.com,nyefiling@sidley.com

- **Stephen Leonard Ratner**
  sratner@proskauer.com,LSOSDNY@proskauer.com

- **William Michael Regan**
  william.regan@kattenlaw.com,wregan@kattenlaw.com

- **Daniel Alexander Richards**
  drichards@cravath.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Holly H. Smith**
  holly.smith@sutherland.com,april.pearce@sutherland.com

- **Theodore R. Snyder**
  Theodore.Snyder@mmlawus.com

- **Dorothy Jane Spenner**
  dspenner@sidley.com,nyefiling@sidley.com

- **Howard Steven Suskin**
  hsuskin@jenner.com

- **John Andrew Valentine**
  john.valentine@wilmerhale.com

- **Thomas Charles White**
  whitet@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Richard Corey Worcester**
  coreyworcester@quinnemanuel.com

- **Allison Michele Wuertz**
  allison.wuertz@kattenlaw.com

- **Boris Zeldin**
  bzeldin@proskauer.com,LSOSDNY@proskauer.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`