# EXHIBIT B

# CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

CITY OF PROVIDENCE, RHODE ISLAND ("Plaintiff") declares:

1.  Plaintiff has reviewed a complaint and authorized its filing.

2.  Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.  Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Arbuthnot v. Aeropostale, Inc., et al.*, No. 1:11-cv-07132 (S.D.N.Y.)
*Alameda County Employees' Ret. Assoc. v. BP p.l.c.*, No. 12-cv-01256 (S.D. Tex.)

6.  The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of

HFT

any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June, 2014.

CITY OF PROVIDENCE, RHODE ISLAND

By: _____
Jeffrey M. Padwa, City Solicitor

## SCHEDULE A

## SECURITIES TRANSACTIONS

| Year | Type of Security | Shares Transacted | Cost/Proceeds |
|---|---|---|---|
| 2009 | COMMON STOCKS - DOMESTIC BUY | 3,011,157 | $54,409,002 |
|  | COMMON STOCKS - DOMESTIC SELL | 3,175,406 | $68,220,340 |
|  | Sub Total: | **6,186,563** | **$122,629,342** |
| 2010 | COMMON STOCKS - DOMESTIC BUY | 2,757,621 | $51,868,446 |
|  | COMMON STOCKS - DOMESTIC SELL | 2,321,220 | $49,852,963 |
|  | Sub Total: | **5,078,841** | **$101,721,410** |
| 2011 | COMMON STOCKS - DOMESTIC BUY | 2,049,990 | $43,648,919 |
|  | COMMON STOCKS - DOMESTIC SELL | 3,604,442 | $77,867,728 |
|  | Sub Total: | **5,654,432** | **$121,516,647** |
| 2012 | COMMON STOCKS - DOMESTIC BUY | 1,665,216 | $43,551,740 |
|  | COMMON STOCKS - DOMESTIC SELL | 3,067,723 | $88,751,482 |
|  | Sub Total: | **4,732,939** | **$132,303,221** |
| 2013 | COMMON STOCKS - DOMESTIC BUY | 1,682,229 | $43,347,186 |
|  | COMMON STOCKS - DOMESTIC SELL | 2,028,528 | $59,296,894 |
|  | Sub Total: | **3,710,757** | **$102,644,080** |
| 2014 | COMMON STOCKS - DOMESTIC BUY | 208,812 | $9,508,259 |
|  | COMMON STOCKS - DOMESTIC SELL | 468,308 | $20,764,300 |
|  | Sub Total: | **677,120** | **$30,272,558** |
|  | 4/18/2009-3/31/2014 | **26,040,652** | **$611,087,259** |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. (a)  Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Wallace v. Intralinks Holdings, Inc., et al.*, No. 1:11-cv-08861 (S.D.N.Y.)
*In re Questcor Pharmaceuticals, Inc. Sec. Litig.*, No. 12-cv-1623 (C.D. Cal.)
*Koetsch v. ITT Educational Services, Inc., et al*, No. 1:13-cv-01620 (S.D.N.Y.)
*Firefighters Pension & Relief Fund of the City of New Orleans v. Bulmahn, et al.*, No. 2:13-cv-03935 (E.D. La.)
*Singh v. Orthofix International N.V., et al.*, No. 1:13-cv-05696 (S.D.N.Y.)

(b)  Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*West Palm Beach Police Pension Fund v. DFC Global Corp., et al.*, No. 2:13-cv-06731 (E.D. Pa.)

HFT

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of June, 2014.

PLUMBERS AND PIPEFITTERS
NATIONAL PENSION FUND

By: _____
William T. Sweeney, Jr.
Administrator

HFT

## SCHEDULE A

### SECURITIES TRANSACTIONS

| Year | Type of Security | Shares Transacted | Cost/Proceeds |
|---|---|---|---|
| 2009 | COMMON STOCKS - DOMESTIC BUY | 41,198,912 | $872,187,728 |
|  | COMMON STOCKS - DOMESTIC SELL | 34,584,552 | $732,888,752 |
|  | Sub Total: | 75,783,464 | $1,605,076,480 |
| 2010 | COMMON STOCKS - DOMESTIC BUY | 71,676,824 | $2,223,084,852 |
|  | COMMON STOCKS - DOMESTIC SELL | 74,060,256 | $2,765,378,553 |
|  | Sub Total: | 145,737,080 | $4,988,463,405 |
| 2011 | COMMON STOCKS - DOMESTIC BUY | 63,790,800 | $2,491,259,951 |
|  | COMMON STOCKS - DOMESTIC SELL | 72,928,296 | $2,519,489,202 |
|  | Sub Total: | 136,719,096 | $5,010,749,153 |
| 2012 | COMMON STOCKS - DOMESTIC BUY | 42,631,172 | $1,160,249,234 |
|  | COMMON STOCKS - DOMESTIC SELL | 45,190,192 | $1,549,023,321 |
|  | Sub Total: | 87,821,364 | $2,709,272,555 |
| 2013 | COMMON STOCKS - DOMESTIC BUY | 51,549,888 | $1,589,460,377 |
|  | COMMON STOCKS - DOMESTIC SELL | 55,090,824 | $1,773,771,751 |
|  | Sub Total: | 106,640,712 | $3,363,232,129 |
|  | 6/1/2009-12/31/13 | 552,701,716 | $17,676,793,721 |

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Austin L. Nibbs, on behalf of the Employees' Retirement System of the Government of the Virgin Islands (the "System"), declares:

1. I have reviewed a complaint against the High Frequency Trading Defendants and designate Motley Rice LLC as proposed lead counsel for the System in this action for all purposes.

2. I am duly authorized to institute legal action on behalf of the System.

3. The System did not purchase or sell the securities that are the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. The System is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. The System also understands that, if appointed Lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5. The System will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6. The System has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*Louisiana Municipal Police Employees' Retirement System v. Green Mountain Coffee Roasters, Inc.*, No. 11-cv-00289 (D. Vt.);

*Plymouth County Retirement System v. Primo Water Corporation, et al.*, No. 11-cv-01068 (M.D.N.C.);

*In re: Facebook, Inc., IPO Securities and Derivative Litigation*, No. 12-cv-02389 (S.D.N.Y.);

*Thomas v. Envivio, Inc., et al.*, No. 12-cv-06464 (N.D. Cal.);

*Mazzaferro v. Aruba Networks, Inc., et al.*, No. 13-cv-02342 (N.D. Cal.); and

*Miami Police Relief & Pension Fund v. Fusion-io, Inc. et al*, No. 13-cv-05368 (N.D. Cal.).

7. The System understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. The System made transactions in securities that are the subject of the complaint during the Class Period as detailed in Schedule A.

**I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 17th day of June, 2014.

_____
Austin L. Nibbs
Administrator
Employees' Retirement System of the
Government of the Virgin Islands

## SCHEDULE A

## SECURITIES TRANSACTIONS

| Year | Type of Security | Shares Transacted | Cost/Proceeds |
|---|---|---|---|
| 2009 | COMMON STOCKS - DOMESTIC BUY | 9,836,276 | $157,639,622 |
|  | COMMON STOCKS - DOMESTIC SELL | 7,301,361 | $146,451,733 |
|  | Sub-Total: | 17,137,637 | $304,091,355 |
| 2010 | COMMON STOCKS - DOMESTIC BUY | 12,478,050 | $286,713,939 |
|  | COMMON STOCKS - DOMESTIC SELL | 12,288,671 | $282,700,668 |
|  | Sub-Total: | 24,766,721 | $569,414,607 |
| 2011 | COMMON STOCKS - DOMESTIC BUY | 9,569,844 | $270,842,444 |
|  | COMMON STOCKS - DOMESTIC SELL | 12,402,415 | $325,039,204 |
|  | Sub-Total: | 21,972,259 | $595,881,648 |
| 2012 | COMMON STOCKS - DOMESTIC BUY | 6,792,310 | $183,060,764 |
|  | COMMON STOCKS - DOMESTIC SELL | 10,763,442 | $290,379,717 |
|  | Sub-Total: | 17,555,752 | $473,440,481 |
| 2013 | COMMON STOCKS - DOMESTIC BUY | 4,331,609 | $100,350,463 |
|  | COMMON STOCKS - DOMESTIC SELL | 5,748,920 | $191,789,264 |
|  | Sub-Total: | 10,080,529 | $292,139,727 |
| 2014 | COMMON STOCKS - DOMESTIC BUY | 138,000 | $5,851,060 |
|  | COMMON STOCKS - DOMESTIC SELL | 429,930 | $14,005,380 |
|  | Sub-Total: | 567,930 | $19,856,440 |
| 4/18/2009 - 4/18/2014 | **TOTAL** | **92,080,828** | **$2,254,824,258** |

## CERTIFICATION

I, Timothy J. Smyth, as Interim Executive Director of State-Boston Retirement System ("Boston"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Boston. I have reviewed a complaint filed on April 18, 2014 on behalf of public investors who purchased and/or sold shares of stock in the United States between April 18, 2009 and the present, alleging violations of the federal securities laws;

2. Boston did not purchase securities at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Boston is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. Boston made transactions in securities that are the subject of this action during the Class Period, as reflected in Exhibit A, attached hereto;

5. Boston sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

> *In re Netflix, Inc. Securities Litigation*, No. 3:12-cv-225 (N.D. Cal.)
> *Reinschmidt v. Zillow, Inc.*, No. 2:12-cv-2084 (W.D. Wash.)
> *In re McDermott International, Inc. Securities Litigation*, No. 4:13-cv-2393 (S.D. Tex.)
> *Freedman v. Nu Skin Enterprises, Inc.*, No. 2:14-cv-00033 (D. Utah)
> *Marjanian v. Allied Nevada Gold Corp.*, No. 3:14-cv-00175 (D. Nev.)

6. Boston is currently serving as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years:

> *In re Netflix, Inc. Securities Litigation*, No. 3:12-cv-225 (N.D. Cal.)
> *Reinschmidt v. Zillow, Inc.*, No. 2:12-cv-2084 (W.D. Wash.)
> *Freedman v. Nu Skin Enterprises, Inc.*, No. 2:14-cv-00033 (D. Utah)

7. Beyond its pro rata share of any recovery, Boston will not accept payment for serving as a lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __12__ day of June, 2014.

*Timothy J. Smyth*
*Interim Executive Director*
*State-Boston Retirement System*

## EXHIBIT A

| Year | Shares Purchased | Cost | Shares Sold | Proceeds | Total Shares | Total Cost/ Proceeds |
|---|---|---|---|---|---|---|
| 2009* | 30,233,985.97 | $734,152,677.01 | (28,561,729.66) | ($715,073,125.83) | 58,795,715.62 | $1,449,225,802.84 |
| 2010 | 31,387,168.58 | $895,355,216.93 | (41,399,220.29) | ($1,309,931,093.19) | 72,786,388.88 | $2,205,286,310.12 |
| 2011 | 10,806,035.16 | $321,452,672.42 | (12,542,429.16) | ($351,498,751.41) | 23,348,464.32 | $672,951,423.83 |
| 2012 | 9,019,916.20 | $256,533,552.26 | (11,699,203.53) | ($370,252,804.26) | 20,719,119.74 | $626,786,356.52 |
| 2013 | 10,924,865.30 | $313,287,104.83 | (9,870,001.38) | ($369,533,475.75) | 20,794,866.68 | $682,820,580.58 |
| 2014** | 2,274,916.93 | $70,511,586.49 | (4,628,847.23) | ($180,295,365.19) | 6,903,764.16 | $250,806,951.68 |
| Totals | 94,646,888.14 | $2,591,292,809.94 | (108,701,431.25) | ($3,296,584,615.63) | 203,348,319.40 | $5,887,877,425.57 |

\* From 04/18/09

\*\* Through 03/31/14

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Ossian Ekdahl and Jan Matej, on behalf of Första AP-fonden ("AP1"), declares:

1. We have reviewed a complaint against the High Frequency Trading Defendants and designate Motley Rice LLC as proposed lead counsel for AP1 in this action for all purposes.

2. We are duly authorized to institute legal action on behalf of AP1.

3. AP1 did not purchase or sell the securities that are the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. AP1 is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. AP1 also understands that, if appointed Lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5. AP1 will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6. AP1 has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*In re Agnico-Eagle Mines Ltd. Securities Litigation*, No. 11-cv-7968 (S.D.N.Y. 2011); and

*Freedman v. St. Jude Medical, Inc., et al.*, No. 12-cv-03070 (D. Minn. 2012).

7. AP1 understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. AP1 made transactions in securities that are the subject of the complaint during the Class Period as detailed in Schedule A.

9. AP1 is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.

Executed this __17__ day of June, 2014.

For Första AP-fonden:

_____
Ossian Ekdahl
Head of Communications and ESG
Första AP-fonden

_____
Jan Matej
General Counsel
Första AP-fonden

## SCHEDULE A

## SECURITIES TRANSACTIONS

| Year | Type of Security | Shares Transacted | Cost/Proceeds |
|---|---|---|---|
| 2009 | COMMON STOCKS - U.S. - BUY | 121,829,669 | $2,253,300,627 |
|  | COMMON STOCKS - U.S. - SELL | 86,943,200 | $1,782,911,729 |
|  | Sub-Total: | **208,772,869** | **$4,036,212,355** |
| 2010 | COMMON STOCKS - U.S. - BUY | 263,869,330 | $3,862,626,614 |
|  | COMMON STOCKS - U.S. - SELL | 241,058,169 | $4,072,126,938 |
|  | Sub-Total: | **504,927,499** | **$7,934,753,552** |
| 2011 | COMMON STOCKS - U.S. - BUY | 286,620,827 | $3,178,871,211 |
|  | COMMON STOCKS - U.S. - SELL | 175,257,524 | $3,964,978,033 |
|  | Sub-Total: | **461,878,351** | **$7,143,849,243** |
| 2012 | COMMON STOCKS - U.S. - BUY | 276,891,896 | $4,379,603,698 |
|  | COMMON STOCKS - U.S. - SELL | 345,306,166 | $4,891,673,223 |
|  | Sub-Total: | **622,198,062** | **$9,271,276,920** |
| 2013 | COMMON STOCKS - U.S. - BUY | 139,427,983 | $3,982,482,934 |
|  | COMMON STOCKS - U.S. - SELL | 171,219,013 | $4,864,849,008 |
|  | Sub-Total: | **310,646,996** | **$8,847,331,942** |
| 2014 | COMMON STOCKS - U.S. - BUY | 29,531,646 | $763,574,545 |
|  | COMMON STOCKS - U.S. - SELL | 26,278,949 | $652,041,793 |
|  | Sub-Total: | **55,810,595** | **$1,415,616,338** |
| 4/18/2009 - 4/18/2014 | **TOTAL** | **2,164,234,372** | **$38,649,040,351** |