# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:14-cv-02811-JMF

CLASS ACTION |
| Plaintiff, | : : |  |
| vs. | : : |  |
| BATS GLOBAL MARKETS, INC., et al., | : : : |  |
| Defendants. | : : |  |
| AMERICAN EUROPEAN INSURANCE COMPANY, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:14-cv-03133-JMF

CLASS ACTION |
| Plaintiff, | : : |  |
| vs. | : : |  |
| BATS GLOBAL MARKETS, INC., et al., | : : : |  |
| Defendants. | : : |  |

[Caption continued on following page.]

JOINT DECLARATION IN SUPPORT OF THE INSTITUTIONAL INVESTORS' MOTION
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF COUNSEL

949977_1

|  | x |
|---|---|
| HAREL INSURANCE CO, LTD., Individually : | Civil Action No. 1:14-cv-03608-JMF |
| and on Behalf of All Others Similarly Situated, : | |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| BATS GLOBAL MARKETS, INC., et al., : | |
| : | |
| Defendants. : | |
| : | |
|  | x |

949977_1

Jeffrey M. Padwa, Linda Daelemans, Cathy M. Smith, Timothy J. Smyth, and Jan Matej, pursuant to 28 U.S.C. §1746, individually declare as follows:

1.      We respectfully submit this Joint Declaration in support of the motion of the Plumbers and Pipefitters National Pension Fund ("Plumbers and Pipefitters"); the City of Providence, Rhode Island ("City of Providence"); the Employees' Retirement System of the Government of the Virgin Islands ("Virgin Islands"); the State-Boston Retirement System ("Boston");  and Första AP-fonden ("AP1")  (collectively, the "Institutional Investors") for consolidation, appointment as lead plaintiff and approval of selection of counsel.  We are informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA").  Each of us has personal knowledge about the information in this Joint Declaration relating to the particular fund with which we are associated.

2.      I, Jeffrey M. Padwa, serve as City Solicitor for the City of Providence and am authorized to make this declaration on its behalf.

(a)      The City of Providence is the capital and most populous city in the State of Rhode Island.  The City of Providence currently manages approximately $400 million in assets.  As set forth in its Certification, the City of Providence purchased and sold more than 26 million shares on U.S. registered stock exchanges and alternate trading venues during the Class Period, valued at approximately $600 million, and suffered substantial economic harm and damages as a result of defendants' manipulative conduct as alleged in the Related Actions.

(b)      After working with counsel to research and file the first complaint, and upon due consideration of its options and rights under the PSLRA, the City of Providence determined to file a joint application as lead plaintiff, together with Plumbers and Pipefitters, Virgin Islands, Boston, and AP1.  The City of Providence initiated this litigation, has experience serving as a

- 1 -

fiduciary under the PSLRA, and is familiar with the obligations and fiduciary responsibilities owed to a class.

Controller <sup>to</sup> 6/17/14

3.    I, Linda Daelemans, serve as the ~~Comptroller~~ of Plumbers and Pipefitters and am authorized to make this declaration on its behalf.

(a)    Plumbers and Pipefitters is a Taft-Hartley, multi-employer defined-benefit pension plan serving workers in the plumbing and pipefitting industries across the United States. Established in 1968, Plumbers and Pipefitters has approximately $5 billion in assets under management for the benefit of more than ~~95,000~~ 148,000 to 6/17/14 participants. As set forth in its Certification, Plumbers and Pipefitters purchased and sold more than 552 million shares on U.S. registered stock exchanges and alternate trading venues during the Class Period, valued at approximately $17.6 billion, and suffered substantial economic harm and damages as a result of defendants' manipulative conduct as alleged in the Related Actions.

(b)    After due consideration of its options and rights under the PSLRA, Plumbers and Pipefitters determined to file a joint application as lead plaintiff, together with City of Providence, Virgin Islands, Boston, and AP1. Plumbers and Pipefitters has experience serving as a fiduciary under the PSLRA and is familiar with the obligations and fiduciary responsibilities owed to a class.

4.    I, Cathy M. Smith, serve as the General Counsel of Virgin Islands, and am authorized to make this declaration on its behalf.

(a)    Virgin Islands is a defined-benefit pension plan for officials and employees of the Government of the Virgin Islands. With over $1.3 billion in assets, Virgin Islands is the principal investment organization of the Virgin Islands' retirement plans and provides retirement, health, and other pension benefits to more than 18,000 participants. As set forth in its Certification,

- 2 -

949977_1

Virgin Islands purchased and sold more than 92 million shares on U.S. registered stock exchanges and alternate trading venues during the Class Period, valued at approximately $2.3 billion, and suffered substantial economic harm and damages as a result of defendants' manipulative conduct as alleged in the Related Actions.

(b)  After due consideration of its options and rights under the PSLRA, Virgin Islands determined to file a joint application as lead plaintiff, together with Plumbers and Pipefitters, City of Providence, Boston, and AP1.  Virgin Islands has experience serving as a fiduciary under the PSLRA and is familiar with the obligations and fiduciary responsibilities owed to a class.

5.  I, Timothy J. Smyth, serve as the Interim Executive Director of Boston, and am authorized to make this declaration on its behalf.

(a)  Boston is a defined-benefit governmental pension plan headquartered in Boston, the capital and most populous city in the State of Massachusetts.  Boston manages approximately $5.39 billion in assets on behalf of approximately 55,000 beneficiaries.  As set forth in its Certification, Boston purchased and sold more than 203 million shares on U.S. registered stock exchanges and alternate trading venues during the Class Period, valued at approximately $5.8 billion, and suffered substantial economic harm and damages as a result of defendants' manipulative conduct as alleged in the Related Actions.

(b)  After due consideration of its options and rights under the PSLRA, Boston determined to file a joint application as lead plaintiff, together with Plumbers and Pipefitters, City of Providence, Virgin Islands, and AP1.  Boston has experience serving as a fiduciary under the PSLRA and is familiar with the obligations and fiduciary responsibilities owed to a class.

6.  I, Jan Matej, serve as General Counsel to AP1, and am authorized to make this declaration on its behalf.

- 3 -

949977_1

(a)     AP1 is a national pension fund based in Stockholm, Sweden, whose management contributes to ensuring a high and predictable retirement pension for every person employed in Sweden.  With net assets of approximately $40 billion, AP1 is one of Sweden's largest pension funds.  As set forth in its Certification, AP1 purchased and sold 2.1 billion shares on U.S. registered stock exchanges and alternate trading venues during the Class Period, valued at approximately $38.6 billion, and suffered substantial economic harm and damages as a result of defendants' manipulative conduct as alleged in the Related Actions.

(b)     After due consideration of its options and rights under the PSLRA, AP1 determined to file a joint application as lead plaintiff, together with Plumbers and Pipefitters, City of Providence, Virgin Islands, and Boston.  AP1 has experience serving as a fiduciary under the PSLRA and is familiar with the obligations and fiduciary responsibilities owed to a class.

7.     The Institutional Investors are sophisticated institutional investors that have the resources to ensure effective oversight of counsel and this litigation.  Collectively, the Institutional Investors manage billions of dollars in assets and serve as fiduciaries to hundreds of thousands of beneficiaries.  The Institutional Investors all have in-house legal personnel or designated outside counsel who have expended, and will continue to expend, the requisite time and resources necessary to diligently supervise this litigation.

8.     The Institutional Investors are well versed in the obligations and fiduciary responsibilities owed to a class, as all of the Institutional Investors have prior experience serving as fiduciaries and selecting, hiring and overseeing lawyers in litigation, including securities class actions under the PSLRA.

9.     Based on our shared interests in ensuring that the Related Actions are led by institutional investors with experience overseeing counsel in complex litigation and committed to

- 4 -

949977_1

maximizing the recovery on behalf of the Class, the Institutional Investors determined to seek joint appointment as lead plaintiff together with City of Providence, which initiated this litigation. That decision was also driven by our prior experience serving as lead plaintiffs under the PSLRA and our shared belief that our combined knowledge, experience, sophistication, and resources will enable us to vigorously represent the interests of the proposed class and maximize any potential recovery.

10.    The Institutional Investors believe that it is important the Related Actions are led by major institutional investors who have a significant financial interest, as this will ensure vigorous and experienced representation of the class and ensure active participation by those with a significant vested interest in the outcome of this litigation.

11.    To that end, the Institutional Investors have conferred together about this litigation and affirmed the benefits of working together to prosecute the litigation. The Institutional Investors have also adopted procedures and mechanisms for joint decision-making to ensure that the class will benefit from our supervision of counsel. Such procedures include our agreement to communicate concerning the litigation and, specifically, to review and discuss case filings both separate and apart from counsel and with counsel through joint conference calls and to receive regular litigation updates, as well as other measures that will ensure the work counsel performs is in the best interests of the class. We also discussed our shared views that the prosecution of the Related Actions would greatly benefit from the leadership of institutional investors that have the resources, experience and desire to actively oversee the Related Actions and counsel.

12.    Our decision to jointly prosecute the Related Actions was based, in part, on our shared belief that collaboration among committed institutional investors representing a broad cross-section of major investors in the U.S. equity markets benefits the interests of our members and constituents. The Institutional Investors have shared views regarding the role of institutional

- 5 -

949977_1

investors in detecting and preventing manipulative and fraudulent practices in the securities markets, and we believe that our cooperation as lead plaintiff in the Related Actions will advance our common interests in promoting fair and honest public markets.

13.      One of the factors motivating us to jointly seek appointment as lead plaintiff in the Related Actions was to ensure, through supervision of our chosen counsel, Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), Motley Rice LLC ("Motley Rice") and Labaton Sucharow LLP ("Labaton Sucharow"), that the Related Actions would be prosecuted in an efficient and cost-effective manner.  We believe that Robbins Geller, Motley Rice and Labaton Sucharow—firms that have a history of successful collaboration in achieving significant settlements and corporate governance reforms for injured investors—are highly qualified to represent the class.  We believe that these firms' prior experience in litigating complex class actions lawsuits together provides comfort that the proposed class will receive the best possible representation.

14.      As sophisticated institutional investors, we take very seriously our obligations as lead plaintiff to act in the best interests of the class and are committed to actively monitoring the activities of our chosen counsel for the duration of the litigation.

I, Jeffrey M. Padwa, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge.  Executed this 17th day of June, 2014.

_____
JEFFREY M. PADWA
City Solicitor
City of Providence, Rhode Island

- 6 -

949977_1

I, Linda Daelemans, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this 11th day of June, 2014.

_____
LINDA DAELEMANS
Comptroller
Plumbers and Pipefitters National Pension Fund


I, Cathy M. Smith, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
CATHY M. SMITH
General Counsel
Employees' Retirement System of the Government
of the Virgin Islands


I, Timothy J. Smyth, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
TIMOTHY J. SMYTH
Interim Executive Director
State-Boston Retirement System


I, Jan Matej, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
JAN MATEJ
General Counsel
Första AP-fonden

- 7 -

949977_1

I, Linda Daelemans, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
LINDA DAELEMANS
Comptroller
Plumbers and Pipefitters National Pension Fund

I, Cathy M. Smith, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this 7th day of June, 2014.

_____
CATHY M. SMITH
General Counsel
Employees' Retirement System of the Government
of the Virgin Islands

I, Timothy J. Smyth, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
TIMOTHY J. SMYTH
Interim Executive Director
State-Boston Retirement System

I, Jan Matej, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
JAN MATEJ
General Counsel
Första AP-fonden

- 7 -

949977_1

I, Linda Daelemans, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
LINDA DAELEMANS
Comptroller
Plumbers and Pipefitters National Pension Fund

I, Cathy M. Smith, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
CATHY M. SMITH
General Counsel
Employees' Retirement System of the Government
of the Virgin Islands

I, Timothy J. Smyth, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this 17th _th day of June, 2014.

_____
TIMOTHY J. SMYTH
Interim Executive Director
State-Boston Retirement System

I, Jan Matej, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
JAN MATEJ
General Counsel
Första AP-fonden

- 7 -

949977_1

I, Linda Daelemans, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
LINDA DAELEMANS
Comptroller
Plumbers and Pipefitters National Pension Fund

I, Cathy M. Smith, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
CATHY M. SMITH
General Counsel
Employees' Retirement System of the Government
of the Virgin Islands

I, Timothy J. Smyth, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this _th day of June, 2014.

_____
TIMOTHY J. SMYTH
Interim Executive Director
State-Boston Retirement System

I, Jan Matej, declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge. Executed this 17th day of June, 2014.

_____
JAN MATEJ
General Counsel
Första AP-fonden

- 7 -

949977_1