CERTIFICATE OF SERVICE

I, FRED T. ISQUITH, JR., hereby certify that a copy of the foregoing: (1) Notice of Motion to appoint James J. Flynn and Dominic A. Morelli as lead plaintiff and approve of their selection of lead counsel (2) the memorandum of law and supporting documents in support of James J. Flynn and Dominic A. Morelli's motion to appoint the as lead plaintiff and approve of their selection of lead counsel ; was served on the counsel of record listed below by ECF and electronic mail this 17th day of June, 2014.

| | |
|---|---|
| Randi Dawn Bandman<br>**Robbins Geller Rudman & Dowd LLP**<br>9601 Wilshire Blvd, Suite 501<br>Los Angeles, CA 90210<br>Ph: (310) 859-3100<br>Fx: (310) 278-2148<br>randib@rgrdlaw.com<br><br>Patrick J. Coughlin<br>Andrew J. Brown<br>David W. Mitchell<br>Brian O. O;Mara<br>**Robbins Geller Rudman & Dowd LLP**<br>600 West Broadway<br>San Diego, CA 92101<br>Ph: (619) 231-1058<br>Fx: (619) 231-7423<br>patc@rgrdlaw.com<br>andrewb@rgrdlaw.com<br>davidm@rgrdlaw.com<br>bomara@rgrdlaw.com<br><br>Samuel H. Rudman<br>**Robbins Geller Rudman & Dowd LLP**<br>58 South Service Road, Suite 200<br>Melville, New York 11747<br>Ph: (631) 367-7100<br>Fx: (631) 367-1173<br>srudman@rgrdlaw.com<br><br>*Representing City of Providence, Rhode Island*<br><br>*Plaintiffs* | Stephen P. Bedell<br>Thomas P. Krebs<br>**Foley & Lardner LLP**<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654<br>Ph: (312) 832-4374<br>sbedell@foley.com<br>tkrebs@foley.com<br><br>Mark S. Mandel<br>**Foley & Lardner LLP**<br>90 Park Avenue<br>New York, New York 10016<br>Ph: (212) 682-747<br>Fx: (212) 687-2329<br>mmandel@foley.com<br><br>*Representing GTS Securities LLC; Hudson River Trading LLC; and Tower Research Capital LLC*<br><br>*Defendants* |
| Jeremy A. Lieberman<br>Lesley F. Portnoy<br>**Pomerantz LLP** | Jeremy A. Berman<br>Jay B. Kasner<br>Scott D. Musoff |

| | |
|---|---|
| 600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Ph: (212) 661-1100<br>Fx: (212) 661-8665<br>jalieberman@pomlaw.com<br>lfportnoy@pomlaw.com<br><br>*Representing American European Insurance Company*<br><br>*Plaintiffs* | **Skadden, Arps, Slate, Meagher & Flom LLP**<br>Four Time Square<br>New York, New York 10036<br>Ph: (212) 735-2032<br>Fx: (917) 777-2032<br>jberman@skadden.com<br>jkasner@skadden.com<br>smusoff@skadden.com<br><br>*Representing FMR LLC; Fidelity Brokerage Services, LLC*<br><br>*Defendant* |
| David C. Bohan<br>William M. Regan<br>Allison M. Wuertz<br>**Katten Muchin Rosenman, LLP**<br>575 Madison Avenue<br>New York, New York 10022<br>Ph: (312) 902-5200<br>Fx: (312) 577-4734<br>David.bohan@kattenlaw.com<br>William.regan@kattenlaw.com<br>Allison.wuertz@kattenlaw.com<br><br>*Representing UBS AG*<br><br>*Defendant* | Julia M. Beskin<br>Faith E. Gay<br>Marc L. Greenwald<br>Richard C. Worcester<br>**Quinn Emanuel Urquhart & Sullivan LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Ph: (212) 849-7000<br>Fx: (212) 849-7100<br>juliabeskin@quinnemanuel.com<br>faithgay@quinnemanuel.com<br>marcgreenwald@quinnemanuel.com<br>coreyworcester@quinnemanuel.com<br><br>*Representing E*Trade Financial Corporation*<br><br>*Defendant* |
| Sara B. Brody<br>**Sidley Austin LLP**<br>555 California Street<br>San. Francisco, CA 94104<br>Ph: (415) 772-1200<br>Fx: (415) 772-7400<br>sbrody@sidley.com<br><br>Dorothy J. Spenner<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Ph: (212) 839-5300<br>Fx: (212) 839-5407<br>dspenner@sidley.com | Thomas Bundy<br>Holly H. Smith<br>**Sutherland Asbill & Brennan LLP**<br>700 Sixth Street, NW, Suite 700<br>Washington, DC 20001<br>Ph:  (202) 383-0716<br>Thomas.bundy@sutherland.com<br>Holly.smith@sutherland.com<br><br>*Representing Tradworx Inc.*<br><br>*Defendant* |

| | |
|---|---|
| *Representing Charles Schwab Corporation*<br><br>*Defendant* | |
| Richard W. Clary<br>Joe W. Earnhardt<br>Alexander V. Maugeri<br>Daniel A. Richards<br>**Cravath, Swaine & Moore LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Ph: (212) 474-1000<br>Fx: (212) 474-3700<br>rclary@cravath.com<br>wearnhardt@cravath.com<br>amaugeri@cravath.com<br>drichards@cravath.com<br><br>*Representing Quantlab Financial LLC*<br><br>*Defendant* | Douglas R. Cox<br>**Gibson, Dunn & Crutcher, LLP**<br>1050 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Ph: (202) 955-8500<br>Fx: (202) 530-9539<br>dcox@gibsondunn.com<br><br>*Representing NASDAQ OMX PHLX LLC; Nasdaq OMX BX, Inc.; The Nasdaq Stock Market LLC.*<br><br>*Defendants.* |
| Agnes Dunogue<br>**Simpson Thacher & Bartlett LPP**<br>425 Lexington Avenue<br>New York, New York 10017<br>Ph: (212) 455-2000<br>Fx: (212) 455-2502<br>Dunogue@Shearman.com<br><br>*Representing Citigroup Inc.*<br><br>*Defendant* | Angus W. Dwyer<br>James L. Gattis<br>**Spencer Fane Britte & Browne LLP**<br>100 Walnut Street, Suite 1400<br>Kansas City, MO 64106<br>Ph: (816) 474-8100<br>Fx: (816) 474-3216<br>adwyer@spencerfane.com<br>lgattis@spencerfane.com<br><br>Arnold R. Kaplan<br>Stuart H. Pack<br>**Spencer Fane Britte & Browne LLP**<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203<br>Ph: (303) 839-3809<br>Fx: (303) 839-3838<br>akaplan@spencerfane.com<br>spack@spencerfane.com<br><br>*Representing Tradebot Systems, Inc.*<br><br>*Defendant.* |
| Jamie S. Dycus<br>Fraser L. Hunter Jr. | Scott A. Edelman<br>Matthew J. Laroche |

| | |
|---|---|
| David S. Lesser<br>**Wilmer Cutler Pickering Hale and Dorr LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Ph: (212) 230-8800<br>Fx: (212) 230-8888<br>Jamie.dycus@wilmerhale.com<br>Fraser.hunter@wilmerhale.com<br>David.lesser@wilmer.com<br><br>*Representing Bank of America Corporation*<br><br>*Defendant* | **Milbank, Tweed, Hadley & McCloy LLP**<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Ph: (212) 530-5149<br>Fx: (212) 822-5149<br>sedelman@milbank.com<br>mlaroche@milbank.com<br><br>*Representing Morgan Stanley & Co. LLP*<br><br>*Defendant* |
| Stephen Ehrenberg<br>Robert J. Giuffra, Jr.<br>Thomas C. White<br>**Sullivan and Cromwell, LLP**<br>125 Broad Street<br>New York, New York 10004<br>Ph: (212) 558-3269<br>Fx: (212) 558-3588<br>ehrenbergs@sullcrom.com<br>giuffrar@sullcrom.com<br>whitet@sullcrom.com<br><br>*Representing The Goldman Sachs Group, Inc.*<br><br>*Defendant* | Jonathan N. Eisenberg<br>**K&L Gates**<br>1601 K. Street, N.W.<br>Washington, DC 20006<br>Ph: (202) 778-9348<br>Fx: (202) 778-9100<br>Jon.eisenberg@klgates.com<br><br>Peter N. Flocos<br>**K&L Gates**<br>599 Lexington Avenue<br>New York, New York 10022<br>Ph: (212) 536-4025<br>Fx: (212) 536-3901<br>Peter.flocos@klgates.com<br><br>*Representing Jump Trading, LLC*<br><br>*Defendant* |
| John A. Valentine<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>1875 Pennsylvania Avenue<br>Washington, DC 20006<br>Ph: (202) 663-6131<br>Fx: (202) 663-6363<br>John.valentine@wilmerhale.com<br><br>*Representing Citadel LL*<br><br>*Defendant* | Brian L. Friedman<br>Harry Frischer<br>Stephen L. Ratner<br>Boris Zeldin<br>**Proskauer Rose LLP**<br>11 Times Square<br>New York, New York 10036<br>Ph: (212) 536-4025<br>Fx: (212) 536-3901<br>blfriedman@proskauer.com<br>hfrischer@proskauer.com |

Case 1:14-cv-02811-JMF   Document 175   Filed 06/17/14   Page 5 of 7

| | |
|---|---|
| | sratner@proskauer.com<br>bzeldin@proskauer.com<br><br>*Representing JPMorgan Chase & Co.*<br><br>*Defendant* |
| Charles A. Gilman<br>David G. Januszewski<br>**Cahill Gordon & Reindel LLP**<br>80 Pine Street<br>New York, New York 10005<br>Ph: (212) 701-3000<br>Fx: (212) 269-5420<br>cgilman@cahill.com<br>djanuszewski@cahill.com<br><br>*Representing Deutsche Bank AG*<br><br>*Defendant* | Andrew G. Gordon<br>Ankush Khardori<br>Daniel J. Kramer<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of Americas<br>New York, New York 10019<br>Ph: (212) 373-3553<br>Fx: (212) 373-2037<br>agordon@paulweiss.com<br>akhardori@paulweiss.com<br>dkramer@paulweiss.com<br><br>*Representing Virtu Financial Inc.*<br><br>*Defendant* |
| Adam S. Hakki<br>**Shearman & Sterling LLP**<br>599 Lexington Avenue<br>New York, New York 10022<br>Ph: (212) 848-4924<br>Fx: (646) 848-4924<br>ahakki@shearman.com<br><br>Mark D. Lanpher<br>**Shearman & Sterling LLP**<br>801 Pennsylvania Ave, NW<br>Washington, DC 20004<br>Ph: (202) 508-8120<br>Fx: (202) 661-7321<br>Mark.lanpher@shearman.com<br><br>*Representing Citigroup Inc.*<br><br>*Defendant* | Stacie R. Hartman<br>**Schiff Hardin LLP**<br>6600 Sears Tower<br>Chicago, Il 60606<br>Ph: (312) 258-5607<br>Fx: (312) 258-5700<br>shartman@schiffhardin.com<br><br>*Representing C2 Options Exchange, Inc.; Chicago Board Options Exchange, Inc.*<br><br>*Defendants* |
| Alex J. Kaplan<br>Jackie A. Lu<br>Alfred R. Pietrzak<br>**Sidley Austin LLP**<br>787 Seventh Avenue | Seth. L. Levine<br>Christos Papapetrou<br>**Levine Lee LLP**<br>666 Fifth Avenue<br>New York, New York 10103 |

5

| | |
|---|---|
| New York, New York 10019<br>Ph: (212) 839-5839<br>Fx: (212) 839-5599<br>ajkaplan@sidley.com<br>jlu@sidley.com<br>apietrzak@sidley.com<br><br>*Representing TD Ameritrade Holding Corp.*<br><br>*Defendant* | Ph: (212) 223-4400<br>Fx: (212) 223-4425<br>slevine@levinelee.com<br>cpapapetrou@levinelee.com<br><br>*Representing Chicago Stock Exchange, Inc.*<br><br>*Defendant* |
| Lewis J. Liman<br>Mitchell A. Lowenthal<br>**Cleary Gottlieb**<br>One Liberty Plaza<br>New York, New York 10006<br>Ph: (212) 225-2000<br>Fx: (212) 225-3499<br>lliman@cgsh.com<br>maofiling@cgsh.com<br><br>*Representing KCG Holdings, Inc.*<br><br>*Defendant* | Joseph C. Lombard<br>**Murphy & McGonigle PC**<br>555 14th Street, NW, 410W<br>Washington, DC 20004<br>Ph: (202) 661-7028<br>jlombard@mmlawus.com<br><br>James A. Murphy<br>**Murphy & McGonigle PC**<br>4870 Sadler Road, Ste 301<br>Glen Allen, Va 23060<br>Ph: (804) 762-5330<br>Fx: (804) 762-5360<br>jmurphy@mmlawus.com<br><br>Theodore R. Snyder<br>**Murphy & McGonigle PC**<br>1185 Avenue of Americas, 21st Floor<br>New York, New York 10036<br>Ph: (212) 880-3976<br>Fx: (212) 880-3998<br>Theodore.Synder@mmlawus.com<br><br><br>*Representing Bats Global Markets, Inc.; Direct Edge ECN, LLC; International Securities Exchange Holdings, Inc.*<br><br>*Defendants* |
| Dean N. Panos<br>Howard S. Suskin<br>**Jenner & Block**<br>353 North Clark Street<br>Chicago, Il 60654<br>Ph: (312) 923-2765<br>Fx: (312) 840-7765 | |

| | |
|---|---|
| dpanos@jenner.com<br>hsuskin@jenner.com<br><br>*Representing Chopper Trading, LLC*<br><br>*Defendant* | |

Respectfully Submitted on June 17, 2014,

*/s/ Fred T. Isquith*