UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CITY OF PROVIDENCE v. BATS GLOBAL MARKETS, INC., et al. | x : x | **Civil No. 1:14-cv-02811-JMF** |
| AMERICAN EUROPEAN INSURANCE COMPANY v. BATS GLOBAL MARKETS, INC., et al. | x : x | **Civil No. 1:14-cv-03133-JMF** |
| HAREL INSURANCE CO., LTD. v. BATS GLOBAL MARKETS, INC., et al. | x : x | **Civil No. 1:14-cv-03608-JMF** |
| FLYNN v. BANK OF AMERICA CORPORATION, et al. | x : x | **Civil No. 1:14-cv-04321-JMF** |

## NOTICE OF APPEARANCE OF VICTOR E. STEWART

**TO THE COURT AND ALL PARTIES OF RECORD:**

I hereby enter my appearance in this action as counsel for James J. Flynn and Dominic A. Morelli, in the above-captioned matter.

DATED: June 18, 2014                Respectfully submitted,

**LOVELL STEWART HALEBIAN LLP**

_____/s/ Victor E. Stewart_____

Victor E. Stewart (VS-4309)
victornj@ix.netcom.com

61 Broadway, Suite 501
New York, New York 10006

1

Telephone: (212) 608-1900
Facsimile: (212) 719-4775
*Attorney for James J. Flynn and Dominic A. Morelli*,

*Plaintiffs*