UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BATS GLOBAL MARKETS, INC. et al.<br><br>Defendants. | Civ. Action No. 14-cv-2811(JMF)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for New York Stock Exchange, LLC and New York Stock Exchange Arca, Inc.  I certify that I am admitted to practice in this court.

Dated:  New York, New York
         June 18, 2014

Respectfully submitted,

/s/George A. Borden
George A. Borden
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C.  20005
Tel: (202) 434-5000
Fax: (202-434-5029