UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated, | : <br> : Civ. Action No. 14-cv-2811(JMF) <br> : |
| Plaintiff, | : |
| | : **RULE 7.1 STATEMENT** |
| v. | : |
| BATS GLOBAL MARKETS, INC. et al. | : |
| | : |
| Defendants. | : |

---

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants New York Stock Exchange LLC and NYSE Arca, Inc. hereby submit the following corporate disclosure statement:

Both New York Stock Exchange LLC and NYSE Arca, Inc. are indirect, wholly owned subsidiaries of Intercontinental Exchange, Inc., which is publicly traded under the symbol "ICE." ICE has no parent corporation, and as of the date hereof, no publicly held company owns 10% or more of its stock.

Dated: June 19, 2014                Respectfully Submitted,

/s/ Steven M. Farina
George A. Borden
Steven M. Farina
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for New York Stock Exchange LLC and NYSE Arca, Inc.*