UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:  06/23/2014              │
└─────────────────────────────────────┘
```

------------------------------------------------------------X
                         :

CITY OF PROVIDENCE, RHODE ISLAND,       :
*individually and on behalf of all others similarly situated*, :
                   Plaintiff,    :
                         :

       -v-                  :

                         :        14-CV-2811 (JMF)
BATS GLOBAL MARKETS, INC. et al.,     :
                 Defendants.  :
                         :
------------------------------------------------------------X
                         :

AMERICAN EUROPEAN INSURANCE COMPANY,  :
*individually and on behalf of all others similarly situated*, :
                   Plaintiff,    :
                         :

       -v-                  :

                         :        14-CV-3133 (JMF)
BATS GLOBAL MARKETS, INC. et al.,     :
                 Defendants.  :
                         :
------------------------------------------------------------X
                         :

HAREL INSURANCE CO, LTD., *individually and on*
*behalf of all others similarly situated*,    :
                   Plaintiff,    :
                         :

       -v-                  :        14-CV-3608 (JMF)

                         :
BATS GLOBAL MARKETS, INC. et al.,     :
                 Defendants.  :
                         :
------------------------------------------------------------X
                         :

JAMES J. FLYNN et al., *individually and on behalf of all* :
*others similarly situated*,         :
                   Plaintiffs,  :
                         :

       -v-                  :        14-CV-4321 (JMF)

                         :
BANK OF AMERICA CORPORATION et al.,   :        <u>ORDER</u>
                 Defendants.  :
                         :
------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Court has scheduled a hearing on the various motions to appoint lead plaintiffs in these putative class actions.  At that hearing, to be held on July 9, 2014, at 3:30 p.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, the Court will also consider Applied Financial Science, Inc.'s motion to consolidate all four actions.  (*See, e.g.*, 14-CV-2811 Docket No. 170).  The parties to these cases should be prepared to discuss whether and to what extent consolidation would be appropriate or desirable.

SO ORDERED.

Dated: June 23, 2014
       New York, New York

JESSE M. FURMAN
United States District Judge