UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BATS GLOBAL MARKETS, INC., et al., <br><br> Defendants. | Civil Action No. 14-cv-2811 (JMF) |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Defendant Scottrade Financial Services, Inc. in this case. I certify that I am admitted to practice in this Court.

Dated: June 25, 2014            Respectfully submitted,

                                By:  /s/ Helen B. Kim
                                     Helen B. Kim
                                     Thompson Coburn LLP
                                     2029 Century Park East, 19th Floor
                                     Los Angeles, California  90067
                                     Telephone:  (310) 282-2500
                                     Facsimile:  (310) 282-2501
                                     hkim@thomsoncoburn.com

                                     *Attorneys for Defendant*
                                     *Scottrade Financial Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June, 2014, a true and correct copy of **NOTICE OF APPEARANCE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Helen B. Kim
Helen B. Kim
THOMPSON COBURN LLP
2029 Century Park East, 19th Floor
Los Angeles, California  90067
Telephone:  (310) 282-2500
Facsimile:  (310) 282-2501
hkim@thomsoncoburn.com