UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BATS GLOBAL MARKETS, INC., et al.,<br><br>Defendants. | Civil Action No. 14-cv-2811 (JMF) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SCOTTRADE FINANCIAL SERVICES, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Scottrade Financial Services, Inc., a private non-governmental party, hereby certifies that Scottrade Financial Services, Inc. has no publicly-held corporate parents, affiliates or subsidiaries.

Dated: June 25, 2014

Respectfully submitted,

By: /s/ Helen B. Kim
Helen B. Kim
Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, California  90067
Telephone:  (310) 282-9430
Facsimile:  (310) 282-2501
hkim@thompsoncoburn.com

*Attorneys for Defendant*
*Scottrade Financial Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2014, a true and correct copy of **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SCOTTRADE FINANCIAL SERVICES, INC.** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Helen B. Kim
Helen B. Kim
Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, California  90067
Telephone:  (310) 282-9430
Facsimile:  (310) 282-2501
hkim@thompsoncoburn.com