UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of Others Similarly Situated,<br><br>                              Plaintiff,<br>      -against-<br><br>BATS GLOBAL MARKETS, INC., *et al.*,<br><br>                              Defendants. | Civil Action No. 14-cv-2811 (JMF) |
| AMERICAN EUROPEAN INSURANCE COMPANY, Individually and on Behalf of Others Similarly Situated,<br><br>                              Plaintiff,<br>      -against-<br><br>BATS GLOBAL MARKETS, INC., *et al.*,<br><br>                              Defendants. | Civil Action No. 14-cv-3133 (JMF) |
| HAREL INSURANCE CO., LTD., Individually and on Behalf of Others Similarly Situated,<br><br>                              Plaintiff,<br>      -against-<br><br>BATS GLOBAL MARKETS, INC., *et al.*,<br><br>                              Defendants. | Civil Action No.  14-cv-3608 (JMF) |
| JAMES J. FLYNN and DOMINIC A. MORELLI, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>      -against-<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                              Defendants. | Civil Action No. 14-cv-4321 (JMF) |

**NOTICE OF NON-OPPOSITION TO THE INSTITUTIONAL
INVESTORS' MOTION FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Applied Financial Science, Inc. ("AFSI") respectfully submits this notice of non-opposition with respect to the pending motion (Dkt. No. 167) by City of Providence, Rhode Island, Plumbers and Pipefitters National Pension Fund, Employees' Retirement of the Government of the Virgin Islands, State-Boston Retirement System and Första AP-fonden (collectively, the "Institutional Investors") for consolidation, appointment as Lead Plaintiff and approval of selection of Lead Counsel.

On June 17, 2014, AFSI filed a Motion to consolidate the above-captioned related actions, to be appointed Lead Plaintiff, and to have its counsel approved as Lead Counsel for the Class. *See* Dkt. No. 170. Two other similar motions were filed that day by: (1) the Institutional Investors, *see* Dkt. No. 167; and (2) James J. Flynn and Dominic A. Morelli, *see* Dkt. No. 173.

Having reviewed the competing motions, AFSI acknowledges that the Institutional Investors possess the "largest financial interest in the relief sought by the class," as required by the Private Securities Litigation Reform Act of 1995, and meet the other requirements for appointment under Rule 23 of the Federal Rules of Civil Procedure. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

For all of these reasons, AFSI supports the lead plaintiff motion of the Institutional Investors. However, if, for any reason, the Institutional Investors' motion is not granted, AFSI stands ready, willing, and able to represent the Class as Lead Plaintiff. AFSI reserves any and all rights to share in any recovery in this action.

Dated:  June 30, 2014

Respectfully submitted,

By:___ /s Patricia I. Avery_____

Chet B. Waldman
Patricia I. Avery
Joshua W. Ruthizer
Fei-Lu Qian

2

Joshua H. Saltzman
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone:  212.759.4600
Facsimile:   212.486.2093
cwaldman@wolfpopper.com
pavery@wolfpopper.com
jruthizer@wolfpopper.com
fqian@wolfpopper.com
jsaltzman@wolfpopper.com