UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CITY OF PROVIDENCE, RHODE ISLAND,
Individually and on Behalf of All Others Similarly
Situated,

Case No. 14-CV-2811 (JMF)

                              Plaintiffs,

     -against-

BATS GLOBAL MARKETS, INC., et al.,

                              Defendants.
------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Charles E. Dorkey III of McKenna Long & Aldridge LLP, hereby appears in the above-entitled actions for Defendant National Stock Exchange, Inc. and hereby requests that copies of all pleadings, documents, and correspondence submitted to date in this matter be served upon the undersigned and that copies of all notices and papers be served upon the undersigned at the address listed below.

Dated: New York, New York
       June 30, 2013

MCKENNA LONG & ALDRIDGE LLP

By: _____
     Charles E. Dorkey III

230 Park Avenue, Suite 1700
New York, New York 10169
(212) 905-8330

*Attorneys for Defendant National Stock Exchange, Inc.*