UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated, | x : : : : : : : : : : : : | No. 1:14-cv-02811-JMF <br><br> **<u>CLASS ACTION</u>** <br><br> **APPEARANCE OF COUNSEL** |
| Plaintiff, | | |
| vs. | | |
| BATS GLOBAL MARKETS, INC., et al., | | |
| Defendants. | | |
| AMERICAN EUROPEAN INSURANCE COMPANY, Individually and on Behalf of All Others Similarly Situated, | : : : : : : : : : : : : x | No. 1:14-cv-03133-JMF |
| Plaintiff, | | |
| v. | | |
| BATS GLOBAL MARKETS, INC., et al., | | |
| Defendants. | | |

[Caption continued on following page.]

| | | |
|---|---|---|
| HAREL INSURANCE CO., LTD., Individually and on Behalf of All Others Similarly Situated, | : : : | No. 1:14-cv-03608-JMF |
| Plaintiff, | : : | **CLASS ACTION** |
| vs. | : : | |
| BATS GLOBAL MARKETS, INC., et al., | : : | |
| Defendants. | : : : | |
| JAMES J. FLYNN and DOMINIC A. MORELLI, Individually and on Behalf of All Others Similarly Situated, | : : : : | No. 1:14-cv-04321-JMF |
| Plaintiffs, | : : | |
| v. | : : | |
| BATS GLOBAL MARKETS, INC., et al., | : : | |
| Defendants. | : | |

To:	The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for movants Employees' Retirement System of the Government of the Virgin Islands and Första AP-fonden.

DATED:  July 3, 2014	*Respectfully submitted*,

**MOTLEY RICE LLC**

*/s/ William H. Narwold*
William H. Narwold  (#WN-1713)

**MOTLEY RICE LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860/882-1676
Facsimile:  860/882-1682
Email:  bnarwold@motleyrice.com

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2014, a true and correct copy of the above Appearance was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

DATED:  July 3, 2014

                                    */s/ William H. Narwold*
                                 William H. Narwold (WN-1713)

**MOTLEY RICE LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860/882-1676
Facsimile:  860/882-1682
Email:  bnarwold@motleyrice.com