UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CITY OF PROVIDENCE, RHODE ISLAND,
Individually and on Behalf of All Others Similarly Situated,

                                Plaintiffs,

      -against-

BATS GLOBAL MARKETS, INC., et al.,

                                Defendants.
-------------------------------------------------------------------x

Case No. 14-CV-2811 (JMF)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

      PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant National Stock Exchange, Inc. I certify that I am admitted to practice in this court.

Dated: July 22, 2014

                              Respectfully submitted,

                              /s/George Kostolampros
                              George Kostolampros (GK-3051)
                              McKenna Long & Aldridge LLP
                              1900 K Street, NW
                              Washington, D.C. 20006
                              Tel: (202) 496-7526
                              Fax: (202)496-7756