USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/23/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated, | x : : : : | No. 1:14-cv-02811-JMF |
| Plaintiff, | : : | **CLASS ACTION** |
| vs. | : : | **ORDER FOR ADMISSION PRO HAC VICE** |
| BATS GLOBAL MARKETS, INC., et al., | : : : | |
| Defendants. | : : | |
| AMERICAN EUROPEAN INSURANCE COMPANY, Individually and on Behalf of All Others Similarly Situated, | : : : : | No. 1:14-cv-03133-JMF |
| Plaintiff, | : : : | |
| v. | : : : | |
| BATS GLOBAL MARKETS, INC., et al., | : : : | |
| Defendants. | : x | |

[Caption continued on following page.]

| | | |
|---|---|---|
| HAREL INSURANCE CO., LTD., Individually and on Behalf of All Others Similarly Situated, | : : : | No. 1:14-cv-03608-JMF |
| Plaintiff, | : : | **CLASS ACTION** |
| vs. | : : | |
| BATS GLOBAL MARKETS, INC., et al., | : : | |
| Defendants. | : : | |
| JAMES J. FLYNN and DOMINIC A. MORELLI, Individually and on Behalf of All Others Similarly Situated, | : : : : | No. 1:14-cv-04321-JMF |
| Plaintiffs, | : : | |
| v. | : : | |
| BATS GLOBAL MARKETS, INC., et al., | : : | |
| Defendants. | : | |

Case 1:14-cv-02811-JMF Document 146 Filed 07/23/14 Page 2 of 3

Applicant has declared that he is a member in good standing of the bar of the state of South Carolina; and that his contact information is as follows:

Applicant's Name:  Joshua Littlejohn

Firm Name:  Motley Rice LLC

Address:  28 Bridgeside Blvd.

City/State/Zip:  Mount Pleasant, SC 29464

Telephone/Fax:  843-216-9000 / 843-216-9450

Email:  jlittlejohn@motleyrice.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for movants Employees' Retirement System of the Government of the Virgin Islands and Första AP-fonden in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 23, 2014

_____
JESSE M. FURMAN
United States District Judge

The Clerk of Court is directed to terminate all motions associated with this Order.