UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CITY OF PROVIDENCE, RHODE ISLAND,
Individually and on Behalf of All Others Similarly Situated,

                Plaintiffs,

   -against-

BATS GLOBAL MARKETS, INC., et al.,

                Defendants.
------------------------------------------------------------------x

Case No. 14-CV-2811 (JMF)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant National Stock Exchange, Inc. ("NSX"), a private non-governmental party, certifies that NSX is wholly owned by CBSX (CBOE Stock Exchange, LLC). Chicago Board Options Exchange, Incorporated ("CBOE") owns 10% or more of the stock of CBSX. CBOE Holdings, Inc., a publicly traded company, is the holding company for CBOE. No public company owns 10% or more of CBOE Holdings, Inc.'s stock.

Dated: New York, New York
       July 28, 2014

MCKENNA LONG & ALDRIDGE LLP

By:   /s/ Charles E. Dorkey III
      Charles E. Dorkey III
230 Park Avenue, Suite 1700
New York, New York 10169
(212) 905-8330
(212) 922-1819 (fascimile)
cdorkey@mckennalong.com

George Kostolampros
1900 K Street NW
Washington, DC 20006
(202) 496-7526
(202) 496-7756 (fascimile)
gkostolampros@mckennalong.com

*Attorneys for Defendant National Stock Exchange, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 28, 2014, the foregoing Statement Pursuant to Federal Rule of Civil Procedure 7.1 was served upon all parties via the Court's CM/ECF system and/or electronic mail.

| | |
|---|---|
| Dated: New York, New York<br>July 28, 2014 | MCKENNA LONG & ALDRIDGE LLP<br><br>By:   /s/ Charles E. Dorkey III<br>       Charles E. Dorkey III<br><br>230 Park Avenue, Suite 1700<br>New York, New York  10169<br>(212) 905-8330<br>(212) 922-1819 (fascimile)<br>cdorkey@mckennalong.com<br><br>George Kostolampros<br>1900 K Street NW<br>Washington, DC 20006<br>(202) 496-7526<br>(202) 496-7756 (fascimile)<br>gkostolampros@mckennalong.com<br><br>*Attorneys for Defendant National Stock Exchange, Inc.* |