UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| CITY OF PROVIDENCE RHODE ISLAND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | **CLASS ACTION** |
| Plaintiff | Civil No. 14-cv-2811 (JMF) |
| vs. | |
| BATS GLOBAL MARKETS INCORPORATED ET AL. | |
| Defendants | |

_____

| | |
|---|---|
| AMERICAN EUROPEAN INSURANCE COMPANY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Civil No. 14-cv-3133 (JMF) |
| Plaintiff | |
| vs. | |
| BATS GLOBAL MARKETS INCORPORATED ET AL. | |
| Defendants | |

_____

| | |
|---|---|
| HAREL INSURANCE CO., LTD., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Civil No. 14-cv-3608 (JMF) |
| Plaintiff | |
| vs. | |
| BATS GLOBAL MARKETS INCORPORATED ET AL. | |
| Defendants | |

_____

| | |
|---|---|
| JAMES F. FLYNN AND DOMINIC A. MORELLI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Civil No. 14-cv-4231 (JMF) |
| Plaintiff | |
| vs. | |
| BATS GLOBAL MARKETS INCORPORATED ET AL. | |
| Defendants | |

_____

24256431.1

NOTICE OF APPEARANCE FOR MEGHANA D. SHAH
ON BEHALF OF TRADEWORX, INC.

**PLEASE TAKE NOTICE** that Meghana D. Shah, an associate in the law firm of Sutherland Asbill & Brennan LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Tradeworx, Inc. in this consolidated action and requests that all subsequent papers be served upon her at the address indicated below.

Please add the following to the service list for this proceeding:

Meghana D. Shah (meghana.shah@sutherland.com)
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
(212) 389-5000 (Telephone)
(212) 389-5099 (Facsimile)

Dated: August 11, 2014
New York, New York

SUTHERLAND ASBILL & BRENNAN LLP

By:    /s/ Meghana D. Shah
       Meghana D. Shah (MDS79)
       SUTHERLAND ASBILL & BRENNAN LLP
       1114 Avenue of the Americas
       New York, New York 10036
       (Telephone) (212) 389-5000
       (Facsimile) (212) 389-5099
       meghana.shah@sutherland.com

       *Attorneys for Defendant Tradeworx, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2014, a true and correct copy of the above Notice of Appearance was served via the United States District Court for the Southern District of New York CM/ECF system on all parties or persons requiring notice.

DATED: August 11, 2014

/s/ Meghana D. Shah
Meghana D. Shah
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas
New York, New York 10036
(Telephone) (212) 389-5000
(Facsimile)  (212) 389-5099
meghana.shah@sutherland.com

24256431.1