UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, *individually and on behalf of all others similarly situated,*<br>                    Plaintiff,<br><br>         -v-<br><br>BATS GLOBAL MARKETS, INC. et al.,<br>                    Defendants. | : | 14-CV-2811 (JMF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| AMERICAN EUROPEAN INSURANCE COMPANY, *individually and on behalf of all others similarly situated,*<br>                    Plaintiff,<br><br>         -v-<br><br>BATS GLOBAL MARKETS, INC. et al.,<br>                    Defendants. | : | 14-CV-3133 (JMF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| HAREL INSURANCE CO, LTD., *individually and on behalf of all others similarly situated,*<br>                    Plaintiff,<br><br>         -v-<br><br>BATS GLOBAL MARKETS, INC. et al.,<br>                    Defendants. | : | 14-CV-3608 (JMF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jon W. Muenz, of the law firm Sidley Austin LLP, hereby enters his appearance as counsel of record in this consolidated action for and on behalf of The Charles Schwab Corporation.  The undersigned counsel certifies that he is admitted to practice in this Court, and requests that the Clerk of this Court note this appearance on the

Court's docket and forward copies of all entries, orders, notices and other court documents in this proceeding to him.

| | |
|---|---|
| Dated: New York, New York<br>August 13, 2014 | Respectfully submitted,<br><br>/s/ Jon W. Muenz<br>Jon W. Muenz<br>SIDLEY AUSTIN LLP<br>jmuenz@sidley.com<br>787 Seventh Ave.<br>New York, NY 10019<br>(212) 839-5300<br>Fax: (212) 839-5599 |