USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
          :
CITY OF PROVIDENCE, RHODE ISLAND,           :
PLUMBERS AND PIPEFITTERS NATIONAL           :
PENSION FUND, EMPLOYEES' RETIREMENT         :     14-CV-2811 (JMF)
SYSTEM OF THE GOVERNMENT OF THE VIRGIN      :     **(Consolidated)**
ISLANDS, STATE-BOSTON RETIREMENT SYSTEM,    :
and FÖRSTA AP-FONDEN, Individually and on Behalf  :     ORDER
of All Others Similarly Situated,           :
          :
                              Plaintiffs,   :
          :
     -v-                                    :
          :
BATS GLOBAL MARKETS et al.,                 :
          :
                              Defendants.   :
          :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     By memo endorsement dated May 15, 2014 (Docket No. 40), the Court adopted a scheduling order proposed by the parties in the above-captioned case. Pursuant to that scheduling order, Defendants have 60 days from the filing of Plaintiffs' Consolidated Class Action Complaint to move or otherwise answer to that complaint, meaning that Defendants' response is due November 3, 2014. The scheduling order also instructed the parties to "confer regarding proposed page limits on anticipated motions to dismiss and whether any matters may be addressed by joint briefing by some or all of the defendants," and to "submit joint or competing proposals for the Court's consideration." Having received no such proposals with respect to anticipated motions to dismiss, each side shall file consolidated briefs (i.e. on behalf of all parties), unless the Court grants leave to any individual party or parties on good cause shown (by letter motion filed on ECF) that a separate or supplemental brief is necessary to present an argument or arguments not presented in the consolidated brief. The parties are further instructed that they are to comply with this Court's Local Rules as to the page lengths of any briefs. If the parties believe that the number of pages permitted under the Local Rules is inadequate, they shall file a joint letter motion seeking leave to file longer briefs.

     SO ORDERED.

Dated: October 15, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge