

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o.  843.216.9000   f. 843.216.9450

**Joseph F. Rice**
*Licensed in DC, SC*
direct:  843.216.9159
jrice@motleyrice.com

October 27, 2014

<u>**VIA ECF**</u>
The Honorable Jesse M. Furman
United States District Court for the
 Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

Re:   *City of Providence et al. v. BATS Global Markets, Inc. et al.*,
      Civil Action No. 1:14-cv-02811-JMF (Consolidated)

Dear Judge Furman:

We write on behalf of Plaintiffs and Co-Lead Counsel in the above-referenced consolidated action (the "Action") in response to a request from chambers last week asking Plaintiffs to identify which parties originally named in the Action's member cases, specifically, (1) 1:14-cv-03133-JMF, (2) 1:14-cv-03608-JMF, and (3) 1:14-cv-04321-JMF, were subsequently omitted from Plaintiffs' Consolidated Amended Complaint, filed September 3, 2014 (Dkt. No. 226). Consistent with the Court's request, below please find a list of those omitted parties:

1. American European Insurance Company
2. Harel Insurance Co. Ltd.
3. James J. Flynn
4. Dominic A. Morelli
5. Box Options Exchange LLC
6. Chicago Board Options Exchange Inc.
7. C2 Options Exchange Inc.
8. International Securities Exchange Holdings Inc.
9. NASDAQ OMX PHLX LLC
10. National Stock Exchange Inc.
11. OneChicago LLC
12. Bank of America Corporation
13. Citigroup Inc.
14. Credit Suisse Group AG

MT. PLEASANT, SC  |  PROVIDENCE, RI  |  HARTFORD, CT  |  NEW YORK, NY
MORGANTOWN, WV  |  WASHINGTON, DC  |  NEW ORLEANS, LA



15. Deutsche Bank AG
16. The Goldman Sachs Group Inc.
17. JPMorgan Chase & Co.
18. Morgan Stanley & Co. LLC
19. UBS AG
20. The Charles Schwab Corporation
21. E*Trade Financial Corporation
22. FMR LLC
23. Fidelity Brokerage Services LLC
24. Scottrade Financial Services Inc.
25. TD Ameritrade Holding Corporation
26. Citadel LLC
27. DRW Holdings LLC
28. GTS Securities LLC
29. Hudson River Trading LLC
30. Jump Trading LLC
31. KCG Holdings Inc.
32. Quantlab Financial LLC
33. Tower Research Capital LLC
34. Tradebot Systems Inc.
35. Tradeworx Inc.
36. Virtu Financial Inc.
37. Chopper Trading LLC
38. Wedbush Securities Inc.
39. Bids Trading L.P.



Plaintiffs, of course, reserve their rights to add or join one or more of these parties to the Action in the future. I will gladly make myself available should Your Honor require additional information.

By: /s/Joseph F. Rice
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jrice@motleyrice.com

By: /s/ Patrick J. Coughlin (with permission)
Patrick J. Coughlin
**ROBBINS GELLER RUDMAN & DOWD LLP**
30 Vesey Street, Suite 200
New York, NY 10007
Telephone: 212/693-1058
619/231-7423 (fax)
patc@rgrdlaw.com

By: /s/ Joel H. Bernstein (with permission)
Joel H. Bernstein
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com

Co-Lead Counsel for Plaintiffs

cc: All Counsel of Record (by ECF)

Respectfully submitted,