28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**MotleyRice**®
ATTORNEYS AT LAW
www.motleyrice.com

*"I will stand for my client's rights.
I am a trial lawyer."*
–Ron Motley (1944–2013)

**Joseph F. Rice**
*Licensed in DC, SC*
direct:  843.216.9159
jrice@motleyrice.com

October 27, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/28/2014
```

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court for the
  Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

Re:   *City of Providence et al. v. BATS Global Markets, Inc. et al.*,
      Civil Action No. 1:14-cv-02811-JMF (Consolidated)

Dear Judge Furman:

        We write on behalf of Plaintiffs and Co-Lead Counsel in the above-referenced consolidated action (the "Action") in response to a request from chambers last week asking Plaintiffs to identify which parties originally named in the Action's member cases, specifically, (1) 1:14-cv-03133-JMF, (2) 1:14-cv-03608-JMF, and (3) 1:14-cv-04321-JMF, were subsequently omitted from Plaintiffs' Consolidated Amended Complaint, filed September 3, 2014 (Dkt. No. 226).  Consistent with the Court's request, below please find a list of those omitted parties:

1.  American European Insurance Company
2.  Harel Insurance Co. Ltd.
3.  James J. Flynn
4.  Dominic A. Morelli
5.  Box Options Exchange LLC
6.  Chicago Board Options Exchange Inc.
7.  C2 Options Exchange Inc.
8.  International Securities Exchange Holdings Inc.
9.  NASDAQ OMX PHLX LLC
10.  National Stock Exchange Inc.
11.  OneChicago LLC
12.  Bank of America Corporation
13.  Citigroup Inc.
14.  Credit Suisse Group AG



The Honorable Jesse M. Furman
United States District Court for the Southern
District of New York
October 27, 2014
Page 2

15. Deutsche Bank AG

16. The Goldman Sachs Group Inc.

17. JPMorgan Chase & Co.

18. Morgan Stanley & Co. LLC

19. UBS AG

20. The Charles Schwab Corporation

21. E*Trade Financial Corporation

22. FMR LLC

23. Fidelity Brokerage Services LLC

24. Scottrade Financial Services Inc.

25. TD Ameritrade Holding Corporation

26. Citadel LLC

27. DRW Holdings LLC

28. GTS Securities LLC

29. Hudson River Trading LLC

30. Jump Trading LLC

31. KCG Holdings Inc.

32. Quantlab Financial LLC

33. Tower Research Capital LLC

34. Tradebot Systems Inc.

35. Tradeworx Inc.

36. Virtu Financial Inc.

37. Chopper Trading LLC

38. Wedbush Securities Inc.

39. Bids Trading L.P.



The Honorable Jesse M. Furman
United States District Court for the Southern
District of New York
October 27, 2014
Page 3


       Plaintiffs, of course, reserve their rights to add or join one or more of these parties to the Action in the future.  I will gladly make myself available should Your Honor require additional information.


                  Respectfully submitted,


                  By: /s/Joseph F. Rice
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jrice@motleyrice.com


By: /s/ Patrick J. Coughlin (with permission)
Patrick J. Coughlin
**ROBBINS GELLER RUDMAN & DOWD LLP**
30 Vesey Street, Suite 200
New York, NY 10007
Telephone: 212/693-1058
619/231-7423 (fax)
patc@rgrdlaw.com


By: /s/ Joel H. Bernstein (with permission)
Joel H. Bernstein
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com


Co-Lead Counsel for Plaintiffs


cc:  All Counsel of Record (by ECF)

      The Clerk of Court is directed to terminate the above-listed parties in Dockets 14-CV-3133, 14-CV-3608, and 14-CV-4321.  SO ORDERED.

October 28, 2014