UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

CITY OF PROVIDENCE, RHODE ISLAND, PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS, STATE-BOSTON RETIREMENT SYSTEM, AND FÖRSTA AP-FONDEN, Individually and on Behalf of All Others Similarly Situated,

               Plaintiffs,

-against-

BATS GLOBAL MARKETS, INC., et al.,

               Defendants.
-------------------------------------------------------------------x

Civil Action No.:
1:14-cv-02811-JMF
(Consolidated)

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Barclays PLC. I certify that I am admitted to practice in this Court.

Dated: November 3, 2014
       New York, New York

                                        By: /s/ Jeffrey T. Scott
                                            Jeffrey T. Scott
                                            SULLIVAN & CROMWELL LLP
                                            125 Broad Street
                                            New York, NY  10004
                                            Telephone:  (212) 558-4000
                                            Facsimile:  (212) 558-3588
                                            Email:  scottj@sullcrom.com

                                            *Attorney for Defendant Barclays PLC*