UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
: 
CITY OF PROVIDENCE, RHODE ISLAND, :
PLUMBERS AND PIPEFITTERS NATIONAL :
PENSION FUND, EMPLOYEES' RETIREMENT :
SYSTEM OF THE GOVERNMENT OF THE VIRGIN :
ISLANDS, STATE-BOSTON RETIREMENT :
SYSTEM, AND FÖRSTA AP-FONDEN, Individually :   Civil Action No.:
and on Behalf of All Others Similarly Situated, :   1:14-cv-02811-JMF
: (Consolidated)
Plaintiffs, :
: 
-against- :
: 
BATS GLOBAL MARKETS, INC., et al., :
: 
Defendants. :
: 
-------------------------------------------------------------------x

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Barclays PLC.  I certify that I am admitted to practice in this Court.

Dated:  November 3, 2014
        New York, New York

By:  /s/ Brent J. McIntosh
Brent J. McIntosh
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006-5215
Telephone:  (202) 956-7500
Facsimile:  (202) 293-6330
Email:  mcintoshb@sullcrom.com

*Attorney for Defendant Barclays PLC*