UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
CITY OF PROVIDENCE, RHODE ISLAND, :
PLUMBERS AND PIPEFITTERS NATIONAL :
PENSION FUND, EMPLOYEES' RETIREMENT :
SYSTEM OF THE GOVERNMENT OF THE VIRGIN :
ISLANDS, STATE-BOSTON RETIREMENT :
SYSTEM, AND FÖRSTA AP-FONDEN, Individually :  Civil Action No.:
and on Behalf of All Others Similarly Situated, :  1:14-cv-02811-JMF
: (Consolidated)
Plaintiffs, :
:
-against- :
:
BATS GLOBAL MARKETS, INC., et al., :
:
Defendants. :
:
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Barclays PLC.  I certify that I am admitted to practice in this Court.

Dated: November 3, 2014
       New York, New York

                                        By:  /s/ Matthew A. Schwartz
                                             Matthew A. Schwartz
                                             SULLIVAN & CROMWELL LLP
                                             125 Broad Street
                                             New York, NY  10004
                                             Telephone:  (212) 558-4000
                                             Facsimile:  (212) 558-3588
                                             Email:  schwartzmatthew@sullcrom.com

                                             *Attorney for Defendant Barclays PLC*