UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
CITY OF PROVIDENCE, RHODE ISLAND,                                  :
PLUMBERS AND PIPEFITTERS NATIONAL                                  :
PENSION FUND, EMPLOYEES' RETIREMENT                                :
SYSTEM OF THE GOVERNMENT OF THE VIRGIN                             :
ISLANDS, STATE-BOSTON RETIREMENT                                   :
SYSTEM, AND FÖRSTA AP-FONDEN, Individually                         :   Civil Action No.:
and on Behalf of All Others Similarly Situated,                    :   1:14-cv-02811-JMF
                                                                   :   (Consolidated)
                                        Plaintiffs,                :
                                                                   :
                    -against-                                      :
                                                                   :
BATS GLOBAL MARKETS, INC., et al.,                                 :
                                                                   :
                                        Defendants.                :
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Barclays PLC.  I

certify that I am admitted to practice in this Court.


Dated:  November 3, 2014
        New York, New York

                                        By:   /s/ John J. Hughes, III
                                              John J. Hughes, III
                                              SULLIVAN & CROMWELL LLP
                                              125 Broad Street
                                              New York, NY  10004
                                              Telephone:  (212) 558-4000
                                              Facsimile:  (212) 558-3588
                                              Email:  hughesj@sullcrom.com

                                              *Attorney for Defendant Barclays PLC*