UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
CITY OF PROVIDENCE, RHODE ISLAND, :
PLUMBERS AND PIPEFITTERS NATIONAL :
PENSION FUND, EMPLOYEES' RETIREMENT :
SYSTEM OF THE GOVERNMENT OF THE VIRGIN :
ISLANDS, STATE-BOSTON RETIREMENT :
SYSTEM, AND FÖRSTA AP-FONDEN, Individually :  Civil Action No.:
and on Behalf of All Others Similarly Situated, :  1:14-cv-02811-JMF
                                                                  :  (Consolidated)
                                      Plaintiffs, :
                                                                  :
                                      -against- :
                                                                  :
BATS GLOBAL MARKETS, INC., et al., :
                                                                  :
                                      Defendants. :
------------------------------------------------------------------x

## BARCLAYS PLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Barclays PLC, by and through its undersigned counsel, discloses that it is a publicly held corporation, it has no parent corporation, and no publicly held corporation owns 10% or more of a class of its equity securities.


Dated: November 3, 2014
       New York, New York

Respectfully submitted,

/s/ Jeffrey T. Scott
Jeffrey T. Scott
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
scottj@sullcrom.com

*Attorney for Defendant Barclays PLC*