UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------  x
                                                                 :
CITY OF PROVIDENCE, RHODE ISLAND,                                :
PLUMBERS AND PIPEFITTERS NATIONAL                                :
PENSION FUND, EMPLOYEES' RETIREMENT                              :
SYSTEM OF THE GOVERNMENT OF THE VIRGIN                           :    Civil Action No.:
ISLANDS, STATE-BOSTON RETIREMENT                                 :    1:14-cv-02811-JMF
SYSTEM, AND FÖRSTA AP-FONDEN, Individually                       :    (Consolidated)
and on Behalf of All Others Similarly Situated,                  :
                                                                 :
                                      Plaintiffs,                :
                                                                 :
                      -against-                                  :
                                                                 :
BATS GLOBAL MARKETS, INC., et al.,                               :
                                                                 :
                                      Defendants.                :
---------------------------------------------------------------  x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law,

the Declaration of Jeffrey T. Scott, dated November 3, 2014, and the exhibits attached thereto,

and upon all prior proceedings, pleadings, and papers filed herein, defendant Barclays PLC

("Barclays") hereby moves this Court, before the Honorable Jesse M. Furman, United States

District Judge for the Southern District of New York, at the United States Courthouse,

Courtroom 1105, 40 Foley Square, New York, New York 10007, pursuant to Federal Rule of

Civil Procedure 12(b)(6) and 12(f), for an Order dismissing with prejudice all claims against

Barclays in the Consolidated Amended Complaint, and for such other relief as the Court deems

just and proper.

Dated:    November 3, 2014             Respectfully submitted,
          New York, New York

                                       /s/  Jeffrey T. Scott
                                       David H. Braff (braffd@sullcrom.com)
                                       Jeffrey T. Scott (scottj@sullcrom.com)
                                       Matthew A. Schwartz
                                       (schwartzmatthew@sullcrom.com)
                                       Andrew H. Reynard (reynarda@sullcrom.com)
                                       John J. Hughes, III (hughesj@sullcrom.com)
                                       SULLIVAN & CROMWELL LLP
                                       125 Broad Street
                                       New York, New York  10004
                                       Telephone:  (212) 558-4000
                                       Facsimile:  (212) 558-3588

                                       Brent J. McIntosh (mcintoshb@sullcrom.com)
                                       SULLIVAN & CROMWELL LLP
                                       1700 New York Avenue, N.W., Suite 700
                                       Washington, D.C.  20006-5215
                                       Telephone:  (202) 956-7500
                                       Facsimile:  (202) 293-6330
                                       *Attorneys for Defendant Barclays PLC*