UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
CITY OF PROVIDENCE, RHODE ISLAND, :
PLUMBERS AND PIPEFITTERS NATIONAL :
PENSION FUND, EMPLOYEES' RETIREMENT :
SYSTEM OF THE GOVERNMENT OF THE VIRGIN :
ISLANDS, STATE-BOSTON RETIREMENT :
SYSTEM, AND FÖRSTA AP-FONDEN, Individually :
and on Behalf of All Others Similarly Situated, :
: Civil Action No.:
                  Plaintiffs, : 1:14-cv-02811-JMF
: (Consolidated)
                  -against- :
:
BATS GLOBAL MARKETS, INC., et al., :
:
                  Defendants. :
:
--------------------------------------------------------------------- x

## DECLARATION OF JEFFREY T. SCOTT

JEFFREY T. SCOTT makes the following declaration under penalty of perjury:

1. I am a member of good standing of the Bar of this Court and am a partner of Sullivan & Cromwell LLP, attorneys for defendant Barclays PLC in the above-captioned action.

2. I respectfully submit this Declaration in support of Barclays' Motion to Dismiss the Consolidated Amended Complaint and to place certain documents before this Court.

3. Attached as Exhibit 1 is a true and correct copy of a marketing deck titled "Liquidity Products," dated December 2012, which is referenced in the Complaint at Paragraph 250.

4. Attached as Exhibit 2 is a true and correct copy of a marketing deck titled "LX® Liquidity Cross," dated July 2013, which is referenced in the Complaint at Paragraph 246.

-2-

5. Attached as Exhibit 3 is a true and correct copy of a marketing flyer titled "LX® Liquidity Profiling—Protecting Clients in the dark," dated June 2013, which is referenced in the Complaint at Paragraphs 248 and 249.

6. Attached as Exhibit 4 is a true and correct copy of a *Markets Media* article titled "Best Dark Pool: Barclays LX," dated February 20, 2014, which is referenced in the Complaint at Paragraphs 247 and 252.

7. Attached as Exhibit 5 is a true and correct copy of a *Markets Media* article titled "Finding the 'Right' Liquidity," dated March 14, 2013, which is referenced in the Complaint at Paragraph 247.

8. Attached as Exhibit 6 is a true and correct copy of a marketing deck titled "Liquidity Products for ELPs," dated January 2011, which is referenced in the Complaint at Paragraph 246.

Dated: November 3, 2014
       New York, New York                         /s/ Jeffrey T. Scott
                                                  Jeffrey T. Scott