UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                          :
CITY OF PROVIDENCE, et al.,                               :
                                                          :
                              Plaintiffs,                 :          14-CV-2811 (JMF)
                                                          :          (Consolidated)
              -v-                                         :
                                                          :            ORDER
BATS GLOBAL MARKETS, INC., et al.,                        :
                                                          :
                              Defendants.                 :
                                                          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 3, 2014, Defendant Barclays PLC ("Barclays") and Defendants BATS Global Markets, Inc., Chicago Stock Exchange, Inc., Direct Edge ECN, LLC, NYSE Arca, Inc., Nasdaq OMX BX, Inc., New York Stock Exchange, L.L.C., and The Nasdaq Stock Market L.L.C. (the "Exchange Defendants") filed separate motions to dismiss Plaintiffs' consolidated amended complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  (Docket Nos. 241, 244).  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

       Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **November 24, 2014**.  Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiffs do not amend their complaint, the briefing schedule set forth in the Court's Order of May 15, 2014 (Docket No. 40) shall remain in place.  If Plaintiffs do amend their complaint, the parties are directed to meet and confer and to submit a proposed amended briefing schedule for the Court's consideration no later than **November 24, 2014.**

       SO ORDERED.

Dated: November 4, 2014
      New York, New York          _____
                                         JESSE M. FURMAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/04/2014