AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| City of Providence, Rhode Island, Individually and on Behalf of All Others Similarly Situated, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 14-CV-02811-JMF |
| Bats Global Markets, Inc. et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State-Boston Retirement System  .

Date:   11/05/2014                                    /s/ Joel H. Bernstein
                                                              *Attorney's signature*

                                                              Joel H. Bernstein  JB-0763
                                                              *Printed name and bar number*

                                                              Labaton Sucharow LLP
                                                              140 Broadway
                                                              New York, New York 10005
                                                              *Address*

                                                              jbernstein@labaton.com
                                                              *E-mail address*

                                                              (212) 970-0700
                                                              *Telephone number*

                                                              (212) 970-8180
                                                              *FAX number*