AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| City of Providence, Rhode Island, Individually and on Behalf of All Others Similarly Situated, )<br>*Plaintiff* )<br>v. )<br>Bats Global Markets, Inc. et al )<br>*Defendant* ) | Case No.  14-CV-02811-JMF |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State-Boston Retirement System .

Date: 11/05/2014

/s/ Ira A. Schochet
*Attorney's signature*

Ira A. Schochet  IS-2187
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, New York 10005
*Address*

ischochet@labaton.com
*E-mail address*

(212) 970-0700
*Telephone number*

(212) 970-8180
*FAX number*