AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| City of Providence, Rhode Island, Individually and on Behalf of All Others Similarly Situated,<br>*Plaintiff*<br>v.<br>Bats Global Markets, Inc. et al<br>*Defendant* | )<br>)<br>)  Case No.  14-CV-02811-JMF<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State-Boston Retirement System.

Date:  11/05/2014

/s/ Barry M. Okun
*Attorney's signature*

Barry M. Okun  BO-6197
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, New York 10005
*Address*

bokun@labaton.com
*E-mail address*

(212) 970-0700
*Telephone number*

(212) 970-8180
*FAX number*