# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

---

The proposed schedule is hereby adopted.  The briefing structure and page limits set forth in the Court's Order of October 22, 2014 (Docket No. 232) shall apply unless and until the Court orders otherwise.  The Clerk of Court is directed to terminate Docket No. 251.  SO ORDERED.

*[signature]*

November 25, 2014

November 24, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2014
```

Via ECF

Hon. Jesse M. Furman,
   United States District Court,
      Southern District of New York,
         Thurgood Marshall U.S. Courthouse,
           40 Foley Square,
              New York, NY  10007.

         Re:    *City of Providence, et al.* v. *BATS Global Markets, Inc., et al.*,
                No. 1:14-cv-02811-JMF (Consolidated)

Dear Judge Furman:

       I write on behalf of all parties in the above-referenced matter pursuant to the Court's Order of November 4, 2014 (ECF No. 246).  Pursuant to the Court's November 4 Order, Plaintiffs have advised Defendants that they intend to serve Defendants with a Second Consolidated Amended Complaint today.  As directed by the Court, the parties have met and conferred and jointly request the same briefing schedule applicable to the original motion to dismiss (*see* So-Ordered Letter of May 15, 2014 (ECF No. 40)), specifically:

1. Defendants will move to dismiss within 60 days, on January 23, 2015.

2. Plaintiffs' response in opposition to the motion to dismiss shall be due within 60 days after the motion to dismiss, on March 24, 2015.

3. Any reply shall be due within 45 days of the response, on May 8, 2015.

                                          Respectfully submitted,

                                          /s/ Jeffrey T. Scott
                                          Jeffrey T. Scott

cc:    All counsel of record (by ECF)