UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
IN RE: :
:
BARCLAYS LIQUIDITY CROSS AND HIGH :
FREQUENCY TRADING LITIGATION : 14-MD-2589 (JMF)
:
*This Document Relates to City of Providence, Rhode* :
*Island, et al. v. BATS Global Markets, Inc., et al., No.* :
*1:14-cv-02811-JMF (Consolidated)* :
:
:
:
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Barclays Capital Inc.  I certify that I am admitted to practice in this Court.


Dated: January 23, 2015
       New York, New York

>                         By:  /s/ Jeffrey T. Scott
>                              Jeffrey T. Scott
>                              SULLIVAN & CROMWELL LLP
>                              125 Broad Street
>                              New York, NY  10004
>                              Telephone:  (212) 558-4000
>                              Facsimile:  (212) 558-3588
>                              Email:  scottj@sullcrom.com
>
>                              *Attorney for Defendants Barclays PLC*
>                              *and Barclays Capital Inc.*