UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
IN RE: :
:
BARCLAYS LIQUIDITY CROSS AND HIGH :
FREQUENCY TRADING LITIGATION : 14-MD-2589 (JMF)
:
*This Document Relates to All Actions* :
:
:
:
:
:
:
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Barclays Capital Inc. I certify that I am admitted to practice in this Court.

Dated: January 23, 2015
      New York, New York

By: /s/ Brent J. McIntosh
Brent J. McIntosh
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006-5215
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
Email: mcintoshb@sullcrom.com

*Attorney for Defendants Barclays PLC
and Barclays Capital Inc.*