UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
IN RE: :
:
BARCLAYS LIQUIDITY CROSS AND HIGH :
FREQUENCY TRADING LITIGATION : 14-MD-2589 (JMF)
:
*This Document Relates to All Actions* :
:
:
:
:
:
:
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Barclays Capital Inc.  I certify that I am admitted to practice in this Court.


Dated:  January 23, 2015
            New York, New York

                              By:   /s/ Matthew A. Schwartz
                                     Matthew A. Schwartz
                                     SULLIVAN & CROMWELL LLP
                                     125 Broad Street
                                     New York, NY  10004
                                     Telephone:  (212) 558-4000
                                     Facsimile:  (212) 558-3588
                                     Email:  schwartzmatthew@sullcrom.com

                                     *Attorney for Defendants Barclays PLC*
                                     *and Barclays Capital Inc.*