UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
IN RE:                                                             :
                                                                   :
BARCLAYS LIQUIDITY CROSS AND HIGH                                  :
FREQUENCY TRADING LITIGATION                                       :   14-MD-2589 (JMF)
                                                                   :
*This Document Relates to All Actions*                             :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Barclays Capital Inc.  I certify that I am admitted to practice in this Court.


Dated:  January 23, 2015
        New York, New York

                                    By:   /s/ Andrew H. Reynard
                                          Andrew H. Reynard
                                          SULLIVAN & CROMWELL LLP
                                          125 Broad Street
                                          New York, NY  10004
                                          Telephone:  (212) 558-4000
                                          Facsimile:  (212) 558-3588
                                          Email:  reynarda@sullcrom.com

                                          *Attorney for Defendants Barclays PLC
                                          and Barclays Capital Inc.*