UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                   :

IN RE:                                          :

BARCLAYS LIQUIDITY CROSS AND HIGH    :
FREQUENCY TRADING LITIGATION           :    14-MD-2589 (JMF)

*This Document Relates to All Actions*             :

------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Barclays Capital Inc.  I certify that I am admitted to practice in this Court.

Dated: January 23, 2015
       New York, New York

                                         By:   /s/ John J. Hughes, III
                                                  John J. Hughes, III
                                                  SULLIVAN & CROMWELL LLP
                                                  125 Broad Street
                                                  New York, NY  10004
                                                  Telephone:  (212) 558-4000
                                                  Facsimile:  (212) 558-3588
                                                  Email:  hughesj@sullcrom.com

                                                  *Attorney for Defendants Barclays PLC*
                                                  *and Barclays Capital Inc.*