```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
IN RE:                                                                  :
                                                                        :
BARCLAYS LIQUIDITY CROSS AND HIGH              :    14-MD-2589 (JMF)
FREQUENCY TRADING LITIGATION,                  :
                                                                        :    ORDER
This Document Relates To: 14-CV-2811, 14-CV-3133,   :
14-CV-3608, 14-CV-4321                         :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/26/2015

JESSE M. FURMAN, United States District Judge:

On January 23, 2015, Defendants filed motions to dismiss Plaintiffs' Amended Complaint in the above-captioned cases. (14-MD-2589, Docket Nos. 7 & 15). Accordingly, the previously filed motions to dismiss in those cases are denied as moot. The page limits and briefing schedule listed in Order Number 1 of this MDL shall govern the briefing for Defendants' motions. (*See* 14-MD-2589, Docket No. 2; 14-CV-2811, Docket No. 232).

The Clerk of the Court is directed to terminate 14-CV-2811, Docket Nos. 241 and 244.

SO ORDERED.

Dated: January 26, 2015
       New York, New York

_____
JESSE M. FURMAN
United States District Judge