UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE:

BARCLAYS LIQUIDITY CROSS AND HIGH
FREQUENCY TRADING LITIGATION

*This Document Relates to City of Providence, Rhode Island, et al. v. BATS Global Markets, Inc., et al., No. 1:14-cv-02811-JMF (Consolidated)*

14-MD-2589 (JMF)

------------------------------------------------------------------x

## BARCLAYS CAPITAL INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Barclays Capital Inc., by and through its undersigned counsel, discloses that it is a subsidiary of Barclays Group US Inc., which is in turn a subsidiary of Barclays Bank PLC, which is in turn a subsidiary of defendant Barclays PLC, and that no other publicly traded company owns 10% or more of the stock of defendant Barclays Capital Inc.

Dated: January 23, 2015
New York, New York

Respectfully submitted,

/s/ Jeffrey T. Scott
Jeffrey T. Scott
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
scottj@sullcrom.com

*Attorney for Defendant Barclays Capital Inc.*