# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 8, 2015

By ECF

Hon. Jesse M. Furman,
   United States District Court,
      Southern District of New York,
         40 Centre Street, Room 2202,
           New York, NY 10007.

        Re:   *In re Barclays Liquidity Cross and High Frequency Trading Litig.*,
               No. 1:14-md-02589-JMF
               (This Document Relates to *City of Providence et al.* v. *BATS*
               *Global Markets et al.*, No. 1:14-cv-02811-JMF)

Dear Judge Furman:

        Pursuant to Rule 3(G) of the Court's Individual Rules and Practices in Civil Cases, I write on behalf of defendants Barclays PLC and Barclays Capital Inc. to request oral argument on Defendants' Motion to Dismiss the Second Consolidated Amended Complaint, in support of which Defendants filed a Reply Memorandum of Law today.

                                       Respectfully submitted,

                                       */s/ Jeffrey T. Scott*
                                       Jeffrey T. Scott

                                                                    /S.J.H.

cc:   All counsel of record
      (by ECF)