```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
IN RE:                                                    :
                                                          :
Barclays Liquidity Cross and High Frequency Trading       :     14-MD-2589 (JMF)
Litigation,                                               :
                                                          :        ORDER
This Document Relates To All Actions                      :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/13/2015

JESSE M. FURMAN, United States District Judge:

On May 8, 2015, Defendants' motions to dismiss the operative complaints in this multidistrict litigation became fully briefed, with all Defendants requesting oral argument. (Docket Nos. 29, 32, 34). The requests for oral argument are hereby GRANTED. The Court will hold argument on all three motions on **June 18, 2015**, at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

Oral argument will tentatively be divided as follows (with equal time allotted to Plaintiffs and Defendants on each motion):

*City of Providence* v. *BATS Global Markets, Inc.*, No. 14-cv-2811

    Exchange Defendants' Motion To Dismiss (Docket No. 7) – 30 Minutes

    Barclays PLC's Motion To Dismiss (Docket No. 15) – 20 Minutes

*Great Pacific Securities* v. *Barclays PLC*, No. 15-cv-168

    Barclays PLC's Motion To Dismiss (Docket No. 23) – 10 Minutes

For each motion, a single lawyer shall argue for each side. No later than **June 11, 2015**, each side shall file a letter identifying the counsel who will argue each motion. Further, counsel should confer in an effort to coordinate arguments so as to minimize any redundancy between the arguments on the different motions.

SO ORDERED.

Dated: May 13, 2015
       New York, New York

_____
JESSE M. FURMAN
United States District Judge