# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 11, 2015

Via ECF

Hon. Jesse M. Furman,
    United States District Court,
        Southern District of New York,
            40 Centre Street, Room 2202,
                New York, NY 10007.

    Re: *In re Barclays Liquidity Cross and High Frequency Trading Litig.*,
      No. 1:14-md-02589-JMF (This Document Relates to *All Actions*)

Dear Judge Furman:

    Pursuant to this Court's Order of May 13, 2015 in the above-referenced action, I write on behalf of defendants Barclays PLC and Barclays Capital Inc. (together, "Barclays") to inform the Court that I will be arguing for Barclays at the oral argument scheduled for June 18, 2015, at 10 a.m., regarding Barclays' motion to dismiss the operative complaint in (i) *City of Providence* v. *BATS Global Markets, Inc.*, No. 14-cv-2811 (Motion to Dismiss, Docket No. 15), and (ii) *Great Pacific Securities* v. *Barclays PLC*, No. 15-cv-168 (Motion to Dismiss, Docket No. 23).

            Respectfully submitted,

            /s/ Jeffrey T. Scott
            Jeffrey T. Scott

cc: All counsel of record
   (via ECF)