UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BARCLAYS LIQUIDITY CROSS AND HIGH FREQUENCY TRADING LITIGATION<br><br>This Document Relates to:<br>*City of Providence, Rhode Island v. Bats Global Markets, Inc.*, Case No. 14-cv-2811 | ) ) ) ) ) ) ) ) ) ) | <u>Master Docket</u><br>14-MD-2589 (JMF) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JOSHUA H. SALTZMAN

PLEASE TAKE NOTICE that Joshua H. Saltzman, hereby respectfully withdraws his appearance for Movant Applied Financial Science, Inc. in the above captioned matters, because Mr. Saltzman has left the employment of Wolf Popper LLP.

Dated: June 17, 2015

KAPLAN FOX & KILSHEIMER LLP

*/s/ Joshua H. Saltzman*
Joshua H. Saltzman
850 Third Avenue, 14th Floor
New York, New York 10019
Tel: (212) 687-1980
Fax: (212) 687-7714

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Joshua H. Saltzman*
Joshua H. Saltzman