UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                           :   Case No. 14-MD-2589 (JMF)
                                                                 :
BARCLAYS LIQUIDITY CROSS AND                                     :   NOTICE OF APPEAL
HIGH FREQUENCY TRADING                                           :
LITIGATION                                                       :
                                                                 :
---------------------------------------------------------------- :
                                                                 :
This Document Relates To:                                        :
                                                                 :
*City of Providence, Rhode Island, et al. v.*                    :
*BATS Global Markets, Inc., et al.,* No. 1:14-cv-                :
02811-JMF                                                        :
                                                                 :
---------------------------------------------------------------- x

1076958_1

Notice is hereby given that Lead Plaintiffs in the above-captioned multi-district-litigation (*i.e.*, City of Providence, Rhode Island; Plumbers and Pipefitters National Pension Fund; Employees' Retirement System of the Government of the Virgin Islands; State-Boston Retirement System; and Första AP-fonden), on behalf of themselves and all others similarly situated, hereby timely appeal to the United States Court of Appeals for the Second Circuit from (i) the district court's final "Judgment" [Dkt. No. 51] that was entered on August 28, 2015, and (ii) the "Opinion and Order" dismissing with prejudice Lead Plaintiffs' portion of the multi-district-litigation [Dkt. No. 50] that was entered on August 26, 2015.

DATED: September 24, 2015            Respectfully submitted,

                                                                           ROBBINS GELLER RUDMAN
                                                                             &DOWD LLP
                                                                           ANDREW J. BROWN
DAVID W. MITCHELL
BRIAN O. O'MARA
LONNIE A. BROWNE

                                                                            s/ Andrew J. Brown
                                                                          ANDREW J. BROWN

600 West Broadway
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
andrewb@rgrdlaw.com
davidm@rgrdalw.com
bomara@rgrdlaw.com
lbrowne@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
VINCENT M. SERRA
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
vserra@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
PATRICK J. COUGHLIN
RANDI BANDMAN
30 Vesey Street, Suite 200
New York, NY 10007
Telephone:  212/693-1058
patc@rgrdlaw.com
randib@rgrdlaw.com

MOTLEY RICE LLC
JOSEPH F. RICE
WILLIAM H. NARWOLD
ANN K. RITTER
DAVID P. ABEL
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
jrice@motleyrice.com
bnarwold@motleyrice.com
aritter@motleyrice.com
dabel@motleyrice.com

MOTLEY RICE LLC
DONALD A. MIGLIORI
REBECCA KATZ
600 Third Avenue, Suite 2101
New York, NY  10016
Telephone:  212/577-0040
212/577-0054 (fax)
dmigliori@motleyrice.com
rkatz@motleyrice.com

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JOEL H. BERNSTEIN
MICHAEL W. STOCKER
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
ckeller@labaton.com
jbernstein@labaton.com
mstocker@labaton.com

Co-Lead Counsel for Plaintiffs in *City of Providence, Rhode Island, et al. v. BATS Global Markets, Inc., et al.,* No. 1:14-cv-02811-JMF

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 24, 2015.

s/ Andrew J. Brown
ANDREW J. BROWN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  andrewb@rgrdlaw.com

**Mailing Information for a Case 1:14-md-02589-JMF**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **Randi Dawn Bandman**
  randib@rgrdlaw.com

- **Alexander E. Barnett**
  abarnett@cpmlegal.com,lconcepcion@cpmlegal.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,ElectronicCaseFiling@labaton.com,lmehringer@labaton.com,smundo@labaton.com,sauer@labaton.com

- **George Anthony Borden**
  gborden@wc.com

- **Francis A Bottini , Jr**
  fbottini@bottinilaw.com

- **Andrew J. Brown**
  andrewb@rgrdlaw.com,nhorstman@rgrdlaw.com,ldeem@rgrdlaw.com

- **Albert Y Chang**
  achang@bottinilaw.com

- **Albert Yong Chang**
  achang@cfsblaw.com,sammirati@bottinilaw.com,ykolesnikov@bottinilaw.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com

- **Douglas Randall Cox**
  dcox@gibsondunn.com,aarias@gibsondunn.com,smartin@gibsondunn.com,MAO@gibsondunn.com

- **Steven M.. Farina**
  sfarina@wc.com

- **John Joseph Hughes , III**
  hughesj@sullcrom.com,s&cmanagingclerk@sullcrom.com,john.j.hughes@gmail.com

- **Michael Robert Huston**
  mhuston@gibsondunn.com

- **Fred Taylor Isquith**
  fisquith@lshllp.com

- **Seth L. Levine**
  slevine@levinelee.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Joshua C. Littlejohn**
  jlittlejohn@motleyrice.com

- **Joseph C. Lombard**
  jlombard@mmlawus.com

- **Felicia Yvonne Mann**
  fmann@labaton.com

- **Francis Paul McConville**
  fmcconville@labaton.com

- **Brent James McIntosh**
  McIntoshB@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,slandry@rgrdlaw.com,SJodlowski@rgrdlaw.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,mkeilo@cpmlegal.com,rbarghi@cpmlegal.com,bschnarr@cpmlegal.com,obacigalupi@cpmlegal.com,jacosta@cpmlegal.com

- **James Alwin Murphy**
  jmurphy@mmlawus.com

- **William H. Narwold**
  bnarwold@motleyrice.com,vlepine@motleyrice.com,kweil@motleyrice.com,ajanelle@motleyrice.com

- **Nanci E. Nishimura**
  nnishimura@cpmlegal.com,palmasi@cpmlegal.com,jbloch@cpmlegal.com,iatkinsonyoung@cpmlegal.com

- **Kevin Patrick O'Brien**
  kobrien@cpmlegal.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com

- **Barry M. Okun**
  bokun@LABATON.com,electroniccasefiling@labaton.com

- **Jessica L. Pahl**
  JLPahl@wc.com

- **Christos Papapetrou**
  cpapapetrou@levinelee.com

- **Adam S Paris**
  parisa@sullcrom.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com

- **Fei-Lu Qian**
  fqian@wolfpopper.com

- **Andrew Hunter Reynard**
  reynarda@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Joseph F. Rice**
  jrice@motleyrice.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joshua Wolf Ruthizer**
  jruthizer@wolfpopper.com,cdunleavy@wolfpopper.com

- **Ira A. Schochet**
  ischochet@labaton.com,electroniccasefiling@labaton.com

- **Matthew Alexander Schwartz**
  schwartzmatthew@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Jeffrey T. Scott**
  scottj@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Theodore R. Snyder**
  Theodore.Snyder@mmlawus.com

- **Victor E. Stewart**
  victornj@ix.netcom.com

- **Elizabeth Tran**
  etran@cpmlegal.com

- **Chet Barry Waldman**
  cwaldman@wolfpopper.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joseph          Winters Cotchett
Cotchett Pitre and McCarthy
San Francisco Airport Office Center
840 Malcolm Road  Suite 200
Burlingame, CA 94010
```