Case 1:14-md-02811-JMF Document 53 or 12870 Filed 10/27/15 Page 1 of 2

N.Y.S.D. Case #
14-md-2589(JMF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand and fifteen.

_____

City of Providence, Rhode Island, Employees' Retirement System of the Government of the Virgin Islands, Forsta AP-fonden, Plumbers and Pipefitters National Pension Fund,

    Lead Plaintiffs-Appellants,

State-Boston Retirement System,

    Plaintiff-Appellant,

Great Pacific Securities, on behalf of itself and all others similarly situated,

    Plaintiff,

American European Insurance Company, James J. Flynn, Harel Insurance Company Ltd., Dominic A. Morelli,

    Consolidated-Plaintiffs,

  v.

Barclays Capital Inc., Barclays PLC, Bats Global Markets, Inc., Chicago Stock Exchange Inc., Direct Edge ECN, LLC, NYSE Arca, Inc., NASDAQ OMX BX Inc., New York Stock Exchange LLC, The Nasdaq Stock Market, LLC,

    Defendants-Appellees,

Does, 1-5, inclusive,

    Defendant.

_____

**ORDER**
Docket No. 15-3057

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2015

CERTIFIED COPY ISSUED ON 10/27/2015

The parties have filed a stipulation withdrawing this appeal with prejudice as to Appellees Barclays PLC and Barclays Capital Inc, pursuant to FRAP 42(b).

The stipulation hereby is so ordered. The appeal shall proceed with respect to the remaining appellees.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

*/s/ Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*/s/ Catherine O'Hagan Wolfe*