N.Y.S.D. Case # 14-md-2589(JMF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of January, two thousand and sixteen.

_____

City of Providence, Rhode Island, Employees' Retirement System of the Government of the Virgin Islands, Forsta AP-fonden, Plumbers and Pipefitters National Pension Fund,

    Lead Plaintiffs - Appellants,

State-Boston Retirement System,

    Plaintiff - Appellant,

Great Pacific Securities, on behalf of itself and all others similarly situated,

    Plaintiff,

American European Insurance Company, James J. Flynn, Harel Insurance Company Ltd., Dominic A. Morelli,

    Consolidated-Plaintiffs,

v.

Bats Global Markets, Inc., *et al.*,

    Defendants - Appellees,

Does, 1-5, inclusive, Barclays Capital Inc., Barclays PLC,

    Defendants.
_____

**ORDER**

Docket No. 15-3057

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 08, 2015
```

CERTIFIED COPY ISSUED ON 01/08/2016

Appellant Forsta AP-fonden moves to withdraw as an Appellant from this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal shall proceed with respect to the remaining parties.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit