AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

City of Providence, Rhode Island, Individually and on Behalf of All Others Similarly Situated,
*Plaintiff*

v.  Case No. 14-CV-2811-JMF

Bats Global Markets, Inc. et al
*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State-Boston Retirement System.

Date: 02/14/2018

/s/ Thomas G. Hoffman Jr.
*Attorney's signature*

Thomas G. Hoffman Jr. - TG0330
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, New York 10005
*Address*

thoffman@labaton.com
*E-mail address*

(212) 907-0700
*Telephone number*

(212) 883-7544
*FAX number*