UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/26/2018

IN RE:

BARCLAYS LIQUIDITY CROSS AND HIGH
FREQUENCY TRADING LITIGATION

*This Document Relates To City of Providence, Rhode Island, et al.* v. *BATS Global Markets, Inc., et al.*, 1:14-cv-02811-JMF (S.D.N.Y.) (consolidated)

14-MD-2589 (JMF)

## ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEYS STEVEN M. FARINA, GEORGE A. BORDEN, AND JESSICA L. PAHL

Upon consideration of the Motion for Withdrawal of Attorneys Steven M. Farina, George A. Borden, and Jessica L. Pahl, the declaration of Jessica L. Pahl filed in support thereof, and all other papers and proceedings herein, it is hereby ordered that:

1. The Motion is GRANTED.

2. The Clerk is ordered to reflect on the docket the termination of Steve M. Farina, George A. Borden, and Jessica L. Pahl as counsel of record for Defendants *New York Stock Exchange LLC* and *NYSE Arca, Inc.* in the above-captioned consolidated action. The Clerk of Court is further directed to terminate Docket No. 298.

**IT IS SO ORDERED.**

March 26, 2018

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATE DISTRICT JUDGE