AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

City of Providence, Rhode Island, Individually and
on Behalf of All Others Similarly Situated,

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   14-CV-2811-JMF |
| Bats Global Markets, Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Employees' Retirement System of the Government of the Virgin Islands

Date:     03/30/2018

_____
*Attorney's signature*

Michael J. Pendell (MP0844)
*Printed name and bar number*

Motley Rice LLC
20 Church Street, 17th Floor
Hartford, CT 06103

*Address*

mpendell@motleyrice.com
*E-mail address*

(860) 218-2722
*Telephone number*

(860) 882-1682
*FAX number*