UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

BARCLAYS LIQUIDITY CROSS AND HIGH FREQUENCY TRADING LITIGATION

14-MD-2589 (JMF)
14-CV-2811 (JMF)

*This Document Relates to All Remaining Open Actions*

ORDER

---

JESSE M. FURMAN, United States District Judge:

On December 12, 2014, the Judicial Panel on Multidistrict Litigation ("JPML") ordered that a civil action pending in the United States District Court for the Central District of California be transferred to this Court for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. ECF No. 1. That case, together with four cases that had been filed in this judicial district and already consolidated for pretrial proceedings, formed a multidistrict litigation ("MDL") under the caption set forth above.

The posture of the case has changed significantly since then. Following motion practice, dismissal, appeal, and remand, Barclays PLC and its related entities (after whom the MDL is named) are no longer parties to the case, *see, e.g.*, ECF No. 104, at 5, and the action transferred from the Central District of California has been remanded to that district, *id.* at 5 n.4, leaving these proceedings a *multi*district litigation in name only. In light of these considerations, the stated preference of the parties, and ease of docketing, the Court has concluded that it is appropriate to close the "master docket" in the MDL case.

Accordingly, the Clerk of Court is directed to terminate 14-MD-2589, to close that case, and to notify the JPML of this Order. Furthermore, because the three remaining actions were consolidated by the Court's Order of July 2, 2014, *see* 14-CV-2811, ECF No. 209, there is no reason to keep the other cases open. Accordingly, the Clerk of Court is directed to close 14-CV-3133 and 14-CV-3608. Effective immediately, the parties shall file all submissions on the 14-CV-2811 docket and under the original caption of that case.

SO ORDERED.

Dated: August 29, 2019
New York, New York

JESSE M. FURMAN
United States District Judge