**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

David W. Mitchell
DavidM@rgrdlaw.com

February 26, 2020

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    *City of Providence, Rhode Island v. BATS Global Markets, Inc.*,
            No. 14-cv-2811-JMF

Dear Judge Furman:

      I write on behalf of the Parties in the above-captioned matter.  As indicated in the Joint Letter to the Court on February 6, 2020 (ECF No. 398 at 5), the Parties are discussing a proposed extension of the current schedule.  Mindful of the requirements set forth in ¶17 of the Court's August 16, 2019 Case Management Plan and Scheduling Order (ECF No. 329), and faced with the February 28, 2020 substantial completion deadline for the production of documents that may be used in connection with the Plaintiffs' motion for class certification and Defendants' motion for summary judgment on grounds of preclusion (ECF No. 329, ¶3.b.), the Parties request additional time, until March 3, 2020, to submit a proposal to the Court to adjust the current schedule.

      Thank you for your consideration.

                          Respectfully submitted,

                          DAVID W. MITCHELL

DWM:sll

cc:     Counsel of Record via ECF