UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
CITY OF PROVIDENCE, RHODE ISLAND,                :
:
                     Plaintiff,          :          14-CV-2811 (JMF)
:
     -v-                                                :          ORDER
:
BATS GLOBAL MARKETS, INC.,                              :
:
                     Defendant.       :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the COVID-19 situation, the Court will not hold the upcoming pretrial conference in this case in person.  Counsel should submit their joint letter by the Thursday prior to the conference, as directed in the Case Management Plan.  In their joint letter, the parties should also indicate their views whether they can do without a conference altogether.  If so, the Court will resolve any outstanding issues on the papers alone.  If not, the Court will hold the pretrial conference by telephone, albeit perhaps at a different time.  To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

       SO ORDERED.

Dated: April 20, 2020
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge