UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                 :
CITY OF PROVIDENCE, RHODE ISLAND,    :

                         Plaintiff,              :              14-CV-2811 (JMF)

        -v-                              :              <u>ORDER</u>

BATS GLOBAL MARKETS, INC.,          :

                       Defendant.          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of the parties' status letter, the conference previously scheduled for April 28, 2020, is ADJOURNED to **May 1, 2020**, at **2 p.m.** and will be held by telephone. To access the conference, counsel should call 888-363-4749 and use access code 5421540#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) In accordance with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-jesse-m-furman, counsel should adhere to the following rules and guidelines during the hearing:

- Absent permission of the Court, no more than two attorneys per party may speak during the teleconference. Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

- Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

- To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

- If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

- Recording of the hearing is prohibited by law.

Its prior admonitions notwithstanding, the Court will extend the current deadlines in light of the extraordinary circumstances involved in the COVID-19 situation. At the same time, the Court would like to make as much progress with discovery in the coming months as possible — through the use of remote video depositions and other means. The parties should be prepared to address these issues — and a revised schedule — during the conference. The parties should also be prepared to address when and how to resolve any of the discovery disputes referenced in their status letter that are not resolved through the meet-and-confer process.

SO ORDERED.

Dated: April 24, 2020
   New York, New York

_____
JESSE M. FURMAN
United States District Judge