November 3, 2020

***VIA ECF***

Hon. Jesse Furman
United States District Court
Southern District of New
York 40 Centre Street, Room
2202 New York, NY 10007

Re:   *City of Providence, et al. v. BATS Global Markets, Inc., et al., No. 14-cv-02811*—Notice of Public Re-Filing of Nasdaq's Letter-Motion Requesting Conference on Wells Capital Management's Refusal to Produce "Broker-Dealer Survey Responses" (ECF 462) and Exhibit A to that Letter-Motion (ECF 462-1)

Dear Judge Furman:

    I write on behalf of the Nasdaq Defendants, in response to this Court's Order (ECF 473) requiring Nasdaq to file a public version of Nasdaq's Letter-Motion (ECF 462) and requiring Troutman Pepper to show cause as to why Exhibit A to that Letter-Motion (ECF 462-1) should remain under seal.

    I have conferred by email with counsel for Wells Capital Management (Wells). Wells' counsel have stated to me that the Letter-Motion (ECF 462) and its Exhibit A (ECF 462-1) may be filed publicly.

    Attached to this letter, therefore, are complete and unredacted versions of these two documents, which were previously filed under seal.

Respectfully submitted,

By: */s/ Steven M. Shepard*
SUSMAN GODFREY LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Robert F. Serio
Justine Goeke
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-3917
Facsimile: (212) 351-5246
Douglas R. Cox

Amir C. Tayrani
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9539

*Counsel for The Nasdaq Stock Market LLC
and Nasdaq BX, Inc.*

CC:    All counsel of record via ECF
        Counsel for Wells Capital Management, via email:
            Hillary Lehmann, Esq., Hillary.Lehmann@troutman.com
            Stephen J. Steinlight, Esq., Stephen.Steinlight@troutman.com
            Kalama M. Lui-Kwan, Esq., Kalama.Lui-Kwan@troutman.com