UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
CITY OF PROVIDENCE, RHODE ISLAND et al.,     :
:
                Plaintiffs,     :     14-CV-2811 (JMF)
:
     -v-     :     ORDER
:
BATS GLOBAL MARKETS, INC. et al.,     :
:
                Defendants.     :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      There is a status conference currently scheduled in this matter for **December 22, 2020**. No later than **Thursday, December 17, 2020**, the parties shall submit a joint letter informing the Court of the status of this case and whether they believe there is a need for the conference. If a conference is held, it would be held by telephone in light of the circumstances surrounding COVID-19. Unless and until the Court orders otherwise, all existing dates and deadlines remain in effect. *See* ECF No. 455.

      After reviewing the parties' joint status letter, the Court will issue an order indicating whether the conference is canceled and addressing any other relevant deadlines and information. If counsel believe that a conference would be appropriate, they should indicate in their joint status letter dates and times during the week of the currently scheduled conference that they would be available for a telephone conference in case the Court needs to adjust the schedule. In that event, counsel should also review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: December 14, 2020
      New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge