# Labaton Sucharow

212 907 0761 direct
212 907 0700 main
212 883 7099 fax
crhodes@labaton.com

New York Office
140 Broadway
New York, NY 10005

January 13, 2021

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *City of Providence, et al. v. BATS Global Markets, Inc., et al.*, No. 14-cv-02811: Request for Leave to File a Reply

Dear Judge Furman:

Lead Plaintiffs and Lead Plaintiffs' co-lead counsel respectfully request leave to file a short reply (no longer than two pages) to address certain arguments raised by Defendants in their January 13, 2021 opposition to Lead Plaintiffs' Letter-Motion for Conference to Quash Defendants' Subpoenas for Lead Counsel's Deposition Testimony.  (Dkt. Nos. 504, 505).  A brief reply is appropriate to address Defendants' false assertion that Lead Plaintiffs "have yet to produce any factual evidence supporting" their claims, which underlies their argument that they are now forced to seek depositions of Lead Plaintiffs' trial counsel.  In the alternative, Lead Plaintiffs request a discovery conference to allow counsel to address Defendants' arguments prior to Your Honor's ruling on this dispute.

Respectfully submitted,


By: /s/Corban S. Rhodes
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0761