February 12, 2021

Application GRANTED. The Clerk of Court is directed to terminate ECF Nos. 514, 516.

**VIA ECF**

SO ORDERED.

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

February 12, 2021

    Re:   *City of Providence, et al. v. BATS Global Markets, Inc., et al.*, No. 14-cv-2811:
          **Withdrawal of Defendants' Motion to Compel Deposition Testimony**

Dear Judge Furman:

We reference our letter to the court dated February 8, 2021 [ECF 514] seeking to compel the plaintiffs to provide dates before March 12 for the court-ordered [ECF 508] depositions of their lawyers.

As noted in our letter to the court dated February 9, 2021 [ECF 15], we received confirmation from Robbins Geller Rudman & Dowd LLP, which represents plaintiffs Plumbers and Pipefitters National Pension Fund and the City of Providence, that they would produce a witness for deposition on March 4.

Through further email correspondence with Plaintiffs' counsel (See Exhibit A, email chain between Corban Rhodes and Steven Shepard), we have been advised that the witness identified by Robbins Gellar Rudman & Dowd on February 9 will also testify on behalf of Labaton Sucharow, LLP, which represents plaintiff State-Boston Retirement System, and Motley Rice, LLC, which represents plaintiff Employees' Retirement System of the Government of the Virgin Islands. Plaintiffs' counsel have also advised that they will produce one or more witnesses on March 5, 2021 to testify on behalf of all three firms.

Because Plaintiffs have represented that they will produce witnesses for deposition in accordance with the Court's order, we respectfully withdraw our motion to compel deposition testimony.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Stephen J. Senderowitz<br>Stephen J. Senderowitz<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>(312) 876-8000<br>stephen.senderowitz@dentons.com<br><br>Douglas W. Henkin<br>Justine N. Margolis<br>Kiran Patel<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 768-6832<br>Facsimile: (212) 768-6800<br><br>*Counsel for New York Stock Exchange LLC,*<br>*NYSE Arca Inc.,*<br>*and Chicago Stock Exchange, Inc.* | By: /s/ Robert F. Serio<br>Robert F. Serio<br>Justine Goeke<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-3917<br>Facsimile: (212) 351-5246<br>Douglas R. Cox<br><br>Steven M. Shepard<br>SUSMAN GODFREY LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 336-8330<br>Facsimile: (212) 336-8340<br><br>*Counsel for The Nasdaq Stock Market LLC*<br>*and Nasdaq BX, Inc.* |

By: /s/ Paul E. Greenwalt III
Paul E. Greenwalt III
Michael Molzberger
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5702
Facsimile: (312) 258-5600

*Counsel for BATS Global Markets, Inc.*
*(n/k/a Cboe Bats, LLC) and Direct Edge*
*ECN, LLC*


cc: All counsel of record via ECF