Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 542.

SO ORDERED.

March 9, 2021

March 9, 2021

The Honorable Jesse M. Furman
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *City of Providence, Rhode Island v. Bats Global Markets, Inc.,* Case 1:14-cv-02811-JMF—**Defendants' Unopposed Letter-Motion to Take 30(b)(6) Depositions of Plaintiffs' Counsel After the Close of Fact Discovery**

Dear Judge Furman:

Defendants respectfully request that the Court either (a) grant leave for Defendants to take the Rule 30(b)(6) depositions of Lead Counsel (*see* ECF 508) after the March 12, 2021 deadline for fact discovery or (b) confirm that leave is unnecessary.  Plaintiffs do not oppose these depositions being taken after March 12, 2021.

This request is necessary because, on March 2, 2021, less than 48 hours before the depositions were scheduled to begin based on the parties' written agreement, Lead Counsel informed Defendants that their designees were no longer available on the agreed-upon dates.[1]  Lead Counsel have offered these witnesses on March 24 (Topics 1-4) and March 25 (Topic 5), which is acceptable to Defendants.

Defendants do not believe that the rescheduling of these depositions necessitates any change to the deadlines set by the Court's scheduling order.

Respectfully submitted,

---

[1] On February 11, 2021, Lead Counsel emailed Defendants as follows: "we will put up one designee on topic 5 for the three firms on March 4th, and will also put up one or more designees on March 5th … to cover the other topics."  Email from C. Rhodes (Feb. 11, 2021).  On March 2, 2021, Lead Counsel emailed Defendants and stated that dates would be reversed: The designee on Topics 1-4 would be made available on March 4, and the designee for Topic 5 would be made available on March 5.  Email of S. Jodlowski (Mar. 2, 2021).

By: /s/ Steven M. Shepard
Steven M. Shepard
SUSMAN GODFREY L.L.P.
1301 Ave. of the Americas, Fl. 32
New York, NY 10019
Tel: 212-729-2010
sshepard@susmangodfrey.com

Robert F. Serio
Justine Goeke
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
Telephone: 212/351-3917
212/351-5246 (fax)

*Counsel for The Nasdaq Stock Market LLC and Nasdaq OMX BX, Inc.*


By: /s/ Paul E. Greenwalt

Paul E. Greenwalt III
Michael Molzberger
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL  60606
Telephone:  312/258-5702
312/258-5600 (fax)

*Counsel for BATS Global Markets, Inc. (n/k/a Cboe Bats, LLC) and Direct Edge ECN, LLC*


By: /s/ Douglas W. Henkin

Douglas W. Henkin
Justine N. Margolis
Kiran Patel
DENTONS US LLP
1221 Avenue of the Americas
New York, NY  10020
Telephone: 212/768-6832
212/768-6800 (fax)

*Counsel for New York Stock Exchange LLC, NYSE Arca Inc., and Chicago Stock Exchange, Inc.*

cc: All Counsel of Record via ECF