**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

David W. Mitchell
davidm@rgrdlaw.com

April 13, 2021

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    *City of Providence, Rhode Island v. BATS Global Markets, Inc.*, 14-cv-2811-JMF

Dear Judge Furman:

    Attached hereto are Exhibits 9-11 to Plaintiffs' Letter-Motion for Conference Seeking to Compel the Re-Production of Documents Clawed Back by BATS and Direct Edge (*see* ECF Nos. 583 & 584), being publicly filed per the Court's April 13, 2021 Order (ECF No. 587).

                                 Respectfully submitted,

                                 DAVID W. MITCHELL

DWM:sll

4813-7278-1285.v1
655 West Broadway, Suite 1900   San Diego, CA 92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com