**Robbins Geller Rudman & Dowd LLP**

Boca Raton   Melville      San Diego
Chicago      Nashville     San Francisco
Manhattan    Philadelphia  Washington, D.C.

David W. Mitchell
DavidM@rgrdlaw.com
619-338-3847

*The motion to seal is GRANTED temporarily. The Court will assess whether to keep the materials at issue redacted when deciding the underlying motion. Lead Plaintiffs should strive to ensure that all redactions are narrowly tailored to whatever considerations justify sealing notwithstanding the presumption in favor of public access. See generally Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006). The Clerk of Court is directed to terminate ECF No. 597.*

May 27, 2021      SO ORDERED.

VIA ECF

May 28, 2021

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:   *City of Providence, Rhode Island v. BATS Global Markets, Inc.*, 14-cv-2811-JMF,
      **Letter Motion to Seal**

Dear Judge Furman:

We write on behalf of the Lead Plaintiffs in the above-referenced matter to request that the Court authorize the sealed filing of Lead Plaintiffs' motion for class certification and the supporting materials. The proposed filing, which we are still finalizing, contains a significant amount of information designated by one or more defendants as Confidential or Highly Confidential under the Protective Order (ECF No. 402). Accordingly, Lead Plaintiffs request that the Court allow the information to be filed under seal.

Lead Plaintiffs intend to file a public, redacted version of the brief and certain supporting materials that are not confidential.

We appreciate Your Honor's consideration in this matter.

Sincerely,

DAVID W. MITCHELL

DWM: