May 28, 2021

**VIA ECF**

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 606.

SO ORDERED.

June 1, 2021

Hon. Jesse Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: *City of Providence, et al. v. BATS Global Markets, Inc., et al.*, No. 14-cv-02811

Dear Judge Furman:

    We write pursuant to Section 6 of the Court's Electronic Case Filing Rules & Instructions and Your Honor's Individual Rules of Practice to respectfully seek leave to file under seal certain materials (the "Protected Materials") in connection with the Motion for Summary Judgment on Grounds of Lack of Article III Standing (the "Motion") filed by Defendants New York Stock Exchange, LLC, NYSE Arca, Inc., Chicago Stock Exchange, Inc. (n/k/a NYSE Chicago, Inc.), BATS Global Markets, Inc. (n/k/a Cboe Bats, LLC), and Direct Edge ECN, LLC (collectively, "Defendants"), and to redact from their public filings the Protected Materials and references thereto. Defendants' papers will be filed later today, May 28, 2021.

    The Protected Materials are attached as exhibits to the Declaration of Douglas W. Henkin in support of the Motion. These Protected Materials consist of documents and deposition transcripts designated by Plaintiffs or Third Parties as "Confidential" or "Highly Confidential" under the Court's Protective Order (ECF No. 402).

    Accordingly, Defendants respectfully request leave to file the Confidential Materials under seal and to redact the corresponding references in the Motion.

Respectfully submitted,

By: /s/ Douglas W. Henkin (by permission)
Douglas W. Henkin
Justine N. Margolis
Kiran Patel
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6832
Facsimile: (212) 768-6800
*Counsel for New York Stock Exchange LLC,*
*NYSE Arca Inc.,*
*and Chicago Stock Exchange, Inc.*

By: /s/ Paul E. Greenwalt III (by permission)
Paul E. Greenwalt III
Michael Molzberger
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5702
Facsimile: (312) 258-5600
*Counsel for BATS Global Markets, Inc.*
*(n/k/a Cboe Bats, LLC) and Direct Edge*
*ECN, LLC*

CC: All counsel of record via ECF