**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

David W. Mitchell
DavidM@rgrdlaw.com

> Application GRANTED temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 634.
>
> SO ORDERED.
>
> July 26, 2021

July 23, 2021

VIA ECF

The Honorable Jesse M. Furman
United States District Court
 for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *City of Providence, Rhode Island v. BATS Global Markets, Inc.*, 14-cv-2811-JMF,
       **Letter Motion for Leave to File Under Seal**

Dear Judge Furman:

On behalf of the Lead Plaintiffs in the above-referenced matter, we write in connection with Plaintiffs' forthcoming oppositions to Defendants' summary judgment motions on preclusion and standing. ECF Nos. 599-600, 607, 609. Lead Plaintiffs' oppositions are due July 26. As it did with Plaintiffs' class certification motion, Plaintiffs request that the Court temporarily authorize the sealed filing of Lead Plaintiffs' oppositions to Defendants' summary judgment motions. The proposed filings, which we are still finalizing, contain a significant amount of information designated by one or more Defendants as Confidential or Highly Confidential under the Protective Order (ECF No. 402).

Lead Plaintiffs intend to file public, redacted versions of the briefs and certain supporting materials that are not confidential.

We appreciate Your Honor's consideration in this matter.

Sincerely,

DAVID W. MITCHELL

DWM:sll