July 26, 2021

**VIA ECF**

The Honorable Jesse M. Furman
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *City of Providence, Rhode Island v. Bats Global Markets, Inc.,* Case 1:14-cv-02811-JMF—**Letter Motion for Leave to File Under Seal**

Dear Judge Furman:

We write pursuant to Section 6 of the Court's Electronic Case Filing Rules & Instructions and Your Honor's Individual Rules of Practice to respectfully seek leave to file under seal certain materials (the "Protected Materials") in connection with Defendants' forthcoming Joint Opposition to Plaintiffs' Motion for Class Certification (ECF 617) (the "Opposition"). Defendants' Opposition and supporting materials will be filed later today, July 26, 2021.

The Protected Materials include exhibits filed in support of the Opposition, including an expert report. These Protected Materials consist of documents or references to documents that were (i) designated by Plaintiffs or Third Parties as "Confidential" or "Highly Confidential" under the Court's Protective Order (ECF No. 402), or (ii) contain Defendants' proprietary business information.

Defendants intend to promptly file public versions of the Opposition and the expert report, in which the Protected Materials and references thereto are redacted.

Accordingly, Defendants respectfully request leave to file the Protected Materials under seal and to redact the corresponding references in the Opposition.

Respectfully submitted,

By: */s/ Steven M. Shepard*

Steven M. Shepard
Arun Subramanian
Elisha Barron
SUSMAN GODFREY L.L.P.
1301 Ave. of the Americas, Fl. 32
New York, NY 10019
Tel: 212-729-2010
sshepard@susmangodfrey.com

Douglas W. Henkin
Justine N. Margolis
Kiran Patel
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6832
Facsimile: (212) 768-6800

| | |
|---|---|
| Robert F. Serio<br>Justine Goeke<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212/351-3917<br>212/351-5246 (fax)<br><br>Douglas R. Cox<br>Amir C. Tayrani<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: 202/955-8500<br>202/530-9539 (fax)<br><br>*Counsel for The Nasdaq Stock Market LLC and Nasdaq BX, Inc.* | Stephen J. Senderowitz<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>(312) 876-8000<br>stephen.senderowitz@dentons.com<br><br>*Counsel for New York Stock Exchange LLC, NYSE Arca Inc., and Chicago Stock Exchange, Inc.*<br><br>Paul E. Greenwalt III<br>Michael Molzberger<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br>Telephone: (312) 258-5702<br>Facsimile: (312) 258-5600<br><br>*Counsel for BATS Global Markets, Inc. (n/k/a Cboe Bats, LLC) and Direct Edge EC LLC* |
| CC:   All counsel of record via ECF | Application GRANTED temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.<br><br>SO ORDERED.<br><br>*[signature]*<br><br>July 26, 2021 |

2