# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BATS GLOBAL MARKETS, INC., et al.,<br><br>Defendants.<br><br>*This Document Relates to All Related Actions* | Civil Action No. 1:14-cv-02811-JMF **(Consolidated)**<br><br>DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

**FILED UNDER SEAL PURSUANT TO FEB. 10, 2020 PROTECTIVE ORDER (ECF NO. 402)**