UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :

CITY OF PROVIDENCE, RHODE ISLAND et al.,    :

                                     Plaintiffs,           :           14-CV-2811 (JMF)

                   -v-                               :           <u>ORDER</u>

BATS GLOBAL MARKETS, INC. et al.,          :

                                   Defendants.       :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court received the attached letter by email from a non-party who requests that certain information filed under seal in connection with Plaintiffs' motion for class certification, *see* ECF No. 644-1, remain under seal. The Court will consider the letter in deciding whether and to what extent the information should remain under seal or redacted, which, as previously noted, the Court will assess when it decides the underlying motion. *See* ECF No. 637. Given the nature of the request, the Court has redacted any identifying information from the publicly filed letter; the Court will direct the Clerk of Court to file the unredacted letter under seal by separate Order.

        SO ORDERED.

Dated: July 28, 2021
       New York, New York                                   _____
                                                                     JESSE M. FURMAN
                                                                United States District Judge

July 28, 2021

Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York 40
Centre Street, Room 2202 New
York, NY 10007
(212) 805-0282
Furman_NYSDChambers@nysd.uscourts.gov

**Re: docket number is 14-cv-02811, Southern District of New York**

   **Exhibit 4 of the Hendershott Report,
   filed under seal as Exhibit 1 to the Declaration of Elisha Barron, at ECF 644-1.**

Dear Judge Furman,

My name is ███████████, and I am employed by ███████████ My job title is Lead Principal.

My firms name was mentioned in documents filed on Monday, July 26, 2021. Specifically, the reference in question is contained in Exhibit 4 of the Hendershott Report, which report was filed under seal as Exhibit 1 to the Declaration of Elisha Barron, at ECF 644-1.

███████████ was included in what I believe to be an overly broad reaching subpoena for information process. As we explained to the requesting party and as supported by the findings of the Hendershott Report, data held at my firm is not relative to the proceedings of this case. For these reasons, we ask that the reference to our firm, ███████████, remain sealed.

Respectfully,