# Labaton Sucharow

*The motion to seal is GRANTED temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 717.*

**SO ORDERED.**

*[signature]*

*September 20, 2021*

**Thomas G. Hoffman, Jr.**
Partner
212 907 0744  direct
212 907 0700  main
212 883 7544  fax
thoffman@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

September 17, 2021

VIA ECF

Hon. Jesse Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *City of Providence, et al. v. BATS Global Markets, Inc., et al.*, No. 14-cv-02811: Plaintiffs' Omnibus Letter Motion for Leave to File Under Seal

Dear Judge Furman:

We write pursuant to Section 7(c) of Your Honor's Individual Rules of Practice to respectfully seek leave to file under seal certain materials in connection with the following forthcoming memoranda, which are due to be filed today, September 17, 2021.:

- Plaintiffs' reply in further support of Plaintiffs' motion for class certification,

- Plaintiffs' opposition to Defendants' motion to exclude the opinions and testimony of David Lauer, and

- Plaintiffs' opposition to Defendants' motion to exclude the opinions and testimony of John D. Finnerty.

The proposed filings include exhibits filed in support of the briefs, expert reports, and a significant amount of information designated by one or more Defendants as Confidential or Highly Confidential under the Protective Order (ECF No. 402). Accordingly, consistent with prior sealing motions, Plaintiffs respectfully request that the Court temporarily authorize the filing under seal of the confidential materials and Plaintiffs' papers.

Plaintiffs intend to file a public, redacted version of the briefs and certain supporting materials that are not confidential.

Labaton Sucharow

September 17, 2021
Page 2


Respectfully submitted,


By: /s/Thomas G. Hoffman, Jr.
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0761