September 17, 2021

**VIA ECF**

Hon. Jesse Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

> The motion to seal is GRANTED temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 722.
>
> SO ORDERED.
>
> *[signature]*
>
> September 20, 2021

Re:   *City of Providence, et al. v. BATS Global Markets, Inc., et al.*, No. 14-cv-02811

Dear Judge Furman:

We write pursuant to Section 6 of the Court's Electronic Case Filing Rules & Instructions and Your Honor's Individual Rules of Practice to respectfully seek leave to file under seal certain materials (the "Protected Materials") in connection with the Joint Reply Memorandum of Law in further support of Defendants' Motions for Summary Judgment on Grounds of Preclusion (the "Reply") filed by Defendants New York Stock Exchange, LLC, NYSE Arca, Inc., Chicago Stock Exchange, Inc. (N/K/A NYSE Chicago, Inc.), BATS Global Markets, Inc. (N/K/A Cboe Bats, LLC), Direct Edge ECN, LLC, The Nasdaq Stock Market LLC and Nasdaq BX, Inc. (collectively, "Defendants") and to redact from their public filings the Protected Materials and references thereto. Defendants' papers will be filed later today, September 17, 2021.

The Protected Materials are exhibits attached to the Declaration of Douglas W. Henkin in support of the Reply and the accompanying Response to Plaintiffs' Statement of Additional Material Facts Pursuant to Local Rule 56.1. These Protected Materials consist of documents and deposition transcripts designated by Plaintiffs or Defendants as "Confidential" or "Highly Confidential" under the Protective Order (ECF No. 402).

Accordingly, Defendants respectfully request leave to file the Protected Materials under seal and to redact the corresponding references the Reply.

Respectfully submitted,

By: */s/ Douglas W. Henkin*
Douglas W. Henkin
Justine N. Margolis
Kiran Patel
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6832
Facsimile: (212) 768-6800

Stephen J. Senderowitz
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
stephen.senderowitz@dentons.com

*Counsel for New York Stock Exchange LLC,
NYSE Arca Inc.,
and Chicago Stock Exchange, Inc.*

By: */s/ Paul E. Greenwalt III*
Paul E. Greenwalt III
Michael Molzberger
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5702
Facsimile: (312) 258-5600

*Counsel for BATS Global Markets, Inc.
(n/k/a Cboe Bats, LLC) and Direct Edge
ECN, LLC*

By: */s/ Robert F. Serio*
Robert F. Serio
Justine Goeke
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-3917

Douglas R. Cox
Amir C. Tayrani
Jacob T. Spencer (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500

Steven M. Shepard
Arun Subramanian
Elisha Barron
SUSMAN GODFREY LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 336-8330

*Counsel for The Nasdaq Stock Market LLC
and Nasdaq BX, Inc.*

CC: All counsel of record via ECF