## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| Suite 5100 | Suite 1400 | Suite 3800 |
| 1000 Louisiana Street | 1900 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Steven Shepard
Direct Dial (212) 729-2010

E-Mail SShepard@susmangodfrey.com

November 12, 2021

> The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. SO ORDERED.
>
> [signature]
>
> November 12, 2021

**VIA ECF**

The Honorable Jesse M. Furman
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *City of Providence, Rhode Island v. Bats Global Markets, Inc.*, Case 1:14-CV-2811 (JMF)—**Letter Motion for Leave to File Under Seal**

Dear Judge Furman:

We write pursuant to Section 6 of the Court's Electronic Case Filing Rules & Instructions and Your Honor's Individual Rules of Practice to respectfully seek leave to file under seal Defendants' forthcoming Sur-reply in Further Opposition to Plaintiffs' Motion for Class Certification (ECF 617) (the "Sur-reply"), Combined Replies in Support of their Motions to Exclude the Opinions and Testimony of David Lauer (ECF 651) and John D. Finnerty (ECF 643) and Memorandum of Law in Support of their Motion to Strike Plaintiffs' New Damages Model, and Declaration of Douglas W. Henkin in support thereof (the "Omnibus Brief and Declaration"). Defendants' Sur-reply and Omnibus Brief and Declaration will be filed later today, November 12, 2021.

The Sur-reply and Omnibus Brief and Declaration cite, discuss, quote, and attach certain documents and expert materials (the "Protected Materials") that were (i) designated as "Confidential" or "Highly Confidential" under the Court's Protective Order (ECF 402), or (ii) contain Defendants' proprietary business information.

November 12, 2021
Page 2

 Defendants intend to promptly file public versions of the Sur-reply and Omnibus Brief and Declaration, in which references to the Protected Materials are redacted.

 Accordingly, Defendants respectfully request leave to file the Sur-reply and Omnibus Brief and Declaration under seal.

Respectfully submitted,

By: */s/ Steven M. Shepard*

| | |
|---|---|
| Steven M. Shepard<br>Arun Subramanian<br>Elisha Barron<br>SUSMAN GODFREY LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 336-8330 | Paul E. Greenwalt III<br>Michael Molzberger<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br>Telephone: (312) 258-5702<br>Facsimile: (312) 258-5600 |
| Robert F. Serio<br>Justine Goeke<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-3917 | *Counsel for BATS Global Markets, Inc. (n/k/a Cboe Bats, LLC) and Direct Edge ECN, LLC* |
| Douglas R. Cox<br>Amir C. Tayrani<br>Jacob T. Spencer (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500 | Douglas W. Henkin<br>Justine N. Margolis<br>Kiran Patel<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 768-6832<br>Facsimile: (212) 768-6800 |
| *Counsel for The Nasdaq Stock Market LLC and Nasdaq BX, Inc.* | Stephen J. Senderowitz<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>(312) 876-8000<br>stephen.senderowitz@dentons.com |
| | *Counsel for New York Stock Exchange LLC, NYSE Arca Inc., and Chicago Stock Exchange, Inc.* |

November 12, 2021
Page 3

cc: All counsel of record via ECF