**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Steven M. Jodlowski
sjodlowski@rgrdlaw.com

November 19, 2021

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *City of Providence, Rhode Island v. BATS Global Markets, Inc.*,
            No. 14-cv-2811-JMF,
            **Letter Motion for Leave to File Under Seal**

Dear Judge Furman:

      We write pursuant to Section 7(c) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully seek leave to file under seal the forthcoming Memorandum of Law in Support of Lead Plaintiffs' Motion to Unseal. Plaintiffs' memorandum includes references to documents or information designated by one or more of the Defendants as Confidential or Highly Confidential under the Protective Order (ECF No. 402). Accordingly, consistent with prior sealing motions, Plaintiffs respectfully request that the Court temporarily grant leave to file Plaintiffs' memorandum under seal. Plaintiffs intend to file a public version of the memorandum with the Defendant-designated confidential materials redacted.

      We appreciate Your Honor's consideration in this matter.

Sincerely,

STEVEN M. JODLOWSKI

*The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 775. SO ORDERED.*

*November 22, 2021*

SMJ:mm

cc:    All Counsel (via ECF)

4854-8689-5620.v1

655 West Broadway, Suite 1900    San Diego, CA 92101    Tel 619-231-1058    Fax 619-231-7423    rgrdlaw.com