UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BATS GLOBAL MARKETS, INC., et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:14-cv-02811-JMF-OTW<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>NOTICE OF FILING |

Pursuant to the Court's January 10, 2022 Order (ECF No. 797), Co-Lead Plaintiffs hereby file the attached Appendix A, ECF No. 779-1, which has been amended to add a column listing the ECF number for each filing Co-Lead Plaintiffs seek to unseal.

DATED:  January 12, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
BRIAN O. O'MARA
STEVEN M. JODLOWSKI
LONNIE A. BROWNE

s/ David W. Mitchell
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
sjodlowski@rgrdlaw.com
lbrowne@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
VINCENT M. SERRA
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
vserra@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
RANDI BANDMAN
420 Lexington Avenue
New York, NY  10170
Telephone:  212/693-1058
patc@rgrdlaw.com
randib@rgrdlaw.com

4892-9652-5577.v1

MOTLEY RICE LLC
WILLIAM H. NARWOLD
MICHAEL J. PENDELL
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone:  860/882-1681
860/882-1682 (fax)
bnarwold@motleyrice.com
mpendell@motleyrice.com

MOTLEY RICE LLC
JOSEPH F. RICE
JOSHUA C. LITTLEJOHN
MEREDITH B. WEATHERBY
ANNIE E. KOUBA
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
jrice@motleyrice.com
jlittlejohn@motleyrice.com
mweatherby@motleyrice.com
akouba@motleyrice.com

MOTLEY RICE LLC
DAVID D. BURNETT
401 9th Street NW, Suite 1001
Washington, DC  20004
Telephone: 202/232-5504
202/232-5513 (fax)
dburnett@motleyrice.com

LABATON SUCHAROW LLP
THOMAS A. DUBBS
THOMAS G. HOFFMAN
CORBAN S. RHODES
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
tdubbs@labaton.com
thoffman@labaton.com
crhodes@labaton.com

Co-Lead Counsel for Plaintiffs

4892-9652-5577.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 12, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      s/ David W. Mitchell
      DAVID W. MITCHELL

      ROBBINS GELLER RUDMAN
         & DOWD LLP
      655 West Broadway, Suite 1900
      San Diego, CA  92101-8498
      Telephone:  619/231-1058
      619/231-7423 (fax)

      E-mail:  davidm@rgrdlaw.com

4892-9652-5577.v1

# Mailing Information for a Case 1:14-cv-02811-JMF City of Providence, Rhode Island v. Bats Global Markets, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Wayne M. Aaron**
  waaron@vedderprice.com,ecfnydocket@vedderprice.com

- **Patrick Ammann**
  pammann@susmangodfrey.com

- **Patricia I. Avery**
  pavery@wolfpopper.com,cdunleavy@wolfpopper.com

- **Randi Dawn Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elisha Brandis Barron**
  ebarron@susmangodfrey.com,lparrella@susmangodfrey.com

- **Stephen P Bedell**
  sbedell@foley.com

- **Jeremy A. Berman**
  jberman@skadden.com

- **David Charles Bohan**
  david.bohan@kattenlaw.com,ecfdocket@kattenlaw.com,bridget.diedrich@kattenlaw.com

- **Andrew J. Brown**
  andrewb@rgrdlaw.com,nhorstman@rgrdlaw.com,kirstenb@rgrdlaw.com,ldeem@rgrdlaw.com

- **Lonnie A Browne**
  lbrowne@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas Bundy**
  thomas.bundy@sutherland.com

- **David Dyer Burnett**
  dburnett@motleyrice.com,dave-burnett-5572@ecf.pacerpro.com

- **Michael P. Canty**
  mcanty@labaton.com,lpina@labaton.com,EChan-Lee@labaton.com,4727379420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com,smiller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Douglas Randall Cox**
  dcox@gibsondunn.com,aarias@gibsondunn.com,rmohan@gibsondunn.com,jspencer@gibsondunn.com,agesch@gibsondunn.com,CWeidner@gibsondunn.com,MAO

- **Paul E. Dengel**
  pdengel@schiffhardin.com,pdestefano@schiffhardin.com,mbocian@schiffhardin.com,edocket@schiffhardin.com

- **Charles E. Dorkey , III**
  charles.dorkey@dentons.com,docket.general.lit.nyc@dentons.com

- **Jeffrey Aaron Dubbin**
  jdubbin@labaton.com

- **Thomas A. Dubbs**
  tdubbs@labaton.com,lpina@labaton.com,1751297420@filings.docketbird.com,wtsang@labaton.com,echan-lee@labaton.com,electroniccasefiling@labaton.com

- **Agnes Dunogue**
  Agnes.Dunogue@Shearman.com,managing-attorney-5081@ecf.pacerpro.com,agnes-dunogue-0398@ecf.pacerpro.com,CourtAlert@Shearman.com,manattyoffice@shearman.com

- **Angus White Dwyer**
  adwyer@spencerfane.com,pozias@spencerfane.com

- **Stephen Ehrenberg**
  ehrenbergs@sullcrom.com,s&cmanagingclerk@sullcrom.com,stephen-ehrenberg-3127@ecf.pacerpro.com

- **Britney Roselyn Foerter**
  bfoerter@cahill.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_SD@rgrdlaw.com,JForge@ecf.courtdrive.com

- **Brian Lawrence Friedman**
  bfriedman@ebglaw.com,nyma@ebglaw.com

- **Harry Frischer**
  hfrischer@proskauer.com,LSOSDNY@proskauer.com

- **James Loyd Gattis**
  lgattis@spencerfane.com,kholm@spencerfane.com

- **Faith E. Gay**
  fgay@selendygay.com,edockets@selendygay.com,Paralegals@selendygay.com,mco@selendygay.com,faith-gay-0057@ecf.pacerpro.com

- **Nevin M. Gewertz**
  nevin.gewertz@bartlit-beck.com

- **Jacqueline A. Giannini**
  jacqui.giannini@dentons.com

- **Robert Joseph Giuffra , Jr**
  giuffrar@sullcrom.com,s&cmanagingclerk@sullcrom.com,robert-giuffra-5298@ecf.pacerpro.com

- **Justine Marie Goeke**
  jgoeke@gibsondunn.com

- **Andrew Garry Gordon**
  agordon@paulweiss.com,mao_fednational@paulweiss.com

- **Paul E. Greenwalt**
  pgreenwalt@schiffhardin.com,amitzel@schiffhardin.com

- **Adam Selim Hakki**
  ahakki@shearman.com,managing-attorney-5081@ecf.pacerpro.com,Courtalert@shearman.com,manattyoffice@shearman.com,adam-hakki-1816@ecf.pacerpro.com

- **Stacie Rachel Hartman**
  shartman@schiffhardin.com,edocket@schiffhardin.com

- **Douglas W Henkin**
  douglas.henkin@dentons.com,douglas-henkin-8930@ecf.pacerpro.com,docket.general.lit.nyc@dentons.com

- **Adam L. Hoeflich**
  adam.hoeflich@bartlit-beck.com

- **Thomas Gregory Hoffman , Jr**
  thoffman@labaton.com,lpina@labaton.com,EChan-Lee@labaton.com,mpenrhyn@labaton.com,ElectronicCaseFiling@labaton.com,5560103420@filings.docketbird.com

- **John Joseph Hughes , III**
  jhughes2@milbank.com,john-hughes-0320@ecf.pacerpro.com,AutoDocketECF@milbank.com

- **Shaimaa Hussein**
  maosdny@willkie.com,shussein@willkie.com

- **Peter Joseph Isajiw**
  pisajiw@kslaw.com,kfowler@kslaw.com,jcmccullough@kslaw.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Arnold Richard Kaplan**
  akaplan@spencerfane.com

- **Jay B. Kasner**
  jkasner@skadden.com

- **Ankush Khardori**
  ankush.khardori@usdoj.gov

- **Marlon Kimpson**
  mkimpson@motleyrice.com

- **George Kostolampros**
  gkostolampros@venable.com

- **Annie E. Kouba**
  akouba@motleyrice.com

- **Thomas Paul Krebs**
  tkrebs@foley.com

- **Mark D. Lanpher**
  mark.lanpher@shearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,lanpher-mark-4997@ecf.pacerpro.com,manattyoffice@shearman.com,sarah.tishler@shearman.com

- **Matthew Joseph Laroche**
  mlaroche@milbank.com,CaseView.ECF@usdoj.gov,USANYS.ECF@USDOJ.GOV

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Lewis J. Liman**
  lliman@cgsh.com,maofiling@cgsh.com

- **Christopher J. Lind**
  chris.lind@bartlit-beck.com,anne.doyle@bartlit-beck.com

- **Joshua C. Littlejohn**
  jlittlejohn@motleyrice.com,sturman@sturman.ch,mhickey@motleyrice.com

- **Christopher Lovell**
  clovell@lshllp.com,kessenmacher@lshllp.com,gjacobson@lshllp.com,msrayle@sbcglobal.net,ekroub@lshllp.com,jkrisiloff@lshllp.com,cmooney@lshllp.com,mgalla

- **Mitchell A. Lowenthal**
  mlowenthal@cgsh.com,maofiling@cgsh.com

- **Mark S. Mandel**
  mmandel@foley.com,tkrebs@foley.com,sbedell@foley.com

- **Felicia Yvonne Mann**
  fmann@labaton.com

- **Justine Margolis**
  justine.margolis@dentons.com,docket.general.lit.nyc@dentons.com

- **Francis Paul McConville**
  fmcconville@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Brent James McIntosh**
  brent.mcintosh@citi.com,s&cmanagingclerk@sullcrom.com,brent-mcintosh-1773@ecf.pacerpro.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,slandry@rgrdlaw.com,AKelly@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com,AKellyRGRD@ecf.courtdrive.com

- **Michael K Molzberger**
  mmolzberger@schiffhardin.com,gdickinson@schiffhardin.com,dmoran@schiffhardin.com

- **Brian Lee Muldrew**
  brian.muldrew@kattenlaw.com,nycclerks@kattenlaw.com

- **Scott D. Musoff**
  smusoff@skadden.com

- **William H. Narwold**
  bnarwold@motleyrice.com,jlittlejohn@motleyrice.com,lmclaughlin@motleyrice.com,vlepine@motleyrice.com,kweil@motleyrice.com,kquillin@motleyrice.com,ajan

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stuart Harris Pack**
  spack@spencerfane.com,lgarofalo@spencerfane.com

- **Kiran Patel**
  kiran.patel@dentons.com,docket.general.lit.wdc@dentons.com,nick.petts@dentons.com,docket.general.lit.nyc@dentons.com

- **Michael Jon Pendell**
  mpendell@motleyrice.com,ajanelle@motleyrice.com

- **Nicholas W. Petts**
  nick.petts@dentons.com

- **Lesley Frank Portnoy**
  lesley@portnoylaw.com,info@glancylaw.com,clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Fei-Lu Qian**
  fqian@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Stephen Leonard Ratner**
  sratner@proskauer.com,steve-ratner-7270@ecf.pacerpro.com,LSOSDNY@proskauer.com

- **William Michael Regan**
  william.regan@hoganlovells.com,bill-regan-0012@ecf.pacerpro.com,douglas.crosno@hoganlovells.com,nymanagingclerk@hoganlovells.com

- **Andrew Hunter Reynard**
  areynard@jfblegal.com,s&cmanagingclerk@sullcrom.com,filings@jfblegal.com,andrew-reynard-3412@ecf.pacerpro.com

- **Corban Smith Rhodes**
  crhodes@labaton.com,lpina@labaton.com,3936743420@filings.docketbird.com,electroniccasefiling@labaton.com

Case 1:14-cv-02811-JMF   Document 798   Filed 01/12/22   Page 8 of 9

- **Joseph F. Rice**
  jrice@motleyrice.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joshua Wolf Ruthizer**
  jruthizer@wolfpopper.com

- **Kayvan Betteridge Sadeghi**
  ksadeghi@schiffhardin.com,sodavis@schiffhardin.com

- **David Philip Salant**
  dsalant@gibsondunn.com

- **Howard Schiffman**
  howard.schiffman@srz.com,ecf-5315b84b2a77@ecf.pacerpro.com,ecf-0bc7bd3cbf5d@ecf.pacerpro.com,courtfilings@srz.com,evan.melluzzo@srz.com

- **Ira A. Schochet**
  ischochet@labaton.com,lpina@labaton.com,9523508420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Kirsten E. Schubert**
  schubert.kirsten@dorsey.com,hilgers.sheri@dorsey.com,kirsten-schubert-3188@ecf.pacerpro.com

- **Matthew Alexander Schwartz**
  schwartzmatthew@sullcrom.com,s&cmanagingclerk@sullcrom.com,matthew-schwartz-9533@ecf.pacerpro.com

- **Jeffrey T. Scott**
  scottj@sullcrom.com,jeffrey-scott-6254@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

- **Stephen J. Senderowitz**
  stephen.senderowitz@dentons.com,docket.general.lit.chi@dentons.com

- **Robert F. Serio**
  rserio@gibsondunn.com,aarias@gibsondunn.com,MAO@gibsondunn.com,DJacov@gibsondunn.com

- **Meghana Shah**
  MeghanaShah@eversheds-sutherland.us,meghana-shah-8092@ecf.pacerpro.com,katiasperduto@eversheds-sutherland.us

- **Steven M. Shepard**
  sshepard@susmangodfrey.com,ecf-05deff9001d2@ecf.pacerpro.com,esullivan-vasquez@susmangodfrey.com

- **Holly H. Smith**
  holly.smith@sutherland.com,april.pearce@sutherland.com

- **Jacob T. Spencer**
  jspencer@gibsondunn.com

- **Victor E. Stewart**
  victornj@ix.netcom.com

- **Arun Srinivas Subramanian**
  asubramanian@susmangodfrey.com,ecf-60f11c0298ad@ecf.pacerpro.com,ehenke@susmangodfrey.com

- **Amir C. Tayrani**
  atayrani@gibsondunn.com

- **Chet Barry Waldman**
  cwaldman@wolfpopper.com

- **William Walsh**
  william.walsh@dentons.com

- **Meredith B. Weatherby**
  mbmiller@motleyrice.com,mweatherby@motleyrice.com

- **Thomas Charles White**
  whitet@sullcrom.com,s&cmanagingclerk@sullcrom.com,thomas-white-7289@ecf.pacerpro.com

- **Allison Michele Wuertz**
  allison.wuertz@hoganlovells.com,nymanagingclerk@hoganlovells.com

- **Elyse Kennedy Yang**
  eyang@schiffhardin.com

- **Michael J Zaretsky**
  mzaretsky@cgkesqs.com

- **Boris Zeldin**
  bzeldin@proskauer.com,LSOSDNY@proskauer.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Scott Alexander Edelman**
Milbank LLP
55 Hudson Yards
New York City, NY 10001-2163