February 18, 2022

VIA ECF

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

>   Re: *City of Providence, Rhode Island v. BATS Global Markets, Inc.*, 14-cv-2811-JMF
>   **Parties' Joint Letter Pursuant to the Court's February 14, 2022 Order (ECF No. 804)**

Dear Judge Furman:

Pursuant to the Court's February 14, 2022 Order (ECF No. 804), Plaintiffs' Co-Lead Counsel and Counsel for the Defendants have conferred and submit this joint letter regarding the oral argument scheduled for March 11, 2022, at 10:00 a.m.  The parties agree that the argument should be held in person.  The parties also respectfully request a telephone dial-in option be provided so that additional counsel can listen to the argument remotely.

Respectfully submitted,

| | |
|---|---|
| By: s/ David W. Mitchell (w/ permission) | By: s/ Douglas W. Henkin |
| David W. Mitchell | Douglas W. Henkin |
| Brian O. O'Mara | Justine N. Margolis |
| Steven M. Jodlowski | Kiran Patel |
| Lonnie A. Browne | DENTONS US LLP |
| ROBBINS GELLER RUDMAN | 1221 Avenue of the Americas |
|    & DOWD LLP | New York, NY  10020 |
| 600 West Broadway | Telephone: 212/768-6832 |
| San Diego, CA 92101 | 212/768-6800 (fax) |
| Telephone:  619/231-1058 | |
| 619/231-7423 (fax) | Counsel for *New York Stock Exchange LLC, NYSE Arca Inc., and Chicago Stock Exchange, Inc.* |
| Patrick J. Coughlin | |
| Randi D. Bandman | |
| ROBBINS GELLER RUDMAN | |
|    & DOWD LLP | |

The Honorable Jesse M. Furman
February 18, 2022
Page 2

30 Vesey Street, Suite 200
New York, NY 10007

William H. Narwold
Michael J. Pendell
MOTLEY RICE LLC
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone:  860/882-1681
860/882-1682 (fax)

Joseph F. Rice
Joshua C. Littlejohn
Meredith B. Weatherby
Annie E. Kouba
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)

David D. Burnett
MOTLEY RICE LLC
401 9th Street NW, Suite 1001
Washington, DC  20004
Telephone: 202/232-5504
202/232-5513 (fax)

Thomas A. Dubbs
Thomas G. Hoffman
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Plaintiffs in *City of Providence, Rhode Island, et al. v. BATS Global Markets, Inc., et al.,* No. 1:14-cv-02811-JMF

By:  s/ Paul E. Greenwalt III (w/ permission)
Paul E. Greenwalt III
Michael Molzberger
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL  60606
Telephone:  312/258-5702
312/258-5600 (fax)

Counsel for *BATS Global Markets, Inc. (n/k/a Cboe Bats, LLC) and Direct Edge ECN, LLC*

By:  s/ Robert F. Serio (w/ permission)
Robert F. Serio
Justine Goeke
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
Telephone: 212/351-3917
212/351-5246 (fax)

Douglas R. Cox
Amir C. Tayrani
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  202/955-8500
202/530-9539 (fax)

Steven M. Shepard
Arun Subramanian
SUSMAN GODFREY LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212/336-8330
212/336-8340 (fax)

The Honorable Jesse M. Furman
February 18, 2022
Page 3

Counsel for *The Nasdaq Stock Market LLC and Nasdaq OMX BX, Inc.*

cc:     All Counsel of Record via ECF