UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>BATS GLOBAL MARKETS, INC., et al.,<br><br>                Defendants. | Civil Action No. 1:14-cv-02811-JMF-OTW<br>**(Consolidated)**<br><br>CLASS ACTION |

## MOTION TO WITHDRAW APPEARANCE OF WILLIAM E. WALSH

PLEASE TAKE NOTICE that William E. Walsh hereby respectfully moves this court to withdraw his appearance for Defendants New York Stock Exchange, L.L.C., NYSE Arca, Inc., and Chicago Stock Exchange, Inc., in the above-captioned matters, because Mr. Walsh has left the employment of Dentons US LLP.  These parties will continue to be represented by Dentons US LLP, and no party will be prejudiced if this Motion is granted.

Dated: February 22, 2022

                                              Respectfully Submitted,

                                              MCGONIGLE, P.C.

                                              /s/ William E. Walsh
                                            300 North LaSalle St.
                                            Suite 2200
                                            Chicago, IL 60654
                                            Tel: (312) 820-5114
                                            Fax: (312) 820-5106

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ *William E. Walsh*
William E. Walsh