UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
          :
CITY OF PROVIDENCE, RHODE ISLAND, et al.,  :
          :
            Plaintiffs,  :        14-CV-2811 (JMF)
          :
     -v-  :        <u>ORDER</u>
          :
BATS GLOBAL MARKETS, INC., et al.,  :
          :
            Defendants.  :
          :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Oral argument is scheduled in this matter for **March 11, 2022**, at **10:00 a.m.** *See* ECF No. 804. The proceeding will be held **in person** in **Courtroom 318** (not the undersigned's usual courtroom) of the **Thurgood Marshall Courthouse, 40 Centre Street, New York, New York**. Per the Court's February 18, 2022 Order, *see* ECF No. 806, counsel who will not have speaking roles and members of the public may listen to the argument remotely by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key.

      All members of the public, including attorneys, who plan to attend the proceedings in person must complete a questionnaire before being allowed entry into the Courthouse. **Attached to this Order are instructions and a link to the questionnaire.** In light of these protocols, counsel should arrive at the Courthouse early to ensure that the proceeding can begin on time. **An N95, KN95 or KF94 mask (fully covering the mouth and nose) must be worn at all times while in the Courthouse**, **except by attorneys while speaking from a podium in a Courtroom**. (Please note that cloth masks, bandanas, neck gaiters, masks with exhalation valves, and ordinary surgical masks are not permitted.) If someone does not have an adequate face covering, it will be provided upon entry by the Court Security Officers.

      In the interest of public health, and in order to comply with social distancing protocols, **the parties are strongly encouraged to limit the number of people in the courtroom as much as possible.** Indeed, seating at both counsel table and in the public area of the courtroom will be limited. In view of those limitations and the restrictions on entry into the Courthouse, the parties should, **no later than March 7, 2022**, alert the Court if they anticipate the need for an overflow courtroom.

      SO ORDERED.

Dated: March 3, 2022
      New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge

# ATTENTION:
# ALL ENTERING THE COURTHOUSE

## Instructions for Entering the Courthouse



https://app.certify.me/SDNYPublic

**Step 1:**
Scan this QR code on your phone or visit the website listed to begin the registration process.
**To scan, use your phone camera and click the subsequent link that appears.

**Step 2:**
Fill out the form that appears. Be sure to use a mobile phone number.

**Step 3:**
Complete the Questionnaire.

**Step 4:**
Use your QR code, sent via text message, to scan in and enter the Courthouse. Proceed to the scanner, scan your QR code, and have your temperature taken via the thermal scanner. If the temperature reading is within the normal range, you may proceed into the Courthouse. If your temperature exceeds the normal range, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 164.

The QR code will be needed each time you enter the Courthouse throughout the day. The code expires at the end of the day.

**If you have any questions, please call (212) 805-0500