UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CITY OF PROVIDENCE, RHODE ISLAND, et al.,    :
:
                Plaintiffs,    :
:      14-CV-2811 (JMF)
   -v-    :
:         ORDER
:
BATS GLOBAL MARKETS, INC., et al.,    :
:
                Defendants.    :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Various third parties have filed letter-motions requesting that certain filings be maintained under seal, in whole or in part, pursuant to the Court's March 28, 2022 Opinion and Order, ECF No. 832, at 46; *see* ECF Nos. 837, 839-44, 848, 853.  It is hereby ORDERED that all third parties seeking such relief shall confer and no later than **April 18, 2022**, file a joint letter with a chart listing the relevant filings, the corresponding ECF number associated with the filing currently sealed or redacted (*not* the publicly filed cover sheet noting the document will be filed separately under seal), and the relevant third party or parties' position regarding whether the filing should be maintained under seal or in redacted form.  *See, e.g.*, ECF No. 847, at 4-10.  All such third parties shall also review the Court's Order issued earlier today regarding the Defendants' sealing requests to ensure there is no duplication.  Furthermore, all such third parties must consult and (if they have not already done so) comply with Section 7 of the Court's Individual Rules, which requires, among other things, that any party seeking leave to maintain a document in redacted form must simultaneously publicly file on ECF a copy of the document with proposed redactions and also file under seal on ECF (with the appropriate level of restriction) an unredacted copy of the document with the proposed redactions highlighted.

      In light of the foregoing, the parties' deadline to file a joint letter with the list of the ECF numbers of the filings to be unsealed, *see* ECF No. 832, at 46, is hereby EXTENDED to one week after the Court's ruling on the third-party requests.

      SO ORDERED.

Dated: April 12, 2022
      New York, New York
                                                          JESSE M. FURMAN
                                                          United States District Judge