N.Y.S.D. Case # 14-cv-2811(JMF)

**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand twenty-two.

City of Providence, Rhode Island, individually and on behalf of all others similarly situated, Employees' Retirement System of the Government of the Virgin Islands, United Association National Pension Fund, Boston Retirement System,

    Plaintiffs - Appellants,

v.

Chicago Stock Exchange, Inc., Direct Edge ECN, L.L.C., New York Stock Exchange, L.L.C., NYSE Arca, Inc., Barclays Capital, Inc., Bats Global Markets, Inc,

    Defendants – Appellees.

ORDER

Docket No. 22-920

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 13 2022

Appellants move for voluntary dismissal of this appeal pursuant to FRAP 42(b). Appellees do not oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/13/2022